USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

STEVEN BYERS, JOSEPH SHERESHEVSKY, WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC, and AXELA HOSPITALITY, LLC,

    Defendants.

No. 08 Civ. 7104 (SWK)

## ORDER APPOINTING TEMPORARY RECEIVER

On the Application of Plaintiff Securities and Exchange Commission for an Order appointing a temporary receiver for defendants Wextrust Capital, LLC; Wextrust Equity Partners, LLC; Wextrust Development Group, LLC; Wextrust Securities, LLC; and Axela Hospitality, Inc. (collectively, the "Defendant Wextrust Entities") pending adjudication of the Commission's request for a preliminary injunction, the Court has considered (1) the Complaint filed by the Commission on August 11, 2008; (2) the Declaration of Tamara R. Heller, executed on August 10, 2008, and the exhibits thereto, including the declarations of William Schorsch, Nanette L. Wauchop and Patricia K. Singleton; (3) the Declaration of Steven G. Rawlings pursuant to Local Rule 6.1, executed on August 11, 2008, and the exhibits thereto; (5) the memorandum of law in support of Plaintiff Commission's application, dated August 10, 2008.

Based on the foregoing documents, the Court finds that a proper showing, as required by Section 20(b) of the Securities Act, and Section 21(d) of the Exchange Act, has been made for the relief granted herein because it appears that appointment of a receiver for the Defendant

Wextrust Entities is necessary to preserve the *status quo*, to ascertain the extent of commingling of funds among the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest, to ascertain the true financial condition of the Defendant Wextrust Entities and the disposition of investor funds, to prevent further dissipation of the property and assets of the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest, to prevent the encumbrance or disposal of property or assets of the Defendant Wextrust Entities and the investors, to preserve the books, records, and documents of the Defendant Wextrust Entities, to be available to respond to investor inquiries, to protect investors' assets, and to determine whether the Defendant Wextrust Entities should undertake bankruptcy filings.

Good and sufficient reasons have been shown why procedure other than by notice of motion is necessary.

This Court has jurisdiction over the subject matter of this action and over the Defendants, and venue properly lies in this District.

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that Timothy J. Coleman of Dewey & LeBoeuf, LLP, pending further order of this Court, be and hereby is appointed to act as receiver for the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest, including, but not limited to, those entities listed on Exhibit A, to (1) preserve the *status quo*; (2) ascertain the true financial condition of the Defendant Wextrust Entities, of all entities they control or in which they have an ownership interest, and of the disposition of investor funds; (3) determine the extent of commingling of funds between the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest; (4) prevent

2

further dissipation of the property and assets of the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest; (5) prevent the encumbrance or disposal of property or assets of the Defendant Wextrust Entities, of all entities they control or in which they have an ownership interest, and of the investors; (6) preserve the books, records, and documents of the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest; (7) be available to respond to investor inquiries; (8) determine if the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest should undertake a bankruptcy filing. To effectuate the foregoing, the receiver is hereby empowered to:

(A) Take and retain immediate possession and control of all of the assets and property of the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest, including, but not limited to, those entities listed on Exhibit A, and all books, records, and documents of Defendant Wextrust Entities and all entities they control or in which they have an ownership interest, and the rights and powers of it with respect thereto;

(B) Have exclusive control of, and be made the sole authorized signatory for, all accounts at any bank, brokerage firm, or financial institution that has possession or control of any assets or funds of Defendant Wextrust Entities and all entities they control or in which they have an ownership interest, including, but not limited to, those entities listed on Exhibit A;

(C) Succeed to all rights to manage all properties owned or controlled, directly or indirectly, by the Wextrust Defendants, including, but not limited to, those entities listed on Exhibit A, pursuant to the LLC and operating agreement relating to each entity;

(D) Pay from available funds necessary business expenses required to preserve the assets and property of Defendant Wextrust Entities and all entities they control or in which they have

an ownership interest, including the books, records, and documents of the Defendants, notwithstanding the asset freeze imposed by the Court's Order Freezing Assets, issued on August 11, 2008;

(E) Take preliminary steps to locate assets that may have been conveyed to third parties or otherwise concealed;

(F) Take preliminary steps to ascertain the disposition and use of funds obtained by the Defendants resulting from the sale of securities issued by the Defendants and the entities they control;

(G) Engage and employ persons, including accountants, attorneys, and experts, to assist in the carrying out of the receiver's duties and responsibilities hereunder;

(H) Take all necessary steps to gain control of the Defendants' interests in assets in foreign jurisdictions, including, but not limited to, those foreign assets listed in Exhibit A, and those funds maintained in accounts at foreign institutions listed in Exhibit B, which may be proceeds of Defendants' fraud, including, but not limited to, taking steps necessary to repatriate foreign assets;

(I) Take such further action as the Court shall deem equitable, just, and appropriate under the circumstances upon proper application of the receiver.

**IT IS FURTHER ORDERED** that no person or entity, including any creditor or claimant against any of the Defendants, or any person acting on behalf of such creditor or claimant, shall take any action to interfere with the taking control, possession, or management of the assets, including, but not limited to, the filing of any lawsuits, liens, or encumbrances, or bankruptcy cases to impact the property and assets subject to this order.

**IT IS FURTHER ORDERED** that the Defendants shall pay the reasonable costs, fees, and expenses of the receiver incurred in connection with the performance of his duties described herein, including, but not limited to, the reasonable costs, fees, and expenses of all persons who may be engaged or employed by the receiver to assist him in carrying out his duties and obligations. All applications for costs, fees, and expenses of the receiver and those employed by him shall be made by application to the Court setting forth in reasonable detail the nature of such costs, fees, and expenses, and shall conform to the Fee Guidelines that will be supplied by the U.S. Securities and Exchange Commission.

**IT IS FURTHER ORDERED** that a copy of this Order and the papers supporting the Commission's Application be served upon the Defendants on or before August 12, 2008, by personal delivery, facsimile, overnight courier, or first-class mail.

**IT IS FURTHER ORDERED** that this Order shall be, and is, binding upon the Defendants and each of their respective officers, agents, servants, employees, attorneys-in-fact, subsidiaries, affiliates and those persons in active concert or participation with them who receive actual notice of this Order by personal service, facsimile service, or otherwise.

SO ORDERED.

Dated:  _____
       August 11, 2008
       New York, New York

_____
RICHARD J. SULLIVAN (PART I)
UNITED STATES DISTRICT JUDGE

Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (For Service) | Address of Managing Agent (For Service) |
|---|---|---|---|---|---|
| **Offices** | | | | | |
| Wextrust Capital | 333 W. Wacker Drive, 16th Floor Chicago, IL 60606 | | | | |
| | 999 Waterside Drive, Suite 2220 Norfolk, VA 23510 | | | | |
| | 114 W. 47th Street, 20th Floor New York, NY 10036 | | | | |
| | 76 Graskop Avenue Waterkloof Heights Pretoria, South Africa | | | | |
| | 7 Jabotinski Street, 34th Floor Ramat Gan, Israel | | | | |
| Wextrust Securities | 999 Waterside Drive, Suite 2220 Norfolk, VA 23510 | | | | |
| | 7 Jabotinski Street, 34th Floor Ramat Gan, Israel | | | | |
| | 333 W. Wacker Drive, 16th Floor Chicago, IL 60606 | | | | |
| | 2424 N. Federal Highway Boca Raton, FL 33431 | | | | |
| | 114 W. 47th Street, 20th Floor New York, NY 10036 | | | | |
| | 15900 W. 10 Mile Road Southfield, MI 48075 5200 Poplar Avenue Memphis, TN 38137 | | | | |
| Wextrust Equity Partners | 118 30th Avenue North Nashville, TN 37203 | | | | |
| | 1200 Abernathy Road, Suite 1700 Atlanta, GA 30328 | | | | |
| Wextrust Development Group | 13 E. First Street Hinsdale, IL 60521 | | | | |
| Axela Hospitality | 6701 Democracy Boulevard, Suite 300 Bethesda, MD 20817 | | | | |
| **Properties** | | | | | |
| 45 South Washington, LLC | 45 S. Washington St., Hinsdale, IL 60521 | Cook County | | 45 S. Washington Managers, LLC; WEP is "Manager" of the Manager; WEP is owned by WexTrust Capital. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| 1250 S. Michigan Avenue, LLC | 1250 S. Michigan Ave., Chicago, IL 60605 | Cook County | Illinois | Wexford Equity Partners | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| 1250 S. Michigan LLC B | 1250 S. Michigan Ave., Chicago, IL 60605 | Cook County | Illinois | Wexford Equity Partners | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| 1805 Highpoint | 1805 High Point Dr., Naperville, IL 60563 | DuPage County | Illinois | | |
| 318 W. Adams/Escrow | 318 W. Adams St., Chicago, IL 60606 | Cook County | Illinois | | |

1

Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (For Service) | Address of Managing Agent (For Service) |
|---|---|---|---|---|---|
| 625 Paragon LLC | 625 West Division St. Chicago, IL 60610 | Cook County | Delaware | 625 Paragon Managers, LLC; WEP is "Manager" of the Manager; WEP is owned by WexTrust Capital. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| 47 Dean Street Investors | 47 Dean St., Brooklyn, NY 11201 | Kings County | Delaware | 47 Dean Street Managers, LLC; WEP is the "Manager" of the Manager; WEP is owned by WexTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Advantage Regency Holdings | 1600 Riverview Tower, Knoxville, TN 37902 | Knox County | Tennessee | Michael Gorney | 380 N. Peters Rd., Knoxville, TN 37922 |
| ATM II LLC | --- | --- | Delaware | Brandon Investments, LLC which is wholly owned by Wextrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| BaxTech Holdings, LLC | Memphis, TN | | Delaware | | |
| Belle Meade Centre Investors, LLC | 24 White Bridge Rd., Nashville, TN 37205 | Davidson County | Illinois | Wexford Equity Partners | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Block III Mines & Minerals, LLC | | | Virginia | Block III Managers, which is 100% owned by Brandon Investments, Shereshevsky and Byers are the managers of Brandon | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Bret Investors Skeleton Coast III | | | Virginia | | |
| Bret Investors Skeleton Coast | | | Virginia | | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Carlisle Park LLC | 9696 Forum Park Drive, Houston, TX 77036 | Harris County | Texas | | |
| Clarksville Industrial Investors, LLC | 760 International Blvd., Clarksville, TN 37040 | Montgomery County | Delaware | Clarksville Industrial Managers, LLC which is in turn owned and controlled by WEP | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Corinth | 2500 Tecumseh Way, Corinth, MS 36834 | Alcorn County | | | |
| Crowne-Phoenix Investors LLC | (Crowne Plaza hotel) 2532 West Peoria Ave Phoenix, AZ 85029 | Maricopa County | Delaware | Crowne-Phoenix Managers, LLC; WEP is the "Manager" of the Manager; WEP is owned by WexTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Dean Street Investors LLC | 44-54 Dean Street Brooklyn, NY 11201 | Kings County | Illinois | Dean Street Managers, LLC; WEP is the "Manager" of the Manager; WEP is owned by WexTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Dean Street Managers LLC | | | | | |
| Drake Oak Brook Investors LLC | (Wyndham Hotel) 2301 York Rd., Oak Brook, IL 60523 | DuPage County | Delaware | Drake Oak Brook Managers, LLC; "Manager" of the Manager is Axela Hospitality, LLC an affiliate of Wextrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| East Point | | | | WEP | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Executive Plaza, LLC | | | | Steve Byers | |
| First Highland | | | | First Highland Managers, LLC | |
| First Wyoming Investors, LLC | 900 26th St. SW, Wyoming, MI 49509 | Kent County | Illinois | First Wyoming Managers, LLC; WEP its Managing Member | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| FreeMac Holdings | | | | | |
| Freeport (aka Poydras, LLC) | 1615 Poydras St. New Orleans, LA 70112 | | Louisiana | | |
| GDR 1 year @ 7.00 | --- | | | | |
| GDR 18 months @ 7.75 | --- | | | | |
| GDR 3 years @ 12.00 | --- | | | | |
| GDR 3 years @ 9.00 | --- | | | | |
| GDR 6.5% Rollover | --- | | Illinois | Wextrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Glade Springs | | | | | |
| Gold Coast Investors LLC | 1818 N. Clark St., Chicago, IL 60614 (Days Inn Hotel) | Cook County | Illinois | Gold Coast Managers, LLC; WEP is the "Manager" of the manager; WEP is owned by Wextrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Grant Street Investors LLC | 5726 South Washington Street, Hinsdale, IL 60521 | Cook County | Illinois | GSH Managers, LLC; the "Manager" of the manager is WEP; WEP is owned by WexTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |

2

Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (For Service) | Address of Managing Agent (For Service) |
|---|---|---|---|---|---|
| GSA Investors, LLC | 231 East Waterfall Drive, Elkhart, IN<br>310 East Knapp Street, Milwaukee, WI<br>8658 South Sacramento, Chicago, IL<br>6011 Odana Road, Madison, WI<br>4121 Southpoint Blvd., Jacksonville, FL<br>117 South Scatterfield Road, Anderson, IN<br>10 South 2nd Street, Lafayette, IN | Elkhart County<br>Milwaukee County<br>Cook County<br>Dane County<br>St. John's County<br>Madison County<br>Tippecanoe County | Illinois | GSA Managers, LLC; the "Manager" of the manager is WEP; WEP is owned by WexTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| GSH Development, LLC | | | | GSH Managers, LLC | |
| GSH Managers, LLC | --- | | | Wexford Development, LLC | |
| GSPN 1 year @ 7.00 | --- | | | | |
| GSPN 18 months @ 7.75 | --- | | | | |
| GSPN 3 years @ 12.00 | --- | | | | |
| GSPN 3 years @ 9.00 | --- | | | | |
| Guaranteed Depository Receipts | --- | | | | |
| Hammond Industrial Investors LLC | 307-511 Pride Drive, Hammond, LA 70401 | Tangipahoa Parish | Delaware | Hammond Industrial Managers, LLC; the "Manager" of the manager is WEP; WEP is owned by Wextrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Hammond II Hamptons of Hinsdale Mortgage Fund LL | 5726 South Washington Street, Hinsdale, IL 60521 | Cook County | Delaware | WexTrust Hamptons Funding Manager, LLC; the "Manager" of the manager is WexTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Hinsdale First, LLC | Hinsdale, IL | | Illinois | | |
| High Yield Debt Fund II | --- | | | | |
| Highland Park | 1770 First Street Building, Highland Park, IL 60035 | Lake County | Illinois | First Highland Managers, LLC; owned 100% by WEP | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Hilltop Apartments LLC | 4529 Columbus Ave., Anderson, IN 46013 | Madison County | | Hilltop Investors, LLC; WEP is the "Manager" of the manager; WEP is owned by WexTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Hilltop Ridge Apartments LLC | | | | Hilltop Ridge Investors, LLC; WEP is the "Manager" of the manager; WEP is owned by WexTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Homer Glen Investors LLC | West 159th Street and South Parker Rd., Homer Glen, IL 60491 | Will County | Illinois | Homer Managers, LLC; the "Manager" of the manager is WEP; WEP is owned by WexTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Hyde Park Investors, LLC | 1565 Hyde Park Rd., Essex, MD 21221 | Baltimore County | Illinois | Wexford Equity Partners | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| IDEX Mines and Minerals LLC | | | Virginia | IDEX Mining Managers, LLC owned equally by the Shereshevsky Family Limited Partnership and Steven Byers | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Interstate Park Investors LLC | I-85 and Perry Hill Road, Montgomery, AL 36106 | Montgomery County | Delaware | Interstate Park Managers, LLC; the "Manager" of the manager is WEP; WEP is owned by WexTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Jassry Properties | | | | | |
| Jeff Mett Holdings, LLC | Birmingham, AL | | | WTC | |
| Mansfield LLC | | | | | |
| 2400 McCue Investors, LLC | 2400 McCue Rd., Houston, TX 77056 | Harris County | Illinois | Wextrust Capital/Wexford Equity Partners | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Midtown Estates | | | | | |
| Music Row Investors LLC | 12th Avenue South and Division Street, Nashville, TN 37203 | Davidson County | Illinois | Wextrust Asset Management | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Myatt Holdings | Nashville, TN | | Illinois | | |
| New Salem Investors LLC | 540 New Salem Road, Murfreesboro, TN 37129 | Rutherford County | Tennessee | New Salem Managers, LLC; the "Manager" of the manager is WEP, which is owned by Wextrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |

3

Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (For Service) | Address of Managing Agent (For Service) |
|---|---|---|---|---|---|
| Nu Point East, LLC | New Orleans, LA | | | East Point Investors, LLC; WEP is the "Manager" of the manager; WEP is owned by WexTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Park Village Holdings LLC | 431 Park Village Drive and 215 Center Park Drive, Knoxville, TN 37922 | Knox County | Tennessee | Park Village Managers, LLC; the "Manager" of the manager is WEP; WEP is owned by WexTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Peoria Office Investors LLC | 124 SW Adams, Peoria, IL 61602 | Peoria County | Delaware | Peoria Office Managers, LLC; WEP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| PVP Ventures, LLC | | | | Park Village Managers, LLC | |
| Rand Energy | | | | | |
| Rand Quarry | | | | | |
| River's Edge Investors LLC | 2625 Oakley, Intersection of West Wolfram Street and North Oakley Avenue, Chicago, IL | Cook County | Illinois | River's Edge Managers, LLC; WEP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Riverside Investors, LLC | One Riverside Road, Riverside, IL 60546 | Cook County | Illinois | Wexford Equity Partners, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| S. Pine Street Investors LLC | 156-248 South Pine Street, Burlington, WI 53105 | Racine County | Delaware | S. Pine Street Managers, LLC; the "Manager" of the manager is WEP, WEP is owned by WexTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| SemJee | | | | | |
| SF Development Company, LLC | | | | SF Managers I, LLC | |
| Shadowbrook, LLC | Pascagoula, MS | | | | |
| Shallowford Investors LLC | 2115 Chapman Road, Chattanooga, TN | Hamilton County | Delaware | Shallowford Managers, LLC; WEP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Skeleton Coast Bret Investors LLC | | | | | |
| Space Park, LLC | Goodlettsville, TN | | Tennessee | | |
| Tennessee Office Investors | Multiple Cities in TN | Not Clear | Delaware | Tennessee Office Managers, LLC; WEP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Uptown Square LLC | | | | | |
| USPN 8.5% Rollover | | | | | |
| Valicano | | | | | |
| West 82nd Street Holdings, LLC | 176-182 West 82nd Street, New York, NY | New York City County | Delaware | West 82nd Street Holdings, LLC ("Holdings"); West 82nd Street Managers ("Manager") is the manager of Holdings. WEP is the manager of the Manager | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| West 82 Street Investors, LLC | 178-182 West 82nd Street, New York, NY | New York City County | Delaware | West 82nd Street Managers, LLC; WEP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| West Bearden Investors LLC | 6700 Baum Drive, Knoxville, TN and 312-322 Nancy Lynn Lane, Knoxville, TN | Knox County | Illinois | West Bearden Managers, LLC; WEP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| 2435 West Belmont Investors, LLC | 2435 West Belmont Avenue, Chicago, IL 60618 | Cook County | Illinois | 2435 W. Belmont Managers, LLC; WEP is the "Manager" of the manager; WEP is owned by Wextrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| WP New Orleans | | | | WEP | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wextrade Diversified Futures Fund I, LLC | -- | -- | Delaware | Wexford Commodity Managers, LLC; the manager of the manager is WTC. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wextrade Diversified Offshore Futures Fu | -- | -- | British Virgin Islands | Wexford Commodity Managers, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wextrade Principal Protected Fund I, LLC | -- | -- | Delaware | Wexford Commodity Managers, LLC; the manager of the manager is WTC. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |

4

Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (For Service) | Address of Managing Agent (For Service) |
|---|---|---|---|---|---|
| Wextrade Principal Protected Offshore Ft | --- | --- | British Virgin Islands | Wexford Commodity Managers, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wextrust High Yield Debt Fund I | --- | | | | |
| Wextrust High Yield Debt Fund III, LLC | --- | | Delaware | Wex-I, LLC which is wholly owned by WexTrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wextrust High Yield Debt Offshore Fund I | --- | | Cayman Islands | WexTrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wextrust Qualified Investors LLC - Dean Street | | | | WexTrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wilma Rudolph Holdings, LLC | Clarksville, TN | | Tennessee | | |
| Workman Road Investors LLC | 3551 Workman Road, Knoxville, TN | Knox County | Delaware | Workman Road Investors, LLC is managed by Workman Road Managers, LLC, the Manager. WEP is the "Manager" of the Manager. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| York Road Investors LLC | 116-118 North York Road Elmhurst, IL 60126 | DuPage County | Delaware | York Road Managers, LLC; the "Manager" of the manager is Steve Byers through WEP | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| **Other Property** | | | | | |
| Wextrust Capital - Aircraft | Falcon 20 | | | | |
| Steve Byers - Residence | 2 York Lake Ct. Oak Brook IL | | | | |
| Steve Byers - Condos | Marco Naples Boca Chicago, IL | | | | |
| Joseph Shereshevsky - Residence | 607 E Mowbray Ct. Northfolk, VA 23507 | | | | |
| Joseph Shereshevsky - Other Jassry Properties SemJee | | | | | |
| **Funds** | | | | | |
| GDR 1 year @ 7.00 | --- | | | | |
| GDR 16 months @ 7.75 | --- | | | | |
| GDR 3 years @ 12.00 | --- | | | | |
| GDR 3 years @ 9.00 | --- | | | | |
| GDR 8.5% Rollover | --- | | Illinois | Wextrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| GSPN 1 year @ 7.00 | --- | | | | |
| GSPN 16 months @ 7.75 | --- | | | | |
| GSPN 3 years @ 12.00 | --- | | | | |
| GSPN 3 years @ 9.00 | --- | | | | |
| Guaranteed Depository Receipts | --- | | | | |
| High Yield Debt Fund II | --- | | | | |
| USPN 8.5% Rollover | | | | | |
| Wextrade Diversified Futures Fund I, LLC | --- | --- | Delaware | Wexford Commodity Managers, LLC; the manager of the manager is WTC. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wextrade Diversified Offshore Futures | --- | --- | British Virgin | Wexford Commodity Managers, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wextrade Principal Protected Fund I, LLC | --- | --- | Delaware | Wexford Commodity Managers, LLC; the manager of the manager is WTC. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wextrade Principal Protected Offshore Fund I, LLC | --- | --- | British Virgin Islands | Wexford Commodity Managers, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wextrust High Yield Debt Fund I | --- | | | | |
| Wextrust High Yield Debt Fund III, LLC | --- | | Delaware | Wex-I, LLC which is wholly owned by WexTrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wextrust High Yield Debt Offshore Fund Ltd. | --- | | Cayman Islands | WexTrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wextrust Qualified Investors LLC - Dean Street | --- | | | WexTrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |

Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (For Service) | Address of Managing Agent (For Service) |
|---|---|---|---|---|---|
| **Africa** | | | | | |
| Pure Africa Mining & Minerals | 76 Graskop Avenue, Waterkloof Heights, Pretoria, South Africa | | | | |
| PAM Export (Pty) Ltd. | SA Jewellery Center, 225 Main Street, Suite 529, Johannesburg 2001, South Africa | | | | |
| ATM II LLC | --- | --- | Delaware | Brandon Investments, LLC which is wholly owned by Wextrust Capital, LLC | 333 W. Wacker Dr., Suite 1500, Chicago, IL 60606 |
| Block III Mines & Minerals, LLC | | | Virginia | Block III Managers, which is 100% owned by Brandon Investments, Shereshevsky and Byers are the managers of Brandon | 333 W. Wacker Dr., Suite 1500, Chicago, IL 60606 |
| Bret Investors Skeleton Coast III | | | Virginia | | 333 W. Wacker Dr., Suite 1500, Chicago, IL 60606 |
| Bret Investors Skeleton Coast | | | Virginia | | |
| IDEX Mines and Minerals LLC | | | Virginia | IDEX Mining Managers, LLC owned equally by the Shereshevsky Family Limited Partnership and Steven Byers | 333 W. Wacker Dr., Suite 1500, Chicago, IL 60606 |
| Rand Energy | | | | | |
| Rand Quarry | | | | | |
| Skeleton Coast Bret Investors LLC | | | | | |
| Vatcano | | | | | |
| **Mining Assets** | | | | | |
| Basfour 3650 (Pty) Ltd. | Northwest Province, South Africa Avondster 142 is b/t Bloemhof and Schweizer Reneke | | | | |
| Lichtenburg Cowpers | South Africa | | | | |
| Skeleton Coast MINE | Namibia | | | | |
| Tropical Paradise Trading 508 (Pty) | | | | | |
| Golden Ribbon Trading 307 (Pty) Ltd. | South Africa | | | | |
| Earth Moving | | | | | |
| REDLEX 420 (Pty) Ltd. | | | | | |
| African Spirit 155 (Pty) Ltd. | | | | | |
| Vaucano Traders (Pty) Ltd. | | | | | |
| Rapicorp (Pty) Ltd. | Namibia | | | | |
| Deva Investment (Pty) Ltd. | Namibia | | | | |
| Pure Africa Minerals (Pty) Ltd. | | | | | |
| Pure Africa Holdings (Pty) Ltd. | | | | | |
| Pure Africa Investment (Pty) Ltd. | | | | | |
| African Spirit Trading 250 (Pty) Ltd. | | | | | |
| PAM Export (Pty) | SA Jewellery Center, 225 Main Street, Suite 529, Johannesburg 2001, South Africa | | | | |
| Brandon Investment LLC | | | | | |
| Thunder Energy LLC | | | | | |
| Bret Investments (Pty) Ltd | 168 San Nujoma Drove, Walvis Bay | | | | |
| Mark Investments (Pty) Ltd | 278 Charles Street, Brooklyn, Pretoria, Province of Gauteng, South Africa; P.O. Box 5280, Pretoria, 0001, Province of Gauteng, South Africa | | | | |

6

| Bank | Address | Routing | Account Numbers | Account Names |
|---|---|---|---|---|
| ABSA | Absa Tower East, 170 Main Street, 3rd Floor, Johannesburg South Africa | | 4064343644 | Pure Africa Minerals |
| Avenue Bank | 111 10th Avenue South, Suite 400, Nashville, TN 37203 | 61003415 | 1006400924<br>3000000111 | Wextrust Equity Partners, LLC |
| Bank Hapoalim (Israel) | | | 59884049<br>59977093 | Wextrust Securities<br>Summit Capital |
| Bank One Oklahoma, NA | Oklahoma City, OK | 103000648 | 6308775 | Uptowne Square, LLC |
| Broadway Bank | 5960 N Broadway, Chicago, IL 60606 | 071002419 | 11211901<br>Loan #315175 | W. 82nd Street Holdings, LLC<br>W. 82nd Street Holdings, LLC<br>Crowne Plaza |
| Central Carolina Bank & Trust | Winston-Salem, NC | 53100465 | 571096310 | Hilltop Ridge Apartments |
| Charter One | 71 South Wacker Drie, Suite 2900, Chicago, IL 60606 | 241070417 | 4510284240<br>4510284194<br>6016<br>6490<br>6113<br>6202 | Peoria Office Investors, LLC<br>625 Paragon Investors, LLC (Escrow)<br>47 Dean Street Investors LLC (Escrow)<br>Crowne Plaza Investors LLC (Escrow)<br>Crowne Plaza Investors LLC (Operating)<br>Drake Oak Brook Holdings |
| Citibank F.S.B. | Chicago, IL 60606 | 271070801 | 0800588073<br>0800499429<br>0800575540<br>0800602130<br>0800602149<br>0800575532<br>0800575583<br>0800575575<br>0800580331<br>0800670144<br>080044191<br>0800584957<br>0800575559<br>0800575567<br>0800499429<br>0800584973<br>0800575516<br>0800575524<br>0800610184<br>0800575508<br>0800576172<br>0800499429<br>0800499445<br>0800594049<br>0800588073<br>0800588103 | High Yield Debt Fund III<br>Baxtech<br>Belle Meade<br>Dean Street Investors, LLC<br>Dean Street Managers LLC<br>First Wyoming Investors<br>Gold Coast Investors LLC<br>Grant Street Investors, LLC<br>GSA Investors, LLC<br>Hamptons of Hinsdale Mortgage<br>Highland Park<br>Homer Glen Investors, LLC<br>Hyde Park<br>McCue<br>Music Row<br>New Salem Investors, LLC<br>Park Village Holdings, LLC<br>River's Edge Investors, LLC<br>Tennessee Office Investors, LLC<br>West Bearden Investors, LLC<br>West Belmont Investors, LLC<br>Wextrust Capital LLC<br>Wextrust Capital LLC (payroll)<br>Workman Road Investors, LLC<br>High Yield Debt Fund III<br>Wexford/for HPC Mortgage Fund |
| Citibank, NA | Chicago, IL | 271070601 | 0600469287 | Riverside |
| Fifth Third Chicago | Chicago, IL | 042000314 | 7231188686<br>7231186538 | High Yield I<br>Wexford High Yield |
| First National Bank (Menlyn Park Branch) | South Africa<br>Branch Code: 252645 | | 62142869413<br>62142869116 | Pure Africa Minerals - Toscanini<br>Pure Africa Minerals (Pty) Ltd<br>Bret Investors Skeleton<br>Semjee<br>Block III |
| Heritage Bank | Chicago, IL | | 1097 | |
| Hinsdale Bank & Trust | 25 East First Street, Hinsdale, IL 60521 | 71925402 | 250025590<br>250031701 | Wexford Development<br>82nd Street - Wexford Dev Grp |
| LaSalle Bank, NA | Chicago, IL | 071000505 | 5201556957<br>2090067 (725103) | York Road Investors, LLC<br>Wexford High Yield Debt Offshore |
| Mizrahi Tefarot Bank | Tel Aviv, Israel | | | |
| National City Bank of Indiana | Anderson, IN | 074000065 | 501811882 | Hilltop Apartments, LLC |
| Northern Trust Company | 50 South LaSalle Street, Chicago, IL | 071000152 | 3800368595<br>2260581<br>2358911<br>2541459 | Wextrust Capital<br>Wextrust Equity Partners<br>Steven Byers<br>Steven T. Byers |
| Park National Bank | 11 E Madison St, Oak Park, IL 60302 | 071920559 | 3003833153 | The Drake Oak Brook, LLC |
| Southwest Bank | Houston, TX | 113011258 | 3321126 | Carlisle Park, LLC |
| Terra Nova Financial | 100 S Wacker Dr, Suite 1550, Chicago, IL | | 3252-9989 | Joseph Shereshevsky |

| Bank | Address | Routing | Account Numbers | Account Names |
|---|---|---|---|---|
| Wachovia Bank | 125 Independence Blvd. 3rd Floor Virginia Beach, VA 23462 | 51400549 | 2000034754854 | 625 Paragon Investor's LLC |
| | | | 2000025123193 | ATM II, LLC |
| | | | 2000020461070 | Wextrust Securities (Operating) |
| | | | 2000020839123 | Wextrust Securities (Money Market) |
| | | | 2000020888459 | Wextrust Capital LLC |
| | | | 2000020406190 | Wextrust Capital LLC Distributions |
| | | | 2000028373788 | Crowne Plaza Escrow |
| | | | 2000025123025 | Drake Oak Brook Investors, LLC |
| | | | 2000026272470 | Wexford High Yield III - MMF |
| | | | 2000026272412 | High Yield Debt Fund III - Escrow |
| | | | 2000026272409 | High Yield Debt Fund III - MMF |
| | | | 2000026271963 | W. 82nd St Escrow |
| | | | 2000017257145 | Wexford High Yield Fund |
| | | | 2000028373843 | 47 Dean Street |
| | | | 6331 | Not Provided |
| | | | 6190 | Wextrust Capital LLC Disbursements |
| | | | 7158 | Wextrust Capital LLC Sweep |
| | | | 4867 | 625 Paragon Investors, LLC MMI |
| | | | 3649 | S. Pine Street Investors, LLC Escrow |
| | | | 3759 | Hammond Industrial Investors LLC Escrow |
| | | | 3830 | Clarksville Investors LLC Escrow |
| | | | 3720 | Cleveland Industrial Investors LLC Escrow |
| | | | 0910 | Crowne Plaza Investors LLC Sweep |
| | | | 1003 | Drake Oak Brook Holdings Sweep |
| | | | 3038 | Peoria Office Investors, LLC Escrow |
| | | | 1113 | Peoria Office Investors, LLC Sweep |
| | | | 2522 | Westford High Yield Fund IV LLC Escrow |
| | | | 2470 | GDR Tier Escrow |
| | | | 2483 | GDR Tier Sweep |
| | | | 1070 | Wextrust Securities LLC Escrow |
| | | | 9123 | Wextrust Securities LLC Sweep |
| | | | 2069 | West Belmont LLC Escrow |
| | | | 2085 | GSA Investors LLC Escrow |
| | | | 2386 | Tennessee Office LLC Escrow |
| | | | 2658 | Interstate Park Escrow |
| | | | 7145 | Wexford High Yield Fund II LLC MMI |
| | | | 2645 | Shallowford Investors LLC |
| | | | 4449 | Hamptons of Hinsdale Mortgage Fund, LLC (B. Checking) |
| | | | 3193 | ATM II, LLC Escrow |
| | | | 1139 | ATM II, LLC Sweep |
| | | | 4177 | Block III Mines & Minerals Escrow |
| | | | 4180 | Block III Mines & Minerals Sweep |
| | | | 4410 | Block III Investors, LLC (Business Checking) |
| | | | 4423 | Block III Investors, LLC (Money Market) |
| | | | 4397 | Block III Managers, LLC (Business Checking) |
| | | | 4407 | Block III Managers, LLC (Money Market) |
| | | | 9194 | Brandon Investors LLC |
| | | | 0936 | Bret, LLC |
| | | | 3791 | Bret Investors Skeleton Coast LLC Escrow |
| | | | 0923 | Bret Investors Skeleton Coast LLC Sweep |
| | | | 2990 | Bret Investors Skeleton Coast III Escrow |
| | | | 0994 | Bret Investors Skeleton Coast III Sweep |
| | | | 2140 | IDEX Mine & Minerals, LLC Escrow |
| | | | 2218 | IDEX Mine & Minerals, LLC Sweep |
| | | | 6297 | Lindsey Energy, LLC |
| | | | 6307 | Lion's Walk LLC |
| | | | 6174 | Lion's Walk Lodge LLC |
| | | | 2137 | Pure Africa International LLC |
| | | | 6310 | Pure Africa Investments, LLC |
| | | | 2000026272593 | Pure Africa Minerals, LLC |
| | | | 3898 | PAM, LLC - Randfontaine |
| | | | 3908 | PAM, LLC - Calpers |
| | | | 3924 | PAM, LLC - Block III |
| | | | 4663 | PAM, LLC - Lichtenburg |
| | | | 3652 | Skeleton Coast Bret Investors LLC Escrow |
| | | | 0761 | Skeleton Coast Bret Investors LLC Sweep |
| | | | 2580 | Semjee Consulting LLC |
| | | | 6336 | Vaticano Traders LLC |