UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION      :
                                         :
                Plaintiff,     :
                                         :       08 Civ. 7104 (DC)
              - against -      :
                                         :       Notice of Appearances
STEVEN BYERS, JOSEPH                    :
SHERESHEVSKY, WEXTRUST CAPITAL, LLC,    :
WEXTRUST EQUITY PARTNERS, LLC,          :
WEXTRUST DEVELOPMENT GROUP, LLC,        :
WEXTRUST SECURITIES, LLC, and           :
AXELA HOSPITALITY, LLC,                 :
                                         :
                Defendants.    :
                                         :
------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that plaintiff Securities and Exchange Commission hereby appears by the following counsel, all admitted to practice in this Court:

      **Andrew M. Calamari**
      (AC-4864)
      Associate Regional Director
      New York Regional Office
      3 World Financial Center
      New York, NY 10281
      tel:    (212) 336-0042
      email:  calamaria@sec.gov

      **Alexander M. Vasilescu**
      (AV-2575)
      Regional Trial Counsel
      New York Regional Office
      3 World Financial Center
      New York, NY 10281
      tel:    (212) 336-0178
      email:  vasilescua@sec.gov

**Steven G. Rawlings**
(SR-0623)
Branch Chief
New York Regional Office
3 World Financial Center
New York, NY 10281
tel:   (212) 336-0149
email:   rawlingss@sec.gov

**Danielle Sallah**
(DS-8686)
Senior Attorney
New York Regional Office
3 World Financial Center
New York, NY 10281
tel:   (212) 336-0130
email:   sallahd@sec.gov

**Philip Moustakis**
(PM-1748)
Staff Attorney
New York Regional Office
3 World Financial Center
New York, NY 10281
tel:   (212) 336-0542
email:   moustakisp@sec.gov


Dated: August 21, 2008
New York, New York

                SECURITIES AND EXCHANGE COMMISSION

                By: _____/s/_____
                    Alexander M. Vasilescu (AV-2575)
                    Regional Trial Counsel
                    New York Regional Office
                    3 World Financial Center
                    New York, New York 10281
                    (212) 336-0178