UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                                No. 08 Civ. 7104 (SWK)

            Plaintiff,

                      **NOTICE OF APPEARANCE**

-agaisnt-


STEVEN BYERS, JOSEPH SHERESHEVSKY,
WEXTRUST CAPITAL, LLC, WEXTRUST
EQUITY PARTNERS, LLC, WEXTRUST
DEVELOPMENT GROUP, LLC, WEXTRUST
SECURITIES, LLC, and AXELA HOSPITALITY,
LLC,

                      Defendants.
------------------------------------------------------------------X

      Barry Zone, Esq of Gersten Savage, LLP hereby appears as counsel in this action on behalf of the defendant Steven Byers.

Dated August 22, 2008

                                          Gersten Savage. LLP

                                          By: _____
                                          Barry Zone, Esq (5680)
                                          600 Lexington Avenue, 9th Floor
                                          New York, New York 10022
                                          Telephone: (212) 752-9700
                                          Facsimile: (212) 980-5192