UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                                                  No. 08 Civ. 7104 (DC)
                 Plaintiff,

                                           **NOTICE OF APPEARANCE**

-agaisnt-


STEVEN BYERS, JOSEPH SHERESHEVSKY,
WEXTRUST CAPITAL, LLC, WEXTRUST
EQUITY PARTNERS, LLC, WEXTRUST
DEVELOPMENT GROUP, LLC, WEXTRUST
SECURITIES, LLC, and AXELA HOSPITALITY,
LLC,

                               Defendants.
-------------------------------------------------------------X

      Barry Zone, Esq of Gersten Savage, LLP hereby appears as counsel in this action

on behalf of the defendant Steven Byers.


Dated August 25, 2008


                                                       Gersten Savage. LLP


                                                       By: _____/s/_____
                                                       Barry Zone, Esq (5680)
                                                       600 Lexington Avenue, 9th Floor
                                                       New York, New York 10022
                                                       Telephone: (212) 752-9700
                                                       Facsimile:  (212) 980-5192