

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
NORTHEAST REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
ROOM 4300
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
STEVEN G. RAWLINGS, ESQ.
(212) 336-0149
RawlingsS@sec.gov

August 22, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08
```

By Facsimile Transmission
Hon. Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007

Re:  S.E.C. v. Steven Byers, Joseph Shereshevsky,
Wextrust Capital LLC, et al.,
Index No. 08 Civ. 07104 (DC)

Dear Judge Chin:

We represent plaintiff Securities Exchange Commission in the above-captioned matter in which the Court has a preliminary injunction hearing scheduled for September 4, 2008.

Having conferred with counsel for defendants, on consent of all parties, we write to request an adjournment of the hearing. Additionally, all parties consent to the August 11, 2008 orders freezing defendants' assets pending a preliminary injunction hearing and appointing a temporary receiver, and the August 12, 2008 temporary restraining order and order granting relief remaining in effect until whatever hearing date is set by the Court.

After conferring with the Court's clerk, for the moment, we request the adjournment *sine die*. Counsel for Defendant Shereshevsky, Martin Siegel, is not reachable; he is on vacation in

*The 9/4/08 hearing is adjourned sine die. Counsel shall appear for a pretrial conference on September 19, 2008, at 12 p.m. SO ORDERED.*

*USDJ 8/25/08*

Hon. Denny Chin
United States District Court
August 22, 2008
Page 2

Greece and expected to return September 2. When he returns, the parties will confer and, as requested, give the Court several dates in late September or October that would work for all parties.

Very truly yours,

*[signature]*

Steven G. Rawlings
(SR-0623)
Branch Chief
Securities and Exchange Commission
New York Regional Office
3 World Financial Center
Room 400
New York, NY 10281-1022
(212) 336-0149

CC:
By Facsimile Transmission and Electronic Mail
Barry S Zone, Esq.
Attorney for Defendant STEVEN BYERS

By Facsimile Transmission and Electronic Mail
Martin J. Siegel, Esq.
Attorney for Defendant JOSEPH SHERESHEVSKY

By Facsimile Transmission and Electronic Mail
David S. Abramson, Esq.
Possible Attorney for Defendant JOSEPH SHERESHEVSKY, who has not yet made an appearance on this Defendant's behalf

By Electronic Mail
TIMOTHY COLEMAN
*Receiver*