AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

SECURITIES AND EXCHANGE COMMISSION

        Plaintiff,

-against-

BYERS, ET AL.,

        Defendants.

**APPEARANCE**

Case Number: 1:08-cv-07104-DC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Timothy J. Coleman, Receiver
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005
Direct: +1 202 346 7977
General: +1 202 346 8000
Fax: +1 202 346 8102
tcoleman@dl.com

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Aug. 26, 2008 | _/s/ Harvey Kurzweil_ |
| Date | Signature |
| | Harvey Kurzweil — N.Y. Reg. No. 1251610 |
| | Print Name — Bar Number |
| | Dewey & LeBoeuf LLP; 1301 Avenue of the Americas |
| | Address |
| | New York — NY — 10019-6092 |
| | City — State — Zip Code |
| | (212) 259-8000 — (212) 259-6333 |
| | Phone Number — Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on  *Aug. 28, 2008* , 2008, I caused the foregoing (1) ENTRY OF APPEARANCE OF HARVEY KURZWEIL to be served on the following:

**By Facsimile and Electronic Mail**
Alexander M. Vasilescu
Securities and Exchange Commission
(212) 336-1322 (f)
vasilescua@sec.gov

Andrew M. Calamari
Securities and Exchange Commission
(212) 336-0178 (f)
calamaria@sec.gov

**By Facsimile and Electronic Mail**
Barry S. Zone, Esq.
Attorney for Defendant STEVEN BYERS
(212) 752-3868
bzone@gskny.com

Jason Canales
Attorney for Defendant STEVEN BYERS
(212) 980-5192
jcanales@gskny.com

**By Electronic Mail**
Martin J. Siegel, Esq.
Attorney for Defendant JOSEPH SHERESHEVSKY
mart@aol.com

*/s/ Harvey Kurzweil*