AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

<u>Southern</u> DISTRICT OF <u>New York</u>

SECURITIES AND EXCHANGE COMMISSION

        Plaintiff,

**APPEARANCE**

-against-

Case Number: 1:08-cv-07104-DC

BYERS, ET AL.

        Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Timothy J. Coleman, Receiver
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005
Direct: +1 202 346 7977
General: +1 202 346 8000
Fax: +1 202 346 8102
tcoleman@dl.com

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8-26-08 | *[signature]* |
| Date | Signature |
| | Leo V. Gagion     N.Y. Reg. No.     2002665 |
| | Print Name     Bar Number |
| | Dewey & LeBoeuf LLP; 1301 Avenue of the Americas |
| | Address |
| | New York     NY     10019-6092 |
| | City     State     Zip Code |
| | (212) 259-8000     (212) 259-6333 |
| | Phone Number     Fax Number |

## AFFIDAVIT OF SERVICE

I hereby certify that on ___August 26___, 2008, I served the foregoing **(1)ENTRY OF APPEARANCE OF LEO V. GAGION** on the following:

**By Facsimile and Electronic Mail**
Alexander M. Vasilescu
Securities and Exchange Commission
(212) 336-1322 (f)
vasilescua@sec.gov

Andrew M. Calamari
Securities and Exchange Commission
(212) 336-0178 (f)
calamaria@sec.gov

**By Facsimile and Electronic Mail**
Barry S. Zone, Esq.
Attorney for Defendant STEVEN BYERS
(212) 752-3868
bzone@gskny.com

Jason Canales
Attorney for Defendant STEVEN BYERS
(212) 980-5192
jcanales@gskny.com

**By Electronic Mail**
Martin J. Siegel, Esq.
Attorney for Defendant JOSEPH SHERESHEVSKY
mart@aol.com

_____George W. Sikora III_____

Sworn to before me this
26th day of August 2008

_____Cecil S. Ashdown_____
NOTARY PUBLIC

CECIL S. ASHDOWN
NOTARY PUBLIC, State of New York
No. 01AS6070058
Qualified in New York County
Certified in New York County
Commission Expires February 19, 2010