UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION          :
                                            :
                        **Plaintiff,**        :
                                            :    **08-cv-7104 (DC)**
                        **- against -**      :
                                            :    **Notice of Appearance**
**STEVEN BYERS, JOSEPH**                    :
**SHERESHEVSKY, WEXTRUST CAPITAL, LLC,**    :
**WEXTRUST EQUITY PARTNERS, LLC,**          :
**WEXTRUST DEVELOPMENT GROUP, LLC,**        :
**WEXTRUST SECURITIES, LLC, and**           :
**AXELA HOSPITALITY, LLC,**                 :
                                            :
                        **Defendants and**    :
                                            :
**ELKA SHERESHEVSKY,**                      :
                                            :
                        **Relief Defendant.**  :
------------------------------------------------------------------------x

**TO:**    The Clerk of this Court and all Parties and Counsel of Record

       Enter my appearance as counsel in this case for plaintiff Securities and Exchange Commission.

                             **Steven G. Rawlings** (SR-0623)
                             Branch Chief
                             New York Regional Office
                             3 World Financial Center
                             New York, NY 10281
                             tel:    (212) 336-0149
                             fax:   (212) 336-1322
                             email:  rawlingss@sec.gov

2

I hereby certify that I am admitted to practice in this Court:

Dated: August 28, 2008
New York, New York

                              SECURITIES AND EXCHANGE COMMISSION

                          By: _____/s/_____
                                Steven G. Rawlings (SR-0623)
                                Branch Chief
                                New York Regional Office
                                3 World Financial Center
                                New York, New York 10281
                                (212) 336-0149
                                (212) 336-1322
                                email:   rawlingss@sec.gov

## ATTACHMENT A

| Notice Recipient | Means of Delivery |
|---|---|
| Barry S Zone, Esq.<br>Attorney for Defendant STEVEN BYERS | ECF Notice |
| Martin J. Siegel, Esq.<br>Attorney for Defendant JOSEPH SHERESHEVSKY | ECF Notice |
| John Meringolo, Esq.<br>Attorney for Defendant JOSEPH SHERESHEVSKY, who has not yet made an appearance on this Defendant's behalf | Facsimile Transmission and Electronic Mail |
| TIMOTHY COLEMAN<br>Receiver | ECF Notice |