UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION :
:
Plaintiff, :
:
-against - :
:
STEVEN BYERS, JOSEPH : 08 Civ. 7104 (DC)
SHERESHEVSKY, WEXTRUST CAPITAL, LLC, :
WEXTRUST EQUITY PARTNERS, LLC, :
WEXTRUST DEVELOPMENT GROUP, LLC, :
WEXTRUST SECURITIES, LLC, and :
AXELA HOSPITALITY, LLC, :
:
Defendants, and :
:
ELKA SHERESHEVSKY, :
:
Relief Defendant. :
:
------------------------------------------------------------------------x

### DECLARATION OF TIMOTHY J. COLEMAN, RECEIVER, IN SUPPORT OF SECURITIES AND EXCHANGE COMMISSION'S APPLICATION FOR EMERGENCY RELIEF AND TEMPORARY ASSET FREEZE

I, Timothy J. Coleman, declare and state as follows:

1.    I am an attorney admitted to practice in this District and a partner at the law firm of Dewey & LeBoeuf LLP ("Dewey").

2.    On August 11, 2008, by order of this Court ("Appointment Order")[1], I was appointed temporary receiver ("Receiver") for Wextrust Capital, LLC; Wextrust Equity Partners, LLC; Wextrust Development Group, LLC; Wextrust Securities, LLC; and Axela Hospitality, Inc (collectively "Wextrust").

3.    Immediately upon my appointment, I retained Dewey as my counsel and dispatched representatives from Dewey to various Wextrust offices to assist in the execution of the Appointment Order, which requires me to, among other things, preserve the status quo, ascertain the true financial condition of Wextrust, prevent the further dissipation of Wextrust assets, and take control of Wextrust assets.

4.    On August 12, 2008, I dispatched Dewey attorneys and an investigator ("Norfolk Team") to a Wextrust office maintained in Norfolk Virginia ("Norfolk Office"). The Norfolk Office is located on the 22nd floor of the Dominion Tower, at 999 Waterside Drive, Norfolk, Virginia 23510. The signage within the building, including the 22nd floor, identifies the occupant as "Wextrust Securities, LLC."

5.    The Norfolk Team took possession of the Norfolk Office after the Federal Bureau of Investigation executed a search warrant on the premises.

---

[1] *See* Dkt. No. 2, *Order Appointing Temporary Receiver* (filed Aug. 11, 2008).

6.      After taking possession and exercising control over the operations of Wextrust at

the Norfolk Office, the Norfolk Team conducted interviews of Wextrust employees and analyzed

Wextrust business records, including financial records.

7.      Based on evidence obtained by the Norfolk Team, I have concluded that

Defendant Joseph Shereshevsky placed assets that he owned or controlled – including residential

real estate, bank accounts, and his ownership interest in Wextrust – in the name of his wife, Elka

Shereshevsky.

8.      Based on the business records of Wextrust, the Norfolk Team and I determined

that Elka Shereshevsky was compensated as though she were an employee of Wextrust.

However, Mrs. Shereshevsky: (1) performed no substantial services for Wextrust; (2) had no

specific responsibilities with respect to Wextrust; (3) did not keep regular hours at a Wextrust

office; (4) does not currently maintain an office or other work space on the premises of any

Wextrust office; and (5) only visited Wextrust offices on infrequent occasions. Her role was

limited to signing documents as a nominee of her husband.

9.      Based on personal and business records of Wextrust, Joseph Shereshevsky, and

Elka Shereshevsky that were maintained by Wextrust personnel at the Norfolk Office, Elka

Shereshevsky has no source of ordinary income other than Wextrust.

10.     Attached hereto as Exhibit A is a true and correct copy of a Wextrust document

listing personal banking and investment accounts putatively controlled by Elka Shereshevsky as

of August 19, 2008. Based on interviews of Wextrust personnel, this record was made in the

regular course of business by a Wextrust employee at the Norfolk Office with the title of

"Accounting Assistant." The employee has personal knowledge of the information contained

3

therein, and kept the record in the course of regularly conducted Wextrust business activities. Joseph Shereshevsky had signatory authority on most of the accounts in Exhibit A,

11.    On or about August 1, 2008, Wachovia Corporation ("Wachovia") froze the assets held in numerous Wextrust bank accounts in response to a freeze notice from the Department of Justice and in anticipation of this Court's entry of an order freezing those assets.

12.    Based on information from a Wextrust employee at the Norfolk Office with the title of "Accounting Assistant," referenced in paragraph 10, above, after the freezing of Wextrust accounts by Wachovia, Joseph Shereshevsky directed Elka Shereshevsky to open an account with BB&T Bank in Norfolk, Virginia (hereinafter the "BB&T Account"). The account was subsequently opened in Elka Shereshevsky's name. The address associated with the account is 720 Maury Avenue, Norfolk, Virginia 23517 – the same address of the joint residence of Joseph and Elka Shereshevsky. The account number is 051404260.

13.    The opening deposits in the BB&T Account consisted of, among other items, two checks designated as "loans" to ATM II, LLC ("ATM"). ATM is an issuer of securities offered by Wextrust Securities at the direction of Joseph Shereshevsky.

14.    Attached hereto as Exhibit B is a true and correct copy of a business record prepared by Wachovia, with whom Wextrust has numerous frozen accounts, listing two accounts operated for the Wextrust entity ATM.

15.    Attached hereto as Exhibit C is a true and correct copy of a personal check from Miriam Stern of 4721 14th Avenue, Brooklyn, New York 11219, made payable to Elka Shereshevsky in the amount of $25,000 and bearing the notation "Loan for ATM" in the memorandum portion of the check. The check is dated August 5, 2008 and was deposited into the BB&T Account on August 6, 2008 by Elka Shereshevsky.

4

16.    Also attached hereto as Exhibit C is a true and correct copy of a business check from Reiss Paper Converting & Sales, Inc. of 2100 Remembrance Road, Lachine, Quebec, Canada H8S 1X3, made payable to Elka Shereshevsky in the amount of $50,000 and bearing the notation "Loan for ATM" in the memorandum portion of the check. The check is dated August 5, 2008 and was deposited into the BB&T Account on August 6, 2008 by Elka Shereshevsky.

17.    Attached hereto as Exhibit D are true and correct copies of loan agreements executed between Chaim O. Faivushevitz, Mosche Reiss, and Aryeh Elefant, as lenders, and ATM, as borrower, and Joseph Shereshevsky, as guarantor. Exhibit D indicates that on July 29 and July 30, 2008, Chaim O. Faivushevitz, Mosche Reiss, and Aryeh Elefant – all of whom used the same Quebec address as that appearing on the Reiss Paper Converting & Sales, Inc. check – executed loan agreements in the amounts of $325,000 and $175,000 with ATM.

18.    Based on further analysis of the financial records of Wextrust located at the Norfolk Office, the Norfolk Team has recovered evidence of additional, earlier diversions of Wextrust assets into accounts putatively controlled personally by Elka Shereshevsky.

19.    For example, attached hereto as Exhibit E are true and correct copies of four wire transfer records from a Wachovia account of Block III Mines & Minerals, LLC ("Block III") to a Wachovia account putatively controlled by Elka Shereshevsky, totaling $725,000. All four transfers were executed on March 30, 2007.

20.    Like ATM, Block III is another Wextrust entity. Attached hereto as Exhibit F is a true and correct copy of a letter from the IRS providing the Employer Identification Number for Block III that explicitly lists Joseph Shereshevsky as General Partner for Block III.

21.    According to a document prepared by Wachovia listing all presently known Wextrust accounts held at Wachovia (Exhibit B), the Block III business checking account

5

(account number 2000026274177) from which funds were diverted to Elka Shereshevsky on March 30, 2007, is a Wextrust account.

22.    Attached hereto as Exhibit G is a true and correct copy of a wire transfer record in the amount of $100,000 from the Wachovia account of Wextrust Capital, LLC to a Wachovia account putatively controlled by Elka Shereshevsky. The transfer was executed on January 23, 2006. The "Originator to Beneficiary Info" section on the wire transfer report reads "Xfer Funds from Wextrust Capital DI SB ACC to Elka's Op Acct per Joe's phone call 01-23-06."

23.    Based on the evidence set forth above, it appears that Joseph Shereshevsky has authorized transfers of substantial amounts of Wextrust funds to banking and investment accounts putatively controlled by his wife, Elka Shereshevsky. Based on the recent deposits of Wextrust funds into the BB&T Account by Elka Shereshevsky, it appears that such transfers are continuing.

24.    I have served this Court's Order Freezing Assets in this action dated August 11, 2008 ("Freeze Order")[2] to be served on BB&T Bank. My counsel have contacted BB&T and sought its assistance in freezing the accounts of Elka Shereshevsky and permitting me to take control of them pursuant to the Appointment Order and the Freeze Order. BB&T has refused to recognize the authority of the Receiver and to comply with this Court's Appointment Order and Freeze Order with respect to the assets held in the BB&T Account.

25.    Attached hereto as Exhibit H is a true and correct copy of the signed and notarized Affidavit of Service on BB&T employee Cecelia Carson on August 19, 2008, reflecting service on BB&T of the Complaint, Appointment Order, and Freeze Order in this case.

---

[2] *See* Dkt. No. 3, *Order Freezing Assets* (filed Aug. 11, 2008).

26.    In addition, John K. Warren, a Dewey attorney who is admitted to practice before the U.S. District Court for the Eastern District of Virginia, docketed the Complaint, Appointment Order, and Freeze Order in this case with the Eastern District of Virginia in Norfolk, Virginia on August 18, 2008. *See* Exhibit I attached hereto, *Time Stamped Copy of Cover Letter to the E.D. Va. Indicating Proper Docketing of the S.D.N.Y. Orders* (filed Aug. 18, 2008).

27.    The Appointment Order specifically requires that I "[h]ave exclusive control of, and be made the sole authorized signatory for, all accounts at any bank, brokerage firm, or financial institution that has possession or control of any assets or funds of Defendant Wextrust Entities and all entities they control or in which they have an ownership interest . . . ." Based on the facts set forth above, I have been unable to obtain exclusive control of all Wextrust funds and accounts, specifically including the BB&T Account.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 26, 2008

Timothy J. Coleman

Temporary Receiver for Wextrust Capital, LLC; Wextrust Equity Partners, LLC; Wextrust Development Group, LLC; Wextrust Securities, LLC; and Axela Hospitality, Inc.

7

# EXHIBIT A

## SHERESHEVSKY PERSONAL BANK ACCOUNTS

| BANK | ACCT. NO. | ACCOUNT NAME | FILE NAME | Former # or notes | Signatories |
|---|---|---|---|---|---|
| BANK OF COMMONWEALTH | 2417391 | ELKA'S BOC ACCT. | BOC ACCT. | | Elka |
| | | | | | |
| BB&T | 154084363 | ELKA SHERESHEVSKY CHECKING ACCT. | BB&T | opened 8/08 | Elka |
| BANK OF JERUSALEM | 300052529 | Joseph & Elka Shereshevsky | Bank of Jerusalem | opened in 8/07 | Joe & Elka? |
| PROVIDENT BANK NA | 4164504 | ELKA'S PROVIDENT BANK ACCT. | inactive, not tracked in Quicken | old acct. Elka had before marriage | Elka |
| **Handled by Wealth Management?** | | | | | |
| WACHOVIA | 10101521166700 | ELKA SHERESHEVSKY 125 12TH STREET ACCT. | HOMES | 1010089509528 | Elka, Joe POA |
| WACHOVIA | 10101521165439 | ELKA SHERESHEVSKY CHARITY ACCT. | CHARITY | 1010032960835 | Elka,Joe, Kate, Sheran |
| WACHOVIA | 10101521166331 | ELKA SHERESHEVSKY OPERATING ACCT | NEW OPERATING | 1010098508639 | Elka,Joe, Kate, Sheran    4823701652306  /309 atm |
| WACHOVIA | 10101521166577 | ELKA SHERESHEVSKY TAX ACCT. | TAX ACCT. | 1010098508558 | Elka, Joe POA |
| | | | | | |
| WACHOVIA | 3000087750862 | PESHA SHERESHEVSKY MINOR SAVINGS ACCT. | PESHA SAVINGS | 3000040868377 | Elka, Joe |
| WACHOVIA | 3000087750817 | CHAIM SHERESHEVSKY MINOR SAVINGS ACCT. | CHAIM SAVINGS | 3000033854123 | Elka, Joe |
| | | | | | |
| **Handled by Commercial Dept.:** | | | | | |
| WACHOVIA | 2000028274151 | SHERESHEVSKY FAMILY IRREVOCABLE TRUST | TRUST ACCT. | NEW TRUST | Herb Z, Sheran |
| WACHOVIA | 2000020948645 | SHERESHEVSKY FAMILY LP II | Family LP II | also SFLPII | Joe, Elka, Kate, Sheran |
| WACHOVIA | 2000028373636 | THE SHERESHEVSKY FOUNDATION, INC. | FOUNDATION | FOUNDATION | Joe, Elka |
| WACHOVIA | 2000020406552 | THUNDER ENERGY LLC | Thunder Energy LLC | THUNDER | Joe & Elka |
| WACHOVIA | 2000028373814 | JASSRY LLC | Jassry Properties LLC | Opened 7/07 (VA) | Joe, Elka, Kate |
| | | | | | |
| **Closed Accounts:** | | | | | |
| WACHOVIA | 10101521165950 | ELKA SHERESHEVSKY 4809 14th AVE | 4809 14th AVE | 1010089632447 | Closed 5/07 |
| WACHOVIA | 2000020406051 | SHERESHEVSKY IRREVOCABLE TRUST ACCT. | TRUST ACCT. | | Closed 5/07 |
| WACHOVIA | 2000020406048 | THE SHERESHEVSKY FAMILY LIMITED PTNSP | Shereshevsky Family Prtnsp. | | Closed |
| WACHOVIA | 2030001689579 | JASSRY PROPERTIES LLC ACCT. | Jassry Properties LLC | | Closed 7/07 |
| | | (Jassry:Close & reopened new acct in VA) | | | |
| WACHOVIA | 10101521166218 | SWEEP ACCOUNTS | OLD OR NEW SWEEP | 1010089632492 | Closed 8/07 |
| WACHOVIA | 2000020406349 | SPACEFYR LLC | Spacefyr LLC | Closed 4/08 | Joe & Elka |

## REAL ESTATE MORTGAGES

| PROPERTY | LENDER | LOAN NO. | BALANCE AT 8/26/08 | % INTEREST RATE | Type Loan or RATE BASIS | Time Remaining | Est. Value |
|---|---|---|---|---|---|---|---|
| 720 MAURY AVE., NORFOLK | WACHOVIA | 5754628 | $453,218.85 | 5.75 | 15 Yr. Jumbo Conv/Fixed | 12 ± Yrs. | $1,565 M[1] |
| 607 E. MOWBRAY CT., NORFOLK | FIRST HORIZON | 47324579 | $241,921.17 | 5.25 | 15 Yr. Conv/Fixed | 11± Yrs. | ? |
| 625 SHIRLEY AVE., NORFOLK | WACHOVIA | 5746363 | $318,696.58 | 5.875 | 30 Yr Conv/Fixed | 27± Yrs | $580,000[2] |
| 622 SHIRLEY AVE., NORFOLK | WACHOVIA | 6937848 | $344,341.91 | 4.5 | 30 Yr LIBOR (6 mo.) Adj. Rate | 26 Yrs. | $600,000[3] |
| 5912 BLAND AVE., BALTIMORE | WACHOVIA | 5747930 | $142,057.05 | 7.5 | 30 Yr. LIBOR (1 Yr.) Adj Rate | 27 yrs. | $185,500[4] |
| 125 12th ST., LAKEWOOD* | NATIONAL CITY | 0003341336-7 | $90,947.82 | 6.875 | 30 Yr. Conv./Fixed | 26 Yrs. | |
| 4809 14th AVE., BROOKLYN** | BANK OF AMERICA | 6649168512 | $1,120,000.00 | 6.125 | 30 Yr Net 5/Int. Only | 28 Yrs. | $1,475 M[5] |
| **EQUITY LINES OF CREDIT:** | | | | | | | |
| 625 SHIRLEY AVE (NEW AT 3/08) | WACHOVIA | 4386540412901690 | $153,421.20 | 5.5 | 30 Yr/ Fixed Prime less .5 | 29 Yrs | |
| 607 E. MOWBRAY CT. | WACHOVIA | 4386540412484600 | $299,910.41 | 5.37 | 20 Yr/ Variable LIBOR Index | 19 Yrs | |
| 720 MAURY AVE. | BANK OF AMERICA | 68991018279099 | $470,056.85 | 5.49 | 5 Yr/ Variable Prime Index | 14 Yrs. | |

[1] Appraised value at 9/06
[2] Appraised value at 2/08
[3] Appraised value at 8/08
[4] Appraised value 5/05
[5] Appraised value at 8/06

(*) Deed in the names of Avroham & Chani Shereshevsky
(**) Deed in the names of Chana & Elka Shereshevsky

8/27/2008

**EXHIBIT B**

**Relationship Accounts - Open Accounts - 08/01/2008**
Relationship: Wextrust Capital LLC
RM: Stretz, Bonnie

| Org Code | Area | Service | Account Number | Product Type | J/S | Balance | Costub/Rc | RM Name/ID | RRN | Customer Name | Open Date | Current Balance 8/14/08 | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 007 | DDA | | 2000028272069 | BUS CASH MGR CK | S | 970.36 | 2611 / 6422660 | STRETZ,BONNIE J | 0070428080 | 2435 W BELMONT INVESTORS LLC | 11/10/2005 | $965.36 | |
| 007 | DDA | | 2000028373843 | Business Checking | S | 1,248.77 | 2611 / 6422660 | STRETZ,BONNIE J | 0057957155 | 47 DEAN STREET INVESTORS, LLC | 08/17/2007 | $1,243.77 | |
| 007 | DDA | | 2000034754854 | Business Checking | S | 1,014.64 | 2611 / 6422660 | STRETZ,BONNIE J | 0027367210 | 625 PARAGON INVESTORS, LLC | 04/14/2008 | $997.43 | |
| 007 | DDA | | 2000034754867 | BUS HIGH PERF MM | S | 471.14 | 2611 / 6422660 | STRETZ,BONNIE J | 0027367210 | 625 PARAGON INVESTORS, LLC | 04/14/2008 | $454.14 | |
| 007 | DDA | | 2000025123193 | BUS HIGH PERF MM | S | 201,425.27 | 2611 / 6422660 | STRETZ,BONNIE J | 0018131261 | ATM II, LLC | 03/26/2008 | $201,180.52 | |
| 007 | DDA | | 2000035931139 | BUS HIGH PERF MM | S | 61.25 | 2611 / 6422660 | STRETZ,BONNIE J | 0018131261 | ATM II, LLC | 03/26/2008 | $44.25 | |
| 007 | DDA | | 2000028274410 | BUS HIGH PERF MM | S | 81.93 | 2611 / 6422660 | STRETZ,BONNIE J | 0052437515 | BLOCK III INVESTORS LLC | 03/02/2007 | $48.93 | |
| 007 | DDA | | 2000028274423 | BUS HIGH PERF MM | S | 16.04 | 2611 / 6422660 | STRETZ,BONNIE J | 0052437515 | BLOCK III INVESTORS LLC | 03/02/2007 | $15.04 | |
| 007 | DDA | | 2000028274397 | Business Checking | S | 95.25 | 2611 / 6422660 | STRETZ,BONNIE J | 0052437409 | BLOCK III MANAGERS LLC | 03/02/2007 | $62.25 | |
| 007 | DDA | | 2000028274407 | BUS HIGH PERF MM | S | 16.10 | 2611 / 6422660 | STRETZ,BONNIE J | 0052437409 | BLOCK III MANAGERS LLC | 03/02/2007 | $16.10 | |
| 007 | DDA | | 2000028274177 | Business Checking | S | 94.61 | 2611 / 6422660 | STRETZ,BONNIE J | 0008355474 | BLOCK III MINES AND MINERALS LLC | 03/23/2007 | $61.61 | |
| 007 | DDA | | 2000028274180 | BUS HIGH PERF MM | S | 28.67 | 2611 / 6422660 | STRETZ,BONNIE J | 0008355474 | BLOCK III MINES AND MINERALS LLC | 03/26/2007 | $28.67 | |
| 007 | DDA | | 2000028389194 | Commercial Checking | S | 50.69 | 2611 / 6422660 | STRETZ,BONNIE J | 0039484248 | BRANDON INVESTMENTS LLC | 06/21/2005 | $19.70 | |
| 007 | DDA | | 2000025122990 | Business Checking | S | 76.08 | 2611 / 6422660 | STRETZ,BONNIE J | 0051511999 | BRETT INVESTORS SKELETON COAST III, LLC | 11/14/2007 | $71.08 | |
| 007 | DDA | | 2000035930994 | BUS HIGH PERF MM | S | 63.87 | 2611 / 6422660 | STRETZ,BONNIE J | 0051511999 | BRETT INVESTORS SKELETON COAST III, LLC | 11/14/2007 | $46.87 | |
| 007 | DDA | | 2000028373791 | Business Checking | S | 108.27 | 2611 / 6422660 | STRETZ,BONNIE J | 0055778880 | BRETT INVESTORS SKELETON COAST, LLC | 07/06/2007 | $75.27 | |

Relationship Accounts - Open Accounts - 08/01/2008
Relationship: Westtrust Capital LLC
RM:
RM: Stretz, Bonnie

| Code Org | Area | Service | Account Number | Product Type | J/S | Balance | CosubRc | RM Name/ID | RRN | Customer Name | Open Date | Current Balance 8/4/08 | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 007 | DDA | BUS HIGH PERF | 2000035930923 | MM | S | 18.98 | 2611 / 6422660 | STRETZ,BONNIE J | 0057788880 | BRET INVESTORS SKELETON COAST, LLC | 07/06/2007 | $18.98 | |
| 000 | CAN | CANFIN - Business | 91052412 | | S | | | | 0057788880 | BRET INVESTORS SKELETON COAST, LLC | | | |
| 007 | DDA | Business Checking | 2000035930936 | | S | 70.74 | 2611 / 6422660 | STRETZ,BONNIE J | 0056972578 | BRET, LLC | 07/30/2007 | $54.74 | |
| 000 | CAN | CANFIN - Business | 260580120 | | S | | | | 0056972578 | BRET, LLC | | | |
| 007 | DDA | Business Checking | 2000028373830 | | S | 510.34 | 2611 / 6422660 | STRETZ,BONNIE J | 0057883069 | CLARKSVILLE INDUSTRIAL INVESTORS, | 08/16/2007 | $505.34 | |
| 000 | CAN | CANFIN - Business | 208955855 | | S | | | | 0057883069 | CLARKSVILLE INDUSTRIAL INVESTORS, | | | |
| 007 | DDA | Business Checking | 2000028373720 | | S | 41.09 | 2611 / 6422660 | STRETZ,BONNIE J | 0055502505 | CLEVELAND INDUSTRIAL INVESTORS, LLC | 07/03/2007 | $25.09 | |
| 000 | CAN | CANFIN - Business | 91052617 | | S | | | | 0055502505 | CLEVELAND INDUSTRIAL INVESTORS, LLC | | | Commercial |
| 007 | DDA | Business Checking | 2000028373788 | | S | 17.69 | 2611 / 6422660 | STRETZ,BONNIE J | 0057496450 | CROWNE-PHOENIX INVESTORS, LLC | 07/05/2007 | -$15.31 | service charge |
| 007 | DDA | BUS HIGH PERF | 2000035930910 | MM | S | 944.01 | 2611 / 6422660 | STRETZ,BONNIE J | 0057496450 | CROWNE-PHOENIX INVESTORS LLC | 07/05/2007 | $944.10 | |
| 000 | CAN | CANFIN - Business | 91052375 | | S | | | | 0057496450 | CROWNE-PHOENIX INVESTORS LLC | | | |
| 007 | DDA | Business Checking | 2000025123025 | | S | 101,322.88 | 2611 / 6422660 | STRETZ,BONNIE J | 0052812152 | DRAKE OAK BROOK INVESTORS, LLC | 11/20/2007 | $1,307.71 | wire transfer $100,000 same |
| 007 | DDA | BUS HIGH PERF | 2000035931003 | MM | S | 400.31 | 2611 / 6422660 | STRETZ,BONNIE J | 0052812152 | DRAKE OAK BROOK INVESTORS, LLC | 11/20/2007 | $383.31 | |
| 060 | MTG | Mortgage-CONV | 0005748363 | | S | 319,246.57 | | | 0037645725 | ELKA K SHERESHEVSKY | | $319,246.57 | |
| 060 | MTG | Mortgage-CONV | 0005747930 | | S | 142,248.81 | | | 0037645725 | ELKA K SHERESHEVSKY | | $142,248.81 | |
| 060 | MTG | Mortgage-CONV | 0005754628 | | S | 456,429.46 | | | 0037645725 | ELKA K SHERESHEVSKY | | $453,218.86 | |
| 060 | MTG | Mortgage-CONV | 0006937648 | | S | 344,341.91 | | | 0037645725 | ELKA K SHERESHEVSKY | | $344,341.91 | |
| 007 | DDA | FR CHECKING | 1010152165439 | | S | 566.63 | / | | 0037645725 | ELKA K SHERESHEVSKY | | $566.63 | |
| 007 | DDA | CROWN SELECT | 1010152168331 | CKG | S | 21,567.96 | / | | 0037645725 | ELKA K SHERESHEVSKY | | $8,356.98 | deposit item returns - prior |

**Relationship Accounts - Open Accounts - 08/01/2008**
Relationship: Wextrust Capital LLC
RM: Stretz,Bonnie

| Org Code | Area | Service | Account Number | Product Type | J/S | Balance | Cosub/Rc | RM Name/ID | RRN | Customer Name | Open Date | Current Balance 8/14/08 | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 007 | DDA | | 1010152166577 | CROWN BANKING | S | 1,120.66 | / | | 0037645725 | ELKA K SHERESHEVSKY | | $1,120.66 | |
| 007 | DDA | | 1010152166700 | FR CHECKING | S | 21.43 | | | 0037645725 | ELKA K SHERESHEVSKY | | $21.43 | |
| 007 | SAV | | 3000087750817 | Premium Savings | S | 3,446.73 | | | 0037645725 | ELKA K SHERESHEVSKY | | $3,446.73 | |
| 007 | SAV | | 3000087750862 | Premium Savings | S | 3,580.29 | | | 0037645725 | ELKA K SHERESHEVSKY | | $3,580.29 | |
| 007 | DBC | | 4386540712489480 | Debit Card-CKGP | S | | | | 0037645725 | ELKA K SHERESHEVSKY | | | |
| 007 | RVC | | 4386540712901690 / 0 | Prime Equity Line | S | 298,745.79 | | | 0037645725 | ELKA K SHERESHEVSKY | | $299,910.41 | |
| 007 | RVC | | 4 | Prime Equity Line | S | 153,988.03 | | | 0037645725 | ELKA K SHERESHEVSKY | | $163,988.03 | |
| 007 | DBC | | 4828572511084 | CheckCard | S | | | | 0037645725 | ELKA K SHERESHEVSKY | | | |
| 007 | DBC | | 4828572564973 | CheckCard | S | | | | 0037645725 | ELKA K SHERESHEVSKY | | | |
| 007 | DBC | | 4828701652306 | Debit Card-CKGP | S | | | | 0037645725 | ELKA K SHERESHEVSKY | | | |
| 007 | ATM | | 5704500114437 | 24 Hour Bank Card | S | | | | 0037645725 | ELKA K SHERESHEVSKY | | | |
| 007 | ATM | | 5704500114511 | 24 Hour Bank Card | S | | | | 0037645725 | ELKA K SHERESHEVSKY | | | |
| 000 | ATM | | 90761227 | CANPIN - | S | | | | 0037645725 | ELKA K SHERESHEVSKY | | | |
| 000 | DDA | | 2000202272085 | BUS CASH MGR CK | S | 710.25 | 2611 / 6422660 | STRETZ,BONNIE J | 0016865471 | GSA INVESTORS LLC | 11/29/2005 | $705.25 | |
| 007 | DDA | | 2000202813759 | Business Checking | S | 876.68 | 2611 / 6422660 | STRETZ,BONNIE J | 0055498340 | HAMMOND INDUSTRIAL INVESTORS, LLC | 07/03/2007 | $860.68 | |
| 000 | CAN | | 91054173 | CANPIN - | S | | | | 0055498340 | HAMMOND INDUSTRIAL INVESTORS, LLC | | | |
| 007 | DDA | | 2000202627214 0 | CK | S | 288.58 | 2611 / 6422660 | STRETZ,BONNIE J | 0028196416 | IDEX MINE AND MINERALS | 12/23/2005 | $236.68 | Commercial service charge |
| 000 | DDA | | 2000202627221 8 | MONEY MARKET SAVINGS | S | 88.50 | 2611 / 6422660 | STRETZ,BONNIE J | 0026196416 | IDEX MINE AND MINERALS | 02/08/2006 | $88.50 | |
| 007 | CAN | | 2030101958 2 | CANPIN - | S | | | | 0028196416 | IDEX MINE AND | | | |
| 007 | DDA | | 2000202813814 | Business Checking | S | 347.80 | 2611 / 6422660 | STRETZ,BONNIE J | 0045379334 | JASSRY PROPERTIES, LLC | 07/11/2007 | $318.85 | |
| 000 | DBC | | 4828003050860 | Business | S | | | | 0045379334 | JASSRY PROPERTIES, | | | |
| 007 | CAN | | 541965223 | CANPIN - | S | | | | 0045379334 | JASSRY PROPERTIES, | | | |
| 000 | CAN | | 01600689 | CANPIN - | S | | | | 0012764604 | LINDSEY ENERGY LLC | | | |

**Relationship Accounts - Open Accounts - 08/01/2008**

Relationship: Westtrust Capital LLC
RM: Stretz, Bonnie

| Org Code | Area Service | Account Number | Product Type | J/S | Balance | Cosub/Rc | RM Name/ID | RRN | Customer Name | Open Date | Current Balance 8/14/08 | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 007 | DDA | 2000020405297 | CUSTOM BUSINESS CK | S | 62.32 | 2611 / 6422660 | STRETZ,BONNIE J | 0012764604 | LINDSEY ENERGY LLC | 09/14/2004 | $45.32 | |
| 000 | CAN | 01600985 | CAN/FIN - | S | | 2611 / 6422660 | STRETZ,BONNIE J | 0012764366 | LION'S WALK LLC | | | |
| 007 | DDA | 2000020406307 | CUSTOM BUSINESS CK | S | 64.99 | 2611 / 6422660 | STRETZ,BONNIE J | 0012764366 | LION'S WALK LLC | 09/14/2004 | $47.99 | |
| 007 | DDA | 2000020406174 | CUSTOM BUSINESS CK | S | 5.00 | 2611 / 6422660 | STRETZ,BONNIE J | 0041220796 | LION'S WALK LODGE LLC | 07/26/2004 | -$12.00 / service charge | Commercial |
| 007 | DDA | 2000025123038 | Business Checking | S | 735.91 | 2611 / 6422660 | STRETZ,BONNIE J | 0052821798 | PEORIA OFFICE INVESTORS, LLC | 11/20/2007 | $730.91 | |
| 000 | CAN | 2000035931113 | BUS HIGH PERF MM | S | 886.44 | 2611 / 6422660 | STRETZ,BONNIE J | 0052821798 | PEORIA OFFICE INVESTORS, LLC | 11/20/2007 | $669.44 | |
| 000 | CAN | 01601100 | CAN/FIN - | S | | 2611 / 6422660 | STRETZ,BONNIE J | 0012853635 | PURE AFRICA FARMING | | | |
| 007 | DDA | 2000026272137 | Commercial Checking | S | 60.47 | 2611 / 6422660 | STRETZ,BONNIE J | 0039484469 | PURE AFRICA INTERNATIONAL LLC | 12/23/2005 | $40.48 | |
| 000 | CAN | 01601049 | CAN/FIN - Business | S | | | | 0012849256 | PURE AFRICA INVESTMENTS LLC | | | Commercial |
| 007 | DDA | 2000020406310 | Business Checking | S | 45.12 | 2611 / 6422660 | STRETZ,BONNIE J | 0012849256 | PURE AFRICA INVESTMENTS LLC | 09/15/2004 | $15.62 / service charge | |
| 007 | DDA | 2000026272593 | Business Checking | S | 1,112.63 | 2611 / 6422660 | STRETZ,BONNIE J | 0034140205 | PURE AFRICA MINERALS, LLC | 09/20/2006 | $1,019.93 | |
| 007 | DDA | 2000028373898 | Business Checking | S | 73.00 | 2611 / 6422660 | STRETZ,BONNIE J | 0034140205 | PURE AFRICA MINERALS, LLC | 10/16/2007 | $68.00 | |
| 007 | DDA | 2000028373908 | Business Checking | S | 70.03 | 2611 / 6422660 | STRETZ,BONNIE J | 0034140205 | PURE AFRICA MINERALS, LLC | 10/16/2007 | $65.03 | |
| 007 | DDA | 2000028373924 | Business Checking | S | 68.03 | 2611 / 6422660 | STRETZ,BONNIE J | 0034140205 | PURE AFRICA MINERALS, LLC | 10/16/2007 | $63.03 | |
| 007 | DDA | 2000034754663 | Business Checking | S | 68.02 | 2611 / 6422660 | STRETZ,BONNIE J | 0034140205 | PURE AFRICA MINERALS, LLC | 10/16/2007 | $63.02 | |
| 000 | CAN | 201135590 | CAN/FIN - | S | | | | 0010283379 | RAND ENERGY LLC | 10/16/2007 | | |
| 007 | DDA | 2000028373649 | Business Checking | S | 457.50 | 2611 / 6422660 | STRETZ,BONNIE J | 0024136100 | S. PINE STREET INVESTORS, LLC | 04/26/2007 | $441.50 | |

**Relationship Accounts - Open Accounts - 08/01/2008**

Relationship: Wextrust Capital LLC
RM: Stretz,Bonnie

| Org Code | Area | Service | Account Number | Product Type | J/S | Balance | Cosub/Rc | RM Name/ID | RRN | Customer Name | Open Date | Current Balance 8/14/08 | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 007 | DDA | | 20000262772580 | Business Checking | S | 69.62 | 2611 / 6422660 | STRETZ,BONNIE J | 0032613408 | SEMJEE CONSULTING, LLC | 09/20/2006 | $64.62 | Commercial |
| 007 | DDA | | 2000020948645 | Business Checking | S | 83.30 | 2611 / 6422660 | STRETZ,BONNIE J | 0023447149 | SHERESHEVSKY FP II | 06/08/2006 | $23.35 | Commercial |
| 000 | CAN | | 64730100 | CANFIN - Business | S | | 2611 / 6422660 | STRETZ,BONNIE J | 0023447149 | SHERESHEVSKY FP II | | | |
| 007 | DDA | | 20000283373652 | Business Checking | S | 91.79 | 2611 / 6422660 | STRETZ,BONNIE J | 0024133909 | SKELETON COAST BRET INVESTORS, LLC | 04/26/2007 | $58.79 | service charge |
| 007 | DDA | | 20000355930761 | BUS HIGH PERF MM | S | 27.09 | 2611 / 6422660 | STRETZ,BONNIE J | 0024133909 | SKELETON COAST BRET INVESTORS, LLC | 04/26/2007 | $27.09 | |
| 007 | DDA | | 20000262772386 | Business Checking | S | 684.47 | 2611 / 6422660 | STRETZ,BONNIE J | 0025400249 | TENNESSEE OFFICE INVESTORS, LLC | 06/12/2006 | $679.47 | |
| 000 | CAN | | 90748606 | CANFIN - Business | S | | 2611 / 6422660 | STRETZ,BONNIE J | 0025400249 | TENNESSEE OFFICE INVESTORS, LLC | | | |
| 007 | DDA | | 2000026274151 | Business Checking | S | 48.08 | 2611 / 6422660 | STRETZ,BONNIE J | 0052990095 | THE SHERESHEVSKY FAMILY IRREVOCABLE | 03/08/2007 | $16.13 | service charge |
| 000 | CAN | | 207288822 | CANFIN - Business | S | | 2611 / 6422660 | STRETZ,BONNIE J | 0052990095 | THE SHERESHEVSKY FAMILY IRREVOCABLE | | | |
| 000 | CAN | | 200103746 | CANFIN - Business | S | | 2611 / 6422660 | STRETZ,BONNIE J | 0063310904 | THE SHERESHEVSKY FAMILY LIMITED | | | |
| 007 | DDA | | 20000283373636 | Business Checking | S | 119.27 | 2611 / 6422660 | STRETZ,BONNIE J | 0054140397 | THE SHERESHEVSKY FOUNDATION, INC | 04/16/2007 | $106.32 | Commercial |
| 000 | CAN | | 208829107 | CANFIN - Business | S | | 2611 / 6422660 | STRETZ,BONNIE J | 0054140397 | THE SHERESHEVSKY FOUNDATION, INC | | | |
| 000 | CAN | | 01600759 | CANFIN - Business | S | | 2611 / 6422660 | STRETZ,BONNIE J | 0012863702 | THUNDER ENERGY LLC | | | |
| 007 | DDA | | 2000002406352 | Business Checking | S | 43.02 | 2611 / 6422660 | STRETZ,BONNIE J | 0012863702 | THUNDER ENERGY LLC | 09/15/2004 | $19.07 | service charge |
| 000 | CAN | | 01601141 | CANFIN - Business | S | | 2611 / 6422660 | STRETZ,BONNIE J | 0012857241 | VATICANO TRADERS LLC | | | |
| 007 | DDA | | 2000020406336 | CUSTOM - BUSINESS CK | S | 84.26 | 2611 / 6422660 | STRETZ,BONNIE J | 0012857241 | VATICANO TRADERS LLC | 09/15/2004 | $47.26 | service charge |
| 007 | DDA | | 20000262772409 | BUS HIGH PERF MM | S | 1,550.05 | 2611 / 6422660 | STRETZ,BONNIE J | 0007889086 | WEXFORD HIGH YIELD DEBT FUND, III, LLC | 06/28/2006 | $1,550.05 | Commercial |

**Relationship Accounts - Open Accounts - 08/01/2008**

Relationship: Wextrust Capital LLC
RM: Stretz,Bonnie
Service

| Org Code | Area | Account Number | Product Type | J/S | Balance | Cosub/Rc | RM Name/ID | RRN | Customer Name | Open Date | Current Balance 8/14/08 | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 007 | DDA | 2000028272412 | Commercial Checking | S | 1,616.17 | 2611 6422660 | STRETZ,BONNIE J | 0007889086 | WEXFORD HIGH YIELD DEBT FUND, III LLC | 06/28/2006 | $1,570.59 | |
| 000 | CAN | 90747727 | CANFIN - Business | S | | | | 0007889086 | WEXFORD HIGH YIELD DEBT FUND, III LLC | | $5,868.35 | |
| 007 | DDA | 2000017257445 | BUS HIGH PERF MM | S | 2,141.86 | 2611 6422660 | STRETZ,BONNIE J | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | 05/10/2005 | $2,090.91 | |
| 007 | DDA | 2000017257158 | MONEY MARKET SAVINGS | S | 37.77 | 2611 6422660 | STRETZ,BONNIE J | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | 05/10/2005 | $37.77 | |
| 007 | DDA | 2000020406190 | Commercial Checking | S | 33,662.84 | 2611 6422660 | STRETZ,BONNIE J | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | 06/08/2004 | $46,664.73 | |
| 007 | DDA | 2000020888459 | BUS CASH MGR CK | S | 8,905.83 | 2611 6422660 | STRETZ,BONNIE J | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | 03/19/2004 | $3,037.48 | Service charge |
| 007 | DDA | 2000028271963 | Commercial Checking | S | 212.51 | 2611 6422660 | STRETZ,BONNIE J | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | 08/16/2005 | $192.56 | |
| 007 | DDA | 2000028272069 | BUS CASH MGR CK | S | 970.36 | 2611 6422660 | STRETZ,BONNIE J | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | 11/10/2005 | $965.36 | |
| 007 | DDA | 2000028272085 | BUS CASH MGR CK | S | 710.25 | 2611 6422660 | STRETZ,BONNIE J | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | 11/29/2005 | $705.25 | |
| 007 | DDA | 2000028272522 | Business Checking | S | 47.10 | 2611 6422660 | STRETZ,BONNIE J | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | 09/18/2006 | $42.10 | |
| 007 | DDA | 2000028272645 | Business Checking | S | 29.54 | 2611 6422660 | STRETZ,BONNIE J | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | 10/20/2006 | $24.54 | |
| 007 | DDA | 2000028272658 | Business Checking | S | 688.49 | 2611 6422660 | STRETZ,BONNIE J | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | 10/30/2006 | $663.49 | |
| 007 | DDA | 2000028274449 | Business Checking | S | 51.20 | 2611 6422660 | STRETZ,BONNIE J | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | 03/02/2007 | $35.20 | |
| 000 | CAN | 200056838 | CANFIN - Business | S | | | | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | | | |
| 000 | DBC | 200056838 | Business CheckCard | S | | | | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | | | |
| 075 | DBC | 482800723373 | Business CheckCard | S | | | | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | | | |
| 000 | BLS | BF505272ST | BLS-SBLT | S | | | | 0051825780 | WEXFORD PRINCIPAL PROTECTED FUND I,LLC | | | |

**Relationship Accounts - Open Accounts - 08/01/2008**
Relationship: Wextrust Capital LLC
RM: Stretz,Bonnie

| Org Code | Area | Account Number | Product Type | J/S | Balance | CosubJRc | RM Name/ID | RRN | Customer Name | Open Date | Current Balance 8/14/08 | Explanation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 007 | DDA | 2000002627470 | Commercial Checking | S | 1,207.17 | 2611 / 6422660 | STRETZ,BONNIE J | 0048456787 | WEXTRUST EQUITY PARTNERS, LLC | 09/05/2006 | $1,170.49 | |
| 007 | DDA | 2000002627483 | BUS HIGH PERF MM | S | 1,238.46 | 2611 / 6422660 | STRETZ,BONNIE J | 0048456787 | WEXTRUST EQUITY PARTNERS, LLC | 09/01/2006 | $1,238.46 | |
| 007 | DDA | 2000002046107 0 | CUSTOM BUSINESS CK | S | 34,729.42 | 2611 / 6422660 | STRETZ,BONNIE J | 0006433437 | WEXTRUST SECURITIES, LLC | 04/07/2005 | $23,775.43 | $9,564.13 wire same day as |
| 007 | DDA | 2000002083912 3 | BUS HIGH PERF MM | S | 95,351.89 | 2611 / 6422660 | STRETZ,BONNIE J | 0006433437 | WEXTRUST SECURITIES, LLC | 05/09/2005 | $95,351.89 | |
| 000 | CAN | 907606408 | CANPIN - CANPIN - | S | | | | 0006433437 | WEXTRUST SECURITIES, | | | |

Total        $2,244,825.33        $2,127,248.65

# EXHIBIT C

To deposit to
B B T acct.
ABA # 051404260
Acct. # 0000154084363



MIRIAM STERN
4721 14th Ave
Brookly, NY 11219

233

1-108/210

Aug 5 2008
Date

Pay to the
Order of     ELKA Shereshevsky                    $ 25,000 °°

Twenty _____ Dollars

HSBC ◊
HSBC Bank USA, N.A. Brooklyn, NY 11219

For Loan for ATM

⑈0 2100 10 88⑈: 8 7 1 7 1 8 0 2 9⑈ 0233

---

REISS PAPER CONVERTING & SALES
INC.
2100, REMEMBRANCE ROAD
LACHINE, QC  H8S 1X3
Tel: (514) 639-7000

FOLIO 810 269

0065

DATE  2 0 0 8 0 8 0 5
       Y Y Y Y M M D D

PAY to     Elka Shereshevsky                         $ 50,000.°°
the order of

___ fifty thousand _____ ×× DOLLARS
                                        100  U.S. FUNDS

Caisse populaire Desjardins de Montréal-Nord
Siège social       Tél. :    514 322-9310
11000, boul. Saint-Vital   Télec. :  514 322-0763
Montréal-Nord, Qc   Accès D : 1 800 CAISSES
H1H 4T6            www.desjardins.com

REISS PAPER CONVERTING & SALES
INC.

RE  Loan for ATM                    PER

⑈000065⑈  ⑈30513⑈815⑈   810⑈259⑈2⑈    45

BB&T

☐ Checking ☐ Savings

Deposit To The Account Of (Please print full name)

ELKA SKRESHEVSKY

Address

15 FLOURY AVE

City, State, Zip Code

...JK ... ... PA ...

Date

. / . / .

Please Sign Here if Cash Received

DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL     **Please enter your account number below**

F0008000260
(Rev. 09.15.03)

*   ... 0 : 5 4 0 8 4 3 6 3

→ USE FOR 10 DIGIT ACCOUNT NUMBER

Currency/Coins

Checks

Rei... apr   5  000.--

M ...   25 00.--

Total

Less: Cash
Received

Total
Deposit   $    75200.

CLIENT COPY

Teller Hold for 11 days
Joe knows

# EXHIBIT D

LOAN AGREEMENT ENTERED INTO THIS 30TH DAY OF MAY 2008 IN THE CITY OF MONTREAL

BY AND BETWEEN:

Chaim O. Faivushevitz, Moshe Reiss, and Aryeh Elefant on behalf of a Corporation to be formed, having their place of business at 2100 Remembrance Road, Lachine, Quebec H8S 1X3. Hereinafter referred to as the Lenders.

And

ATM, a Corporation having its place of business at 999 Waterside Drive, Suite 2220 Norfolk, VA., 23510, represented by Joseph Shereshevsky. Hereinafter referred to as the Borrower.

And

Joseph Shereshevsky, personally, having his place of business at 999 Waterside Drive, Suite 2220 Norfolk, VA., 23510. Hereinafter referred to as the Guarantor.

WHEREAS the Borrower requires funds to invest in a business venture ("the business") and specifically for the purchase of equipment to be used for the business.

AND WHEREAS the Lenders are agreeable to provide the loan for the stated purpose.

NOW THEREFORE THE PARTIES HERETO HEREBY AGREE AS FOLLOWS:

1. The preamble shall form an integral part of this document;

2. LOAN AMOUNT – The Lenders shall provide to the Borrower a loan in the amount of ONE HUNDRED AND SEVENTY FIVE THOUSAND DOLLARS $175,000.00 (U.S.)

3. TERMS OF REPAYMENT- The loan shall be a non-interest bearing loan and shall become payable within thirty days (30) from the date of disbursement or upon any occurrence which shall terminate the business.

4. LENDERS' OPTION- The Lenders' shall have the right, at their sole option and discretion, to take equity in the business commensurate to the amount of their entire loan, in lieu of repayment.

5. GUARANTOR'S UNDERTAKING- the Guarantor hereby assumes and undertakes full responsibility for the immediate repayment of the loan, without

1

05/30/2008  12:26    5146397000              REISS PAPER                        PAGE  03

necessity of any legal proceedings, in the event that the loan is not repaid by the Lender in the time provided in paragraph 3 above.

6.  LANGUAGE

The Parties expressly require that the present Agreement be drawn up in the English language. Les Parties exigent que cette entente soit rédigée exclusivement dans la langue anglaise;

AND ALL THE PARTIES HAVE SIGNED AS OF THE DATE MENTIONED ABOVE.

_____

Chaim O. Faivushevitz for the Lenders

_____

ATM, per Joseph Shereshevsky; Borrower

_____

Joseph Shereshevsky, personally; Guarantor

2

LOAN AGREEMENT ENTERED INTO THIS 29TH DAY OF JULY 2008 IN THE CITY OF MONTREAL

BY AND BETWEEN:

Chaim O. Faivushevitz, Moshe Reiss, and Aryeh Elefant on behalf of a Corporation to be formed, having their place of business at 2100 Remembrance Road, Lachine, Quebec H8S 1X3. Hereinafter referred to as the Lenders.

And

ATM, a Corporation having its place of business at 999 Waterside Drive, Suite 2220 Norfolk, VA., 23510, represented by Joseph Shereshevsky. Hereinafter referred to as the Borrower.

And

Joseph Shereshevsky, personally, having his place of business at 999 Waterside Drive, Suite 2220 Norfolk, VA., 23510. Hereinafter referred to as the Guarantor.

WHEREAS the Borrower requires funds to invest in a business venture ("the business") and specifically for the purchase of equipment to be used for the business.

AND WHEREAS the Lenders are agreeable to provide the loan for the stated purpose.

NOW THEREFORE THE PARTIES HERETO HEREBY AGREE AS FOLLOWS:

1. The preamble shall form an integral part of this document;

2. LOAN AMOUNT – The Lenders shall provide to the Borrower a loan in the amount of THREE HUNDRED AND TWENTY FIVE THOUSAND DOLLARS $325,000.00 (U.S.)

3. TERMS OF REPAYMENT- The loan shall be a non-interest bearing loan and shall become payable within thirty days (30) from the date of disbursement or upon any occurrence which shall terminate the business.

4. LENDERS' OPTION- The Lenders' shall have the right, at their sole option and discretion, to take equity in the business commensurate to the amount of their entire loan, in lieu of repayment.

5. GUARANTOR'S UNDERTAKING- the Guarantor hereby assumes and undertakes full responsibility for the immediate repayment of the loan, without

1

necessity of any legal proceedings, in the event that the loan is not repaid by the Lender in the time provided in paragraph 3 above.

6. LANGUAGE

The Parties expressly require that the present Agreement be drawn up in the English language. Les Parties exigent que cette entente soit rédigée exclusivement dans la langue anglaise;

AND ALL THE PARTIES HAVE SIGNED AS OF THE DATE MENTIONED ABOVE.

_____
Chaim O. Faivushevitz for the Lenders


_____
ATM, per Joseph Shereshevsky; Borrower


_____
Joseph Shereshevsky, personally; Guarantor

2

# EXHIBIT E



**Transfer 110 of 121**

# BOOK TRANSFER DETAIL

Initiated By: .................. CR226778 On Mar 30 2007 At 9:31:56 AM ET
Last Modified By: .............. CR226778 On Mar 30 2007 At 9:31:56 AM ET
Status: ........................ Completed
Processed: ..................... On Mar 30 2007 At 9:35:09 AM ET
Template Name: ..................
Transaction ID: ................ 20001132
Entry Method: .................. User Entry
MTS Advice #: .................. 2007033000022324

Amount: ........................ $ 50,000.00
Value Date: .................... 03/30/2007
Debit Account: ................. WBVA 2000026274177

## Originator
Account Type: .................. Account Number
Account #: ..................... WBVA 2000026274177
Account Name: .................. BLOCK III MINES & MINERALS, LLC
Address Line 1: ............... 999 WATERSIDE DR SUITE 2220
Address Line 2: ............... NORFOLK, VA 23510
Address Line 3: ............... Phone: 757-623-0246 Sheran Gabriel

## Beneficiary
Bank ID/Account #: ............. WBVA/1010152166331
Account Name: .................. Elka Shereshevsky Op Acc
Address Line 1: ............... 607 E. Mowbray Ct.
Address Line 2: ............... Norfolk, VA 23507
Address Line 3: ............... Phone: 757-623-5704
Reference: ..................... Com Adv 9/29

## Originator to Beneficiary Information
Orig/Ben Info: ................. Partial Block III Compensation

© Wachovia Corporation, 2004

**Transfer 112 of 121**

# BOOK TRANSFER DETAIL

Initiated By: ................. CR226778 On Mar 30 2007 At 11:54:59 AM ET
Last Modified By: ............. CR226778 On Mar 30 2007 At 11:54:59 AM ET
Status: ....................... Completed
Processed: .................... On Mar 30 2007 At 12:16:04 PM ET
Template Name: .................
Transaction ID: ............... 20001134
Entry Method: ................. User Entry
MTS Advice #: .................. 2007033000044826

Amount: ....................... $ 225,000.00
Value Date: ................... 03/30/2007
Debit Account: ................ WBVA 2000020406190

## Originator
Account Type: ................. Account Number
Account #: .................... WBVA 2000026274177
Account Name: ................. BLOCK III MINES AND MINERALS LLC
Address Line 1: ............... 999 WATERSIDE DR SUITE 2220
Address Line 2: ............... NORFOLK, VA 23510
Address Line 3: ............... Phone: 757-623-0246 Sheran Gabriel

## Beneficiary
Bank ID/Account #: ............ WBVA/1010152166331
Account Name: ................. Elka Shereshevsky Op Acc
Address Line 1: ............... 607 E. Mowbray Ct.
Address Line 2: ............... Norfolk, VA 23507
Address Line 3: ............... Phone: 757-623-5704
Reference: .................... Com Adv 9/29

## Originator to Beneficiary Information
Orig/Ben Info: ................ ELKA SHEREHSEVSKY-BLOCK III COMPENSATION

© Wachovia Corporation, 2004

**Transfer 113 of 121**

## BOOK TRANSFER DETAIL

Initiated By: .................. CR226778 On Mar 30 2007 At 12:03:23 PM ET
Last Modified By: ............... CR226778 On Mar 30 2007 At 12:03:23 PM ET
Status: ......................... Completed
Processed: ...................... On Mar 30 2007 At 12:05:30 PM ET
Template Name: ..................
Transaction ID: ................. 20001135
Entry Method: ................... User Entry
MTS Advice #: ................... 2007033000046391

Amount: ......................... $ 225,000.00
Value Date: ..................... 03/30/2007
Debit Account: .................. WBVA 2000026274177

## Originator

Account Type: ................... Account Number
Account #: ...................... WBVA 2000026274177
Account Name: ................... BLOCK III MINES AND MINRALS
Address Line 1: ................. 999 WATERSIDE DR SUITE 2220
Address Line 2: ................. NORFOLK, VA 23510
Address Line 3: ................. Phone: 757-623-0246 Sheran Gabriel

## Beneficiary

Bank ID/Account #: .............. WBVA/1010152166331
Account Name: ................... Elka Shereshevsky Op Acc
Address Line 1: ................. 607 E. Mowbray Ct.
Address Line 2: ................. Norfolk, VA 23507
Address Line 3: ................. Phone: 757-623-5704
Reference: ...................... Com Adv 9/29

## Originator to Beneficiary Information

Orig/Ben Info: .................. JOSEPH SHERESHEVSKY-BLOCK III COMPENSATION

© Wachovia Corporation, 2004

**Transfer 116 of 121**

## ACCOUNT TRANSFER DETAIL

Initiated By: .................... CR226778 On Mar 30 2007 At 12:22:51 PM ET
Last Modified By: ............... CR226778 On Mar 30 2007 At 12:22:51 PM ET
Status: .......................... Completed
Processed: ....................... On Mar 30 2007 At 12:25:23 PM ET
Template Name: ...................
Transaction ID: ................. 20001138
Entry Method: .................... User Entry
MTS Advice #: .................... 2007033000049821

Amount: .......................... $ 225,000.00
Value Date: ...................... 03/30/2007
Debit Account: ................... WBVA 2000026274177
Credit Account: .................. WBVA 2000020406190

## Originator to Beneficiary Information

Orig/Ben Info: ................... xfer of funds from Block III Mines & Minerals, LLC to reimburse WexCapDisb Acc for Elka Shereshevsky's Block III Comp wire#2007033000044826

© Wachovia Corporation, 2004

# EXHIBIT F

⟩

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA  PA   19255-0023

Date of this notice:  03-21-2007

Employer Identification Number:
41-2231198

001586.317502.0007.001 1 MB 0.326 532

Form:  SS-4

Number of this notice:  CP 575 B

BLOCK III MINES AND MINERALS
JOSEPH SHERESHEVSKY GEN PTR
999 WATERSIDE DR STE 2220
NORFOLK  VA   23510

For assistance you may call us at
1-800-829-4933

01586

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned
you EIN 41-2231198.  This EIN will identify your business account, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

When filing tax documents, please use the label we provided.  If this isn't
possible, it is very important that you use your EIN and complete name and address
exactly as shown above on all federal tax forms, payments and related correspondence.
Any variation may cause a delay in processing, result in incorrect information in your
account or even cause you to be assigned more than one EIN.  If the information
isn't correct as shown above, please correct it using tear off stub from this notice
and return it to us so we can correct your account.

Based on the information from you or your representative, you must file the
following form(s) by the date(s) shown.

         Form 1065                        04/15/2008

If you have questions about the form(s) or the due dates(s) shown, you can call
or write to us at the phone number or address at the top of the first page of this
letter.  If you need help in determining what your tax year is, see Publication 538,
Accounting Periods and Methods, available at your local IRS office or you can download
this Publication from our Web site at www.irs.gov.

We assigned you a tax classification based on information obained from you or
your representative.  It is not a legal determination of your tax classification,
and is not binding on the IRS.  If you want a legal determination on your tax
classification, you may request a private letter ruling from the IRS under the
guidelines in Revenue Procedure 2004-1,2004-1 I.R.B. 1 (or superseding Revenue
Procedure for the year at issue.)

PLEASE RETAIN AS BLOCK
III MINE & MINERALS, III
EMPLOYER ID# NUMBER
#41-2231198

(IRS USE ONLY)    575B         03-21-2007  BLOC  B  0532742191  SS-4



001586

```
                         Keep this part for your records.        CP 575 B (Rev. 1-2007)
-------------------------------------------------------------------------------------
       Return this part with any correspondence
       so we may identify your account.  Please                            CP 575 B
       correct any errors in your name or address.
                                                                      0532742191

       Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  03-21-2007
       (   )        -                             EMPLOYER IDENTIFICATION NUMBER:   41-2231198
                                                  FORM:  SS-4              NOBOD
       _____   _____


       INTERNAL REVENUE SERVICE                   BLOCK III MINES AND MINERALS
       PHILADELPHIA  PA    19255-0023             JOSEPH SHERESHEVSKY GEN PTR
       [barcode]                                  999 WATERSIDE DR STE 2220
                                                  NORFOLK  VA   23510
```

# EXHIBIT G

# ALL TRANSACTIONS

Close

**Checking**

## GSA INVESTORS- 2000026272085

| | |
|---|---|
| **Available Balance:** | **$77,947.88*** |
| **Posted Balance:** | **$77,947.88**** |

**Check Card Holds:** View Details

### Transaction detail from   01/23/2006   to   01/24/2006

**Transactions available from 11/30/2005 to today.**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 01/23/2006 | TRNSFR 2000020406190 01/23 | $110,000.00 | | $77,947.88 |

\* The Available Balance is the Posted Balance plus any transactions that have been authorized but not yet posted. See help for more details.

\*\* The Posted Balance is the actual amount in your account and includes transactions that have cleared your checking account as of the close of the previous business day. See help for more details.

```
.***************************************************************

01/24/06                WACHOVIA CONNECTION                PAGE:  004
07:21 EST               EFT ADVICE REPORT FOR 01/23/06
                        SELECTED FOR: WIRES/BOOK TRANSFERS
                     *** PRESENTED SINCE: 00:00  EST     ***
-----------------------------------------------------------------------
BANK ID:  ACCOUNT NUMBER:          ACCOUNT NAME:
WBVA      2000017257145
-----------------------------------------------------------------------

  NO DETAIL  ITEMS EXIST ON ACCOUNT FOR REQUESTED DATE

****************************************************************

01/24/06                WACHOVIA CONNECTION                PAGE:  005
07:21 EST               EFT ADVICE REPORT FOR 01/23/06
                        SELECTED FOR: WIRES/BOOK TRANSFERS
                     *** PRESENTED SINCE: 00:00  EST     ***
-----------------------------------------------------------------------
BANK ID:  ACCOUNT NUMBER:          ACCOUNT NAME:
WBVA      2000017257158
-----------------------------------------------------------------------

  NO DETAIL  ITEMS EXIST ON ACCOUNT FOR REQUESTED DATE

****************************************************************

01/24/06                WACHOVIA CONNECTION                PAGE:  006
07:21 EST               EFT ADVICE REPORT FOR 01/23/06
                        SELECTED FOR: WIRES/BOOK TRANSFERS
                     *** PRESENTED SINCE: 00:00  EST     ***
-----------------------------------------------------------------------
BANK ID:  ACCOUNT NUMBER:          ACCOUNT NAME:
WBVA      2000020406048
-----------------------------------------------------------------------

  NO DETAIL  ITEMS EXIST ON ACCOUNT FOR REQUESTED DATE

****************************************************************

01/24/06                WACHOVIA CONNECTION                PAGE:  007
07:21 EST               EFT ADVICE REPORT FOR 01/23/06
                        SELECTED FOR: WIRES/BOOK TRANSFERS
                     *** PRESENTED SINCE: 00:00  EST     ***
-----------------------------------------------------------------------
BANK ID:  ACCOUNT NUMBER:          ACCOUNT NAME:
WBVA      2000020406190
-----------------------------------------------------------------------

STATUS:  PROCESSED              TIME: 15:47
VIA:     BOOK                   VALDT: 01/23/06    OUTGOING BOOK - DEBIT
DEBIT BANK/ACCOUNT:                WBVA  D  2000020406190
DEBIT NAME:                        WEXTRUST CAPITAL LLC
CREDIT BANK/ACCOUNT:               WBVA  D  1010098508639
CREDIT NAME:                       ELKA K SHERESHEVSKY
```

```
      EQUIVALENT:                              $100,000.00
   TRANSACTION AMT:               USD        100,000.00
ADVICE:                           060123-048540
ORIGINATOR ID CODE/ID:            WBVA2000020406190
ORIGINATOR NAME:                  WEXTRUST CAPITAL DISB ACC
ORIGINATOR ADDRESS:               999 WATERSIDE DR.   SUITE 2220
                                  NORFOLK, VA  23510
                                  WINSTON OR SHERAN
BENEFICIARY NAME:                 ELKA SHERESHEVSKY OP ACC
BENEFICIARY ADDRESS:              607 E. MOWBRAY CT.
                                  NORFOLK, VA  23507
                                  PHONE: 757-623-5704
ORIGINATOR TO BENEFICIARY INFO:   XFER FUNDS FROM WEXTRUST CAPITAL DI
                                  SB ACC TO ELKA'S OP ACCT PER JOE'S
                                  PHONE CALL 01-23-06


*************************************************************************

01/24/06             WACHOVIA CONNECTION                 PAGE:  008
07:21  EST           EFT ADVICE REPORT FOR 01/23/06
                     SELECTED FOR: WIRES/BOOK TRANSFERS
                 *** PRESENTED SINCE: 00:00  EST     ***
-------------------------------------------------------------------------
BANK ID:  ACCOUNT NUMBER:         ACCOUNT NAME:
WBVA      2000020406297
-------------------------------------------------------------------------

 NO DETAIL  ITEMS EXIST ON ACCOUNT FOR REQUESTED DATE


*************************************************************************

01/24/06             WACHOVIA CONNECTION                 PAGE:  009
07:21  EST           EFT ADVICE REPORT FOR 01/23/06
                     SELECTED FOR: WIRES/BOOK TRANSFERS
                 *** PRESENTED SINCE: 00:00  EST     ***
-------------------------------------------------------------------------
BANK ID:  ACCOUNT NUMBER:         ACCOUNT NAME:
WBVA      2000020461070
-------------------------------------------------------------------------

 NO DETAIL  ITEMS EXIST ON ACCOUNT FOR REQUESTED DATE


*************************************************************************

01/24/06             WACHOVIA CONNECTION                 PAGE:  010
07:21  EST           EFT ADVICE REPORT FOR 01/23/06
                     SELECTED FOR: WIRES/BOOK TRANSFERS
                 *** PRESENTED SINCE: 00:00  EST     ***
-------------------------------------------------------------------------
BANK ID:  ACCOUNT NUMBER:         ACCOUNT NAME:
WBVA      2000020839123
-------------------------------------------------------------------------

 NO DETAIL  ITEMS EXIST ON ACCOUNT FOR REQUESTED DATE

*************************************************************************
```

```
  ౨: 001
  .:21 EST            EFT ADVICE REPORT FOR 01/23/06        1/23/06
                      SELECTED FOR: WIRES/BOOK TRANSFERS
                   *** PRESENTED SINCE: 00:00  EST     ***
-----------------------------------------------------------------------
BANK ID:   ACCOUNT NUMBER:        ACCOUNT NAME:
WBCT       2030000169579
-----------------------------------------------------------------------

  NO DETAIL  ITEMS EXIST ON ACCOUNT FOR REQUESTED DATE

****************************************************************************

01/24/06            WACHOVIA CONNECTION                  PAGE:  002
07:21  EST          EFT ADVICE REPORT FOR 01/23/06
                    SELECTED FOR: WIRES/BOOK TRANSFERS
                 *** PRESENTED SINCE: 00:00  EST     ***
-----------------------------------------------------------------------
BANK ID:   ACCOUNT NUMBER:        ACCOUNT NAME:
WBVA       1010032960835
-----------------------------------------------------------------------

  NO DETAIL  ITEMS EXIST ON ACCOUNT FOR REQUESTED DATE

****************************************************************************

01/24/06            WACHOVIA CONNECTION                  PAGE:  003
07:21  EST          EFT ADVICE REPORT FOR 01/23/06
                    SELECTED FOR: WIRES/BOOK TRANSFERS
                 *** PRESENTED SINCE: 00:00  EST     ***
-----------------------------------------------------------------------
BANK ID:   ACCOUNT NUMBER:        ACCOUNT NAME:
WBVA       1010098508639
-----------------------------------------------------------------------

STATUS:  PROCESSED          TIME: 15:47
VIA:     BOOK               VALDT: 01/23/06    INCOMING BOOK - CREDIT
DEBIT BANK/ACCOUNT:         WBVA  D  2000020406190
DEBIT NAME:                 WEXTRUST CAPITAL LLC
CREDIT BANK/ACCOUNT:        WBVA  D  1010098508639
CREDIT NAME:                ELKA K SHERESHEVSKY
USD EQUIVALENT:                            $100,000.00
TRANSACTION AMT:            USD            100,000.00
ADVICE:                     060123-048540
ORIGINATOR ID CODE/ID:      WBVA2000020406190
ORIGINATOR NAME:            WEXTRUST CAPITAL DISB ACC
ORIGINATOR ADDRESS:         999 WATERSIDE DR.   SUITE 2220
                            NORFOLK, VA  23510
                            WINSTON OR SHERAN
BENEFICIARY NAME:           ELKA SHERESHEVSKY OP ACC
BENEFICIARY ADDRESS:        607 E. MOWBRAY CT.
                            NORFOLK, VA  23507
                            PHONE: 757-623-5704
ORIGINATOR TO BENEFICIARY INFO:   XFER FUNDS FROM WEXTRUST CAPITAL DI
                                  SB ACC TO ELKA'S OP ACCT PER JOE'S
                                  PHONE CALL 01-23-06
```

# EXHIBIT H

**United States District Court - Southern District of New York**

-----------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION

                          Plaintiff

                          v.

STEVEN BYERS, ETAL

                          Defendant

-----------------------------------------------------

) Index No.: 08 CIV 7104
)
)
)
) **AFFIDAVIT OF SERVICE**
)
)
)
)
)

STATE OF VIRGINIA: COUNTY OF NORFOLK ss:

I, RYAN RODRIGUEZ., being duly sworn, depose and say deponent is not a party to this action and is over the
age of eighteen years and resides in the state of VIRGINIA. That on AUGUST 19, 2008 at 9:40 AM at BB&T BANK, 500
EAST MAIN STREET, NORFOLK, VA 23510, deponent served the within ATTORNEYS' LETTER DATED 8/18/08;
COMPLAINT; ORDER APPOINTING TEMPORARY RECEIVER; ORDER FREEZING ASSETS on CECELIA CARSON,
therein named.

**INDIVIDUAL:** By delivering a true copy of each to said individual personally, deponent knew the person so served to be
the person described as said person therein.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: White    Hair: Brown    Glasses: Yes    Age: 55    Height: 5'5"    Weight: 130

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

                          RYAN RODRIGUEZ
                          Target Research LLC
                          20 Vesey Street, PH
                          New York, NY 10007
                          (212) 227-9600

Subscribed and sworn to before me, a notary public, on this   **19**   day of
**August** , 2008.

Mistie Wood                 My Commission Expires: 12-31-2010
Notary Public

            MISTIE WOOD
            Notary Public
        Commonwealth of Virginia
             7035886
    My Commission Expires Dec 31, 2010

**Target Research LLC ● 20 Vesey Street, PH, New York, NY 10007 ● (212) 227-9600**

# EXHIBIT I

# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
1101 New York Avenue, NW
Suite 1100
Washington, D.C. 20005-4213

tel  +1 202 346 7961
fax +1 202 299 1351
jwarren@dl.com

August 18, 2008

Civil Clerk's Office
Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA 23510

Re:  Appointment of Temporary Receiver in *SEC v. Byers, et al.*

Pursuant to 28 U.S.C. § 754, Receiver Timothy J. Coleman is filing a copy of the Complaint, Order Appointing Temporary Receiver, and Order Freezing Assets in *SEC v. Byers, et al.*, No. 1:08-cv-07104 (SWK) (S.D.N.Y. Aug. 11, 2008) with the United States District Court of the Eastern District of Virginia.

Please find attached a copy of the United States Securities and Exchange Commission's Complaint in *SEC v. Byers*, as well as a copy of Judge Richard A. Sullivan's order appointing Timothy J. Coleman of Dewey & LeBoeuf LLP as Temporary Receiver for the Defendant Wextrust Entities, including Wextrust Capital, LLC; Wextrust Equity Partners, LLC; Wextrust Development Group, LLC; Wextrust Securities, LLC; and Axela Hospitality, Inc., and all entities they control or in which they have an ownership interest. (Order Appointing Temporary Receiver, *SEC v. Byers* (S.D.N.Y. Aug. 11, 2008)). In addition, the Receiver is filing a copy of Judge Sullivan's Order Freezing Assets in *SEC v. Byers*, also issued August 11, 2008.

If you have any questions concerning this filing, please do not hesitate to call Mark Radke (202) 348-8076 or John K. Warren (202) 346-7961 of Dewey & LeBoeuf LLP.

Sincerely,

John K. Warren
Counsel to Receiver Timothy J. Coleman
Virginia Bar # 75550

NEW YORK  |  LONDON MULTINATIONAL PARTNERSHIP  |  WASHINGTON, DC
ALBANY  |  ALMATY  |  AUSTIN  |  BEIJING  |  BOSTON  |  BRUSSELS  |  CHARLOTTE  |  CHICAGO  |  DUBAI
FRANKFURT  |  HARTFORD  |  HONG KONG  |  HOUSTON  |  JACKSONVILLE  |  JOHANNESBURG (PTY) LTD.  |
LOS ANGELES MILAN  |  MOSCOW  |  PARIS MULTINATIONAL PARTNERSHIP  |  RIYADH AFFILIATED OFFICE  |  ROME  |  SAN FRANCISCO  |  SILICON VALLEY  |  WARSAW