AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

**APPEARANCE**

-against-

STEVEN BYERS, et al.,

Case Number: 08 Civ. 7104 (DC)

           Defendants, and

ELKA SHERESHEVSKY,

           Relief Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant Steven Byers

I certify that I am admitted to practice in this court.

| 9/2/2008 | _[signature]_ |
|---|---|
| Date | Signature |

Steven R. Popofsky          4224
Print Name          Bar Number

600 Lexington Avenue
Address

| NEW YORK | NEW YORK | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 752-9700 | (212) 980-5192 |
|---|---|
| Phone Number | Fax Number |