AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

## APPEARANCE

SEC V. BYERS, ET. AL                        Case Number:  08 CV 7104 (SWK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ELKA SHERESHEVSKY (RELIEF DEFENDANT)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/2/2008 | |
| Date | Signature |
| | MICHAEL F. BACHNER          MFB7719 |
| | Print Name          Bar Number |
| | 26 BROADWAY SUITE 2310 |
| | Address |
| | NY          NY          10004 |
| | City          State          Zip Code |
| | (212) 344-7778          (212) 344-7774 |
| | Phone Number          Fax Number |