CERTIFICATION OF SERVICE

The undersigned hereby certifies that on September 2, 2008, I served a true copy of the Answer, Summons and Third Party Complaint, pursuant to Local Rule 6.3, to the below parties as follows:

By U.S. Mail
Third Party Defendant
Amnon Cohen
811 Country Club Dr.
Teaneck, New Jersey 07666-5613

By U.S. Mail
Securities and Exchange Commission
Attention: Andrew M. Calamari
New York Regional Office
3 World Financial Center
New York, New York 10281
Phone: (212) 336-1100


Dated: Brooklyn, New York
September 2, 2008

                                                                              _____
John C. Meringolo, Esq.
11 Evans Street
Brooklyn, New York 11201