SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission     Plaintiff,

- against -

Byers, et al.     Defendant.

8 cv 07104 (DC)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Harvey Kurzweil a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: MARK S. RADKE
Firm Name: Dewey & LeBoeuf LLP
Address: 1101 New York Avenue, NW; Suite 1100
City/State/Zip: Washington, D.C. 20005-4213
Phone Number: (202) 346-8000
Fax Number: (202) 346-8102

MARK S. RADKE is a member in good standing of the Bar of the States of District of Columbia (D.C. Bar. No. 367162)

There are no pending disciplinary proceeding against MARK S. RADKE in any State or Federal court.

Dated: 9/12/08
City, State: NY, NY

Respectfully submitted,

Sponsor's
SDNY Bar
Firm Name: Dewey & LeBoeuf LLP
Address: 1301 Avenue of the Americas
City/State/Zip: New York, NY 10019
Phone Number: (212) 259-8000
Fax Number: (212) 259-6333

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION   08-CV-07104 (DC)

                                 Plaintiff,

       -against-                   AFFIDAVIT OF HARVEY
                                         KURZWEIL IN SUPPORT
                                         OF MOTION TO ADMIT
                                         COUNSEL PRO HAC VICE

BYERS, ET AL.

                               Defendants.

-----------------------------------------------------------X

STATE OF NEW YORK   )
                              SS.:
COUNTY OF NEW YORK )

       HARVEY KURZWEIL, being duly sworn, hereby deposes and says as follows:

       1.    I am a partner with the law firm of Dewey & LeBoeuf LLP, counsel for Timothy J. Coleman, Receiver, in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion to admit Mark S. Radke as counsel *pro hac vice* to represent Timothy J. Coleman, Receiver, in this matter.

       2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law on July 6, 1970. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

       3.    I have been Mr. Radke's colleague since October 2007.

       4.    Mark S. Radke is a partner at Dewey & LeBoeuf LLP, and is located at 1101 New York Avenue, Suite 1100; Washington, D.C. 2005-4213.

1

5. I have found Mark S. Radke to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

6. Accordingly, I am pleased to move the admission of Mark S. Radke, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Mark S. Radke, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREAS, it is respectfully requested that the motion to admit Mark S. Radke, *pro hac vice*, to represent Timothy J. Coleman, Receiver, in the above-captioned matter, be granted.

_____
HARVEY KURZWEIL

Sworn to before me this
2nd day of September, 2008.

_____
Notary Public

MARIAN L. LOTITO
NOTARY PUBLIC, State of New York
No. 01LO6057552
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires April 16, 2011

2

# EXHIBIT A

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff,

8  cv  07104  (DC)

- against -

Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Harvey Kurzweil attorney for Timothy J. Coleman, Receiver and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | MARK S. RADKE |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | 1101 New York Avenue, NW; Suite 1100 |
| City/State/Zip: | Washington, D.C. 20005-4213 |
| Telephone/Fax: | (202) 346-8000 (t) / (202) 346-8102 (f) |
| Email Address: | msradke@dl.com |

is admitted to practice pro hac vice as counsel for Timothy J. Coleman, Receiver in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MARK S. RADKE

was on the 13TH day of DECEMBER, 1982 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 29, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ A. Charles
Deputy Clerk

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                                           SS.:
COUNTY OF NEW YORK      )

       GEORGE W. SIKES, being duly sworn, deposes and says: I am over 18 years of age, am not a party to this action, and am employed by the law firm of Dewey & LeBoeuf LLP.

       On the 3rd day of September, 2008, I served a true and correct copy of the MOTION TO ADMIT COUNSEL PRO HAC VICE WITH SUPPORTING DOCUMENTS via First Class Mail and Facsimile to the attorneys listed on the attached service list at their address designated for service of papers:

SEE ATTACHED SERVICE LIST

                                                    GEORGE W. SIKES
                                                    Lic. No. 1279828

Sworn to before me this
3rd day of September, 2008

_Debra K. Senior_
NOTARY PUBLIC

DEBRA K. SENIOR
NOTARY PUBLIC, State of New York
No. 01SE6174396
Qualified in Dutchess County
Certificate Filed in New York County
Commission Expires September 17, 2011

## SERVICE LIST
## U. S. Securities and Exchange Commission v. Byers, et al.

| | |
|---|---|
| Alexander M. Vasilescu, Esq.<br>U. S. Securities and Exchange Commission<br>Three World Financial Center<br>New York, NY 10281<br>(212) 336-1322 (f) | Barry S. Zone, Esq.<br>Gerstsen, Savage, Kaplowitz, Wolf<br>  & Marcus, LLP<br>600 Lexington Avenue<br>New York, NY 10022<br>(212) 980-5192 (f) |
| Andrew M. Calamari, Esq.<br>U. S. Securities and Exchange Commission<br>Three World Financial Center<br>New York, NY 10281<br>(212) 336-1322 (f) | Jason Canales, Esq.<br>Gerstsen, Savage, Kaplowitz, Wolf<br>  & Marcus, LLP<br>600 Lexington Avenue<br>New York, NY 10022<br>(212) 980-5192 (f) |
| Steven G. Rawlings, Esq.<br>Paul, Weiss, Rifkind, Wharton<br>  & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 336-1324 (f) | Stephen Richard Popofsky, Esq.<br>Gerstsen, Savage, Kaplowitz, Wolf<br>  & Marcus, LLP<br>600 Lexington Avenue<br>New York, NY 10022<br>(212) 980-5192 (f) |
| John C. Meringolo, Esq.<br>Meringolo & Associates, P.C.<br>11 Evans Street<br>Brooklyn, NY 1120<br>(212) 202-4936 | Michael Fred Bachner, Esq.<br>Bachner & Herskovits, P.C.<br>26 Broadway, Suite 2310<br>New York, NY 10004<br>(212) 344-7774 (f) |