**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

**SECURITIES AND EXCHANGE COMMISSION** :

**Plaintiff,** :

**- against -** :

:
**STEVEN BYERS, JOSEPH** :
**SHERESHEVSKY, WEXTRUST CAPITAL, LLC,** : **08-cv-7104 (DC)**
**WEXTRUST EQUITY PARTNERS, LLC,** :
**WEXTRUST DEVELOPMENT GROUP, LLC,** : **ECF CASE**
**WEXTRUST SECURITIES, LLC, and** :
**AXELA HOSPITALITY, LLC,** :
:

**Defendants, and**

**ELKA SHERESHEVSKY,** :

:
**Relief Defendant.** :
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-24-08

**MEMO ENDORSED**

## ORDER ON CONSENT IMPOSING PRELIMINARY INJUNCTION AND OTHER RELIEF AGAINST THE DEFENDANTS AND RELIEF DEFENDANT

The Securities and Exchange Commission ("SEC") having filed a Complaint on August

11, 2008, and the SEC that same day having filed an Order To Show Cause seeking emergency

relief; and the Court having entered orders dated August 11, 12 and September 12, 2008,

collectively granting a temporary restraining order, asset freeze and other relief against

Defendants Steven Byers ("Byers"), Joseph Shereshevsky ("Shereshevsky"), Wextrust Capital,

LLC ("Wextrust"), Wextrust Equity Partners, LLC ("WEP"), Wextrust Development Group,

LLC ("WDG"), Wextrust Securities, LLC ("Wextrust Securities") and Axela Hospitality, LLC

("Axela") (collectively "the Defendants") and appointing a temporary receiver over Wextrust,

WEP, WDG, Wextrust Securities and Axela (collectively "the Wextrust Entity Defendants"); the

SEC having filed the First Amended Complaint on September 4, 2008 and the SEC that same

day having filed an Order to Show Cause seeking emergency relief and the Court having entered

an order dated August 28, 2008 granting an asset freeze over the assets of the Relief Defendant,

Elka Shereshevsky ("E. Shereshevsky" or "Relief Defendant"); and Defendants Byers,

Shereshevsky, Wextrust, WEP, WDG, Wextrust Securities and Axela and Relief Defendant E.

Shereshevsky having each (1) entered a general appearance; (2) consented to the Court's

jurisdiction over the Defendants and Relief Defendant and the subject matter of this action; (3)

consented to entry of this Order On Consent Imposing A Preliminary Injunction And Other

Relief Against The Defendants and Relief Defendant ("P.I. Order") without admitting or denying

the allegations of the Complaint or Amended Complaint (except as to jurisdiction); and (4)

waived findings of fact and conclusions of law; and (5) waived any right to appeal from this P.I.

Order:

I.

IT IS HEREBY ORDERED that, pending final disposition of this action, the Defendants

and the Defendants' agents, servants, employees, attorneys, and all persons in active concert or

participation with them who receive actual notice of this P.I. Order by personal service or

otherwise are preliminarily restrained and enjoined from violating, directly or indirectly, Section

17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] and Section 10(b)

of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-

5 promulgated thereunder [17 C.F.R. § 240.10b-5]

2

## II.

IT IS HEREBY ORDERED that, pending final disposition of this action, Defendant Wextrust Securities and its agents, servants, employees, attorneys, and all persons in active concert or participation with it who receive actual notice of this P.I. Order by personal service or otherwise are preliminarily restrained and enjoined from violating Sections 15(b)(1), 15(b)(7) and 15(c) of the Exchange Act, 15 U.S.C. §§78o(b)(1)&(7) and 78o(c), and Rules 10b-3, 15b1-1, 15b3-1 and 15b7-1 promulgated thereunder, 17 C.F.R. §§ 240.10b-3, 240.15b1-1, 240.15b3-1 and 240.15b-7.

## III.

IT IS HEREBY ORDERED that, pending final disposition of this action, Defendants Byers and Shereshevsky and Defendants Byers' and Shereshevsky's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this P.I. Order by personal service or otherwise are preliminarily restrained and enjoined from aiding and abetting any violation of Section 15(a) of the Exchange Act [15 U.S.C. § 78(o)(a)], or alternatively, from aiding and abetting violations of Sections 15(b)(1), 15(b)(7) and 15(c) of the Exchange Act, 15 U.S.C. §§78o(b)(1)&(7) and 78o(c), and Rules 10b-3, 15b1-1, 15b3-1 and 15b7-1 promulgated thereunder, 17 C.F.R. §§ 240.10b-3, 240.15b1-1, 240.15b3-1 and 240.15b-7.

## IV.

IT IS HEREBY ORDERED that, pending final disposition of this action or such further order of the Court, the Defendants and the Relief Defendant and each of their financial and brokerage institutions, officers, agents, servants, employees, attorneys-in-fact, and those persons in active concert or participation with them and all other persons or entities who receive actual

3

notice of this P.I. Order by personal service or otherwise, and each of them, hold and retain

within their control, and otherwise prevent, any withdrawal, transfer, pledge, encumbrance,

assignment, dissipation, concealment or other disposal of any assets, funds, or other property

(including money, real or personal property, securities, commodities, choses in action or other

property of any kind whatsoever) of, held by, or under the direct or indirect control of the

Defendants and Relief Defendant, including, but not limited to, entities owned or controlled by,

related to, or associated or affiliated with the Defendant Wextrust Entities and the limited

liability companies they control or have an ownership interest in, including but not limited to,

those entities listed on Exhibit A, whether held in any of their names or for any of their direct or

indirect beneficial interest wherever situated, in whatever form such assets may presently exist

and wherever located within the territorial jurisdiction of the United States courts, and directing

each of the financial or brokerage institutions, debtors and bailees, or any other person or entity

holding such assets, funds or other property of the Defendants or Relief Defendant to hold or

retain within its or his control and prohibit the withdrawal, removal, transfer or other disposal of

any such assets, funds or other properties including, but not limited to, all assets, funds, or other

properties held in the accounts listed on Exhibit B and Exhibit C, as well as each real estate

parcel owned directly or indirectly by the Defendant Wextrust Entities and the limited liability

companies they control or have an ownership interest in, including but not limited to, those

entities listed on Exhibit A. Notwithstanding the foregoing, nothing contained herein shall be

construed to preclude Defendant Byers, Defendant Sherevshesky and/or the Relief Defendant,

from applying to the Court, at any time, for an order relieving them (or any of them) from all or

part of the provisions of this Section IV. The SEC reserves the right to oppose any such

application but agrees that it shall not assert the fact of Defendants and/or Relief Defendants'

prior consent to this Section IV as a reason for the Court to deny all or any part of any such application.

V.

IT IS HEREBY ORDERED that, within 10 days of the entry of this order, Defendants Byers and Shereshevsky are each directed to provide a verified written accounting, each signed by Defendants Byers and Shereshevsky about the assets, liabilities and general financial condition of each of the Defendant Wextrust Entities, and verified accountings each signed by Defendants Byers and Shereshevsky identifying their own assets, liabilities and general financial condition, if any, under penalty of perjury. The Parties have agreed that if Defendants Byers and Shereshevsky assert their Fifth Amendment privileges and refuse to provide the required verified accountings, the SEC will not seek to have the Court hold them in contempt of this order and Defendants Byers and Shereshevsky agree that the Court or the finder of fact in this or any other proceeding may draw all applicable and lawful inferences from assertions of the Fifth Amendment privilege by Defendants Byers and Shereshevsky and refusal to provide verified accountings.

VI.

IT IS HEREBY ORDERED that, pending final disposition of this action or such further order of the Court, Timothy J. Coleman, Esq., who was appointed Temporary Receiver by the Court's previous orders dated August 11, 2008 and September 11, 2008, shall serve as Receiver over Defendants Wextrust, WEP, WDG, Wextrust Securities, and Axela and affiliated entities pending the final disposition of this action pursuant to all the terms stated in the Court's Amended Order Appointing Temporary Receiver, dated September 11, 2008, which is attached hereto as Exhibit D and fully incorporated into this Order by reference.

5

VII.

IT IS HEREBY ORDERED that, pending final disposition of this action or such further order of the Court, the SEC and the Receiver may conduct expedited discovery, pursuant to Rules 26, 30, 31, 33, 34, 36 and 45 of the Federal Rules of Civil Procedure and without the requirement of a meeting pursuant to Fed. R. Civ. P. 26(f), limited to issuing subpoenas and document requests to non-parties, and the Receiver may also continue to conduct discovery pursuant to the terms of the Amended Order Appointing Temporary Receiver, dated September 11, 2008, which is attached hereto as Exhibit D.

VIII.

IT IS HEREBY ORDERED that, pending final disposition of this action, the Defendants, and any person or entity acting at their direction or on his behalf, or any other person who receives actual notice of this P.I. Order by personal service or otherwise, are preliminarily restrained and enjoined from destroying, altering, concealing or otherwise interfering with the access of Plaintiff SEC and the Receiver to any and all documents, books and records, that are in the possession, custody or control of the Defendants, or any of them, and each of their officers, agents, employees, servants, accountants, financial or brokerage institutions, attorneys-in-fact, subsidiaries, affiliates, predecessors, successors and related entities, including, but not limited to, all entities identified on Exhibit A including, without limitation, documents, books, and records referring, reflecting or relating to the Defendants' finances or business operations.

6

IX.

IT IS FURTHER ORDERED that the Consent is incorporated herein with the same force

and effect as if fully set forth herein, and that Defendant shall comply with all of the

undertakings and agreements set forth therein.

Dated: October 24, 2008

UNITED STATES DISTRICT JUDGE

**Exhibit A**

# Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (For Service) | Address of Managing Agent (For Service) |
|---|---|---|---|---|---|
| **Entity:** | | | | | |
| Westount Capital | 333 W. Wacker Drive, 19th Floor, Chicago, IL 60606 | | | | |
| | 999 Waterside Drive, Suite 2220, Norfolk, VA 23510 | | | | |
| | 114 W. 47th Street, 20th Floor, New York, NY 10036 | | | | |
| | 75 Grealcap Avenue, Waterkraf Heights, Pretoria, South Africa | | | | |
| | 7 Jabotinski Street, 34th Floor, Ramat Gan, Israel | | | | |
| Westount Securities | 999 Waterside Drive, Suite 2220, Norfolk, VA 23510 | | | | |
| | 7 Jabotinski Street, 34th Floor, Ramat Gan, Israel | | | | |
| | 333 W. Wacker Drive, 19th Floor, Chicago, IL 60606 | | | | |
| | 2454 N. Federal Highway, Boca Raton, FL 33431 | | | | |
| | 114 W. 47th Street, 20th Floor, New York, NY 10036 | | | | |
| Westount Realty Partners | 119 30th Avenue North, Nashville, TN 37203 | | | | |
| | 15200 W. 10 Mile Road, Southfield, MI 48075 | | | | |
| | 6200 Poplar Avenue, Memphis, TN 38137 | | | | |
| | 1200 Abernathy Road, Suite 1700, Atlanta, GA 30328 | | | | |
| Westount Development Group | 15 E. First Street, Hinsdale, IL 60521 | | | | |
| Aseia Hospitality | 6701 Democracy Boulevard, Suite 300, Bethesda, MD 20817 | | | | |
| **Borrower:** | | | | | |
| 43 South Washington, LLC | 43 S. Washington St., Hinsdale, IL 60521 | Cook County | | 43 S. Washington Managers, LLC, WBP is "Manager" of the Manager; WBP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1900, Chicago, IL 60606 |
| 1250 S. Michigan Avenue, LLC | 1250 S. Michigan Ave., Chicago, IL 60605 | Cook County | Illinois | Westount Realty Partners | 333 W. Wacker Dr., Suite 1900, Chicago, IL 60606 |
| 1250 S. Michigan LLC B | 1250 S. Michigan Ave., Chicago, IL 60605 | Cook County | Illinois | Westount Realty Partners | 333 W. Wacker Dr., Suite 1900, Chicago, IL 60606 |
| 1905 Highpoint | 1905 High Point Dr., Naperville, IL 60563 | DuPage County | Illinois | | |
| 318 W. Adams/Escrow | 318 W. Adams St., Chicago, IL 60606 | Cook County | Illinois | | |

Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (For Service) | Address of Managing Agent (For Service) |
|---|---|---|---|---|---|
| 828 Paragon LLC | 828 West Division St., Chicago, IL 60610 | Cook County | Delaware | 828 Paragon Managers, LLC; WBP is "Manager" of the Manager; WBP is owned by WestTrust Capital. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| 47 Dean Street Investors | 47 Dean St., Brooklyn, NY 11201 | Kings County | Delaware | 47 Dean Street Managers, LLC; WBP is the "Manager" of the Manager; WBP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Advantage Regency Holdings | 1900 Riverview Tower, Knoxville, TN 37922 | Knox County | Tennessee | Michael Gorney | 900 N. Peters Rd., Knoxville, TN 37922 |
| ATM II LLC | — | — | Delaware | Brandon Investments, LLC which is wholly owned by WestTrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| BenTech Holdings, LLC / Bella Muade Centre Investors, LLC | Memphis, TN 24 White Bridge Rd., Nashville, TN 37205 | Davidson County | Delaware Illinois | WestWood Equity Partners | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Brock III Mines & Minerals, LLC | | | Virginia | Brock III Managers, which is 100% owned by Brandon Investments, Brandonberry and Byron are the managers of Brandon | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Bret Investors Stabilon Coast III / Bret Investors Stabilon Coast | | | Virginia Virginia | | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Carlisle Park LLC | 6980 Forum Park Drive, Houston, TX 77069 | Harris County | Texas | | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Clarksville Industrial Investors, LLC | 780 International Blvd., Clarksville, TN 37040 | Montgomery County | Delaware | Clarksville Industrial Managers, LLC which is in turn owned and controlled by WBP | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Cronish | 2800 Tecumseh Way, Cornith, MS 38834 | Alcorn County | | | |
| Cromne-Picannix Investors LLC | (Cromne Plaza hotel) 2233 West Peora Ave Phoenix, AZ 85029 | Maricopa County | Delaware | Cromne-Picannix Managers, LLC; WBP is the "Manager" of the Manager; WBP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Dean Street Investors LLC | 44-64 Dean Street Brooklyn, NY 11201 | Kings County | Illinois | Dean Street Managers, LLC; WBP is the "Manager" of the Manager; WBP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Dean Street Managers LLC / Dealer Oak Brook Investors LLC | (Wyndham Hotel) 2251 Volt Rd., Oak Brook, IL 60523 | DuPage County | Delaware | Dealer Oak Brook Managers, LLC; "Manager" of the Manager is Adobe Hospitality, LLC an entities of Westland Capital, LLC WBP | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| East Point / Executive Prices, LLC / First Highland / Park Wyoming Investors, LLC | 900 25th St. SW, Wyoming, MI 49509 | Kent County | Illinois | Steve Byers First Highland Managers, LLC First Wyoming Managers, LLC; WBP is Managing Member | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Freshline Holdings Freeport (aka Poydras, LLC) | 1616 Poydras St., New Orleans, LA 70112 | | Louisiana | | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| GDK 1 year @ 7.00 GDK 18 months @ 7.75 GDK 3 years @ 12.00 GDK 3 years @ 9.00 GDK IUSi Rollover | | | | | |
| Glade Springs / Gold Coast Investors LLC | 1616 N. Clark St., Chicago, IL 60614 (Days Inn Hotel) | Cook County | Illinois | Gold Coast Managers, LLC; WBP is the "Manager" of the Manager; WBP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Grant Street Investors LLC | 8728 South Washington Street, Houston, IL 60621 | Cook County | Illinois | GSH Managers, LLC; the "Manager" of the manager is WBP; WBP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |

| Name | Address | County | State of Incorporation | Managing Agent (Per Bylaws) | Address of Managing Agent (for Service) |
|---|---|---|---|---|---|
| GBM Investors, LLC | 351 East Wacker Drive, Milwaukee, WI; 3710 2nd Avenue Street, Milwaukee, WI; 9900 South Pennsylvania, Chicago, IL; 8811 Odana Road, Madison, WI; 4101 Southport Blvd., Jacksonville, FL; 117 South Southfield Road, Anderson, IN; 10 South 2nd Street, Lafayette, IN | Edard County; Milwaukee County; Cook County; Dane County; St. Johns County; Madison County; Tippecanoe County | Illinois | GBM Managers, LLC is the "Manager" of the manager is WISP; WISP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600, Chicago, IL 60606 |
| GBM Development, LLC | | | | GBM Managers, LLC; Westland Development, LLC | |
| GBM Managers, LLC | | | | | |
| GBPH 1 year @ 7.00 | | | | | |
| GBPH 11 months @ 7.75 | | | | | |
| GBPH 18 months @ 13.00 | | | | | |
| GBPH 3 years @ 13.00 | | | | | |
| GBPH 3 years @ 9.00 | | | | | |
| Guaranteed Depositary Receipts | | | | | |
| Hammond Industrial Investors LLC | 307-311 Price Drive, Hammond, LA 70401 | Tangipahoa Parish | Delaware | Hammond Industrial Managers, LLC the "Manager" of the manager is WISP; WISP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600, Chicago, IL 60606 |
| Hammond II | | | | | |
| Hamptons of Hinsdale Mortgage Fund LLC | 5725 South Washington Street, Hinsdale, IL 60521 | Cook County | Delaware | WestTrust Hamptons Funding Manager, LLC; the "Manager" of the manager is WestTrust Capital | 333 W. Wacker Dr., Suite 1600, Chicago, IL 60606 |
| Hinsdale Park, LLC | Hinsdale, IL | | Illinois | | |
| High Yield Deal Fund II | 1770 First Street Building, Highland Park, IL 60035 | Lake County | Illinois | Park Highland Managers, LLC owned 100% by WISP | 333 W. Wacker Dr., Suite 1600, Chicago, IL 60606 |
| Highland Park | | | | | 333 W. Wacker Dr., Suite 1600, Chicago, IL 60606 |
| Hilltop Apartments LLC | 4639 Columbus Ave., Anderson, IN 46013 | Madison County | Illinois | Hilltop Investors, LLC; WISP is the "Manager" of the manager; WISP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600, Chicago, IL 60606 |
| Hilltop Ridge Apartments LLC | | | | Hilltop Ridge Investors, LLC; WISP is the "Manager" of the manager; WISP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600, Chicago, IL 60606 |
| Homer Glen Investors LLC | West 159th Street and South Parker Rd., Homer Glen, IL 60491 | Will County | Illinois | Homer Managers, LLC the "Manager" of the manager is WISP; WISP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600, Chicago, IL 60606 |
| Hyde Park Investors, LLC | 1900 Hyde Park Rd., Essex, MD 21221 | Baltimore County | Illinois | Westland Equity Partners | 333 W. Wacker Dr., Suite 1900, Chicago, IL 60606 |
| IDEX Mines and Minerals LLC | | | Virginia | IDEX Mining Managers, LLC owned equally by the internal Family Limited Partnership and Steven Byers | 333 W. Wacker Dr., Suite 1000, Chicago, IL 60606 |
| Interstate Park Investors LLC | I-85 and Perry Hill Road, Montgomery, AL 36065 | Montgomery County | Delaware | Interstate Park Managers, LLC the "Manager" of the manager is WISP; WISP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600, Chicago, IL 60606 |
| Jaray Properties | Birmingham, AL | | | WTC; Westland Capital/Westland Equity Partners | |
| Jet East Holdings, LLC | | | | | |
| Westland LLC | | | | | |
| 2403 McCue Investors, LLC | 2403 McCue Rd, Houston, TX 77063 | Harris County | Illinois | Westland Asset Management | 333 W. Wacker Dr., Suite 1600, Chicago, IL 60606 |
| Midtown Estates | | | | | |
| Myela Raine Investors LLC | 12th Avenue South and Division Street, Nashville, TN 37203 | Davidson County | Illinois | | 333 W. Wacker Dr., Suite 1600, Chicago, IL 60606 |
| Nyet Holdings | Nashville, TN | | | | 333 W. Wacker Dr., Suite 1600, Chicago, IL 60606 |
| New Salem Investors LLC | 940 New Salem Road, Murfreesboro, TN 37128 | Rutherford County | Tennessee | New Salem Managers, LLC the "Manager" of the manager is WISP, which is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600, Chicago, IL 60606 |

Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (Per Service) | Address of Managing Agent (Per Service) |
|---|---|---|---|---|---|
| NJ Point East, LLC | New Orleans, LA | | | East Point Investors, LLC; WEP is the "Manager" of the manager; WEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Park Village Holdings LLC | 481 Park Village Drive and 215 Center Park Drive, Knoxville, TN 37922 | Knox County | Tennessee | Park Village Managers, LLC; the "Manager" of the manager is WEP; WEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Peoria Office Investors LLC | 124 SW Adams, Peoria, IL 61602 | Peoria County | Delaware | Peoria Office Managers, LLC; WEP is the "Manager" of the Manager Park Village Managers, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| PVP Ventures, LLC Rand Energy Rand Quarry River's Edge Investors LLC | 2022 Oakley, intersection of West Wolfram Street and North Oakley Avenue, Chicago, IL | Cook County | Illinois | River's Edge Managers, LLC; WEP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Riverside Investors, LLC | One Riverside Road, Riverside, IL 60546 | Cook County | Illinois | Wexford Equity Partners, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| S. Pine Street Investors LLC | 166-248 South Pine Street, Burlington, WI 53105 | Racine County | Delaware | S. Pine Street Managers, LLC; the "Manager" of the manager is WEP; WEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Samples SF Development Company, LLC Shadowbrook, LLC Shallowford Investors LLC | Passcagoula, MS 2115 Chapman Road, Chattanooga, TN | Hamilton County | Delaware | SF Managers I, LLC Shallowford Managers, LLC; WEP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Stanton Court End Investors LLC Spaus Park, LLC Tennessee Office Investors | Goodlettsville, TN Multiple Cities In TN | Not Clear | Tennessee Delaware | Tennessee Office Managers, LLC; WEP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Unknown Square LLC USPK 0.3% Rollover Vulcano West 82nd Street Holdings, LLC | 179-183 West 82nd Street, New York, NY | New York City County | Delaware | West 82nd Street Holdings, LLC ("Manager") West 82nd Street Managers ("Manager" is the manager of Holdings; WEP is the manager of the Manager | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| West 82 Street Investors, LLC | 179-183 West 82nd Street, New York, NY | New York City County | Delaware | West 82nd Street Managers, LLC; WEP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| West Bourdon Investors LLC | 8700 Baum Drive, Knoxville, TN and 912-922 Nancy/Lynn Lane, Knoxville, TN | Knox County | Illinois | West Bourdon Managers, LLC; WEP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| 2435 West Belmont Investors, LLC | 2435 West Belmont Avenue, Chicago, IL 60618 | Cook County | Illinois | 2435 W. Belmont Managers, LLC; WEP is the "Manager" of the manager; WEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| WP New Orleans | | | | WP | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westcore Diversified Futures Fund I, LLC | — | — | Delaware | Wexford Commodity Managers, LLC; the manager is WTC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westcore Diversified Offshore Futures Fu | — | — | British Virgin Islands | Wexford Commodity Managers, LLD | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westcore Principal Protected Fund I, LLC | — | — | Delaware | Wexford Commodity Managers, LLC; the manager of the manager is WTCL | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |

Exhibit A

| Name | Address | Country | State of Incorporation / British Virgin Islands | Managing Agent (For Section) | Address of Managing Agent (For Section) |
|---|---|---|---|---|---|
| Westside Principal Protected Offshore Fd | -- | -- | British Virgin Islands | Westford Commodity Managers, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westford High Yield Debt Fund I | -- | | | | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westford High Yield Debt Fund III, LLC | -- | | Delaware | Wes-L, LLC which is wholly owned by Westford Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westford High Yield Debt Offshore Fund | -- | | Cayman Islands | Westford Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westford Qualified Investors LLC - Dean Street | | | | Westford Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Wilma Rudolph Holdings, LLC | Clarksville, TN | | Tennessee | | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Workman Road Investors LLC | 3051 Workman Road, Knoxville, TN | Knox County | Delaware | Workman Road Investors, LLC is managed by Workman Road Managers, LLC. The Manager, WRP is the "Manager" of the Manager. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| York Road Investors LLC | 116-118 North York Road Elmhurst, IL 60126 | DuPage County | Delaware | York Road Managers, LLC is the "Manager" of the manager is Steve Byers through WRP | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| **Individuals** | | | | | |
| Westford Capital - Alfred | Pelican 22 | | | | |
| Steve Byers - Residence | 2 York Lake Ct. Oak Brook IL | | | | |
| Steve Byers - Condos | Marco Naples Boca Chicago, IL | | | | |
| Joseph Shereshevsky - Residence | 607 E Mowbray Ct. Norfolk, VA 23507 | | | | |
| Joseph Shereshevsky - Other Jenny Properties Bermuda | | | | | |
| **Funds** | | | | | |
| GDR 1 year @ 7.00 | -- | | | | |
| GDR 18 months @ 7.75 | -- | | | | |
| GDR 3 years @ 12.00 | -- | | | | |
| GDR 3 years @ 8.00 | -- | | | | |
| GDR 8.0% Rollover | -- | | | | |
| GSPA 1 year @ 7.00 | -- | | | | |
| GSPA 18 months @ 7.75 | -- | | | | |
| GSPA 3 years @ 12.00 | -- | | | | |
| GSPA 3 years @ 8.00 | -- | | | | |
| Guaranteed Depository Receipts | -- | | | | |
| High Yield Debt Fund II | -- | | | | |
| USPA 8.0% Rollover | -- | | | | |
| Westside Diversified Futures Fund I, LLC | -- | | Delaware | Westford Commodity Managers, LLC the manager of the manager is WTC. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westside Diversified Offshore Futures | -- | | British Virgin Islands | Westford Commodity Managers, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westside Principal Protected Fund I, LLC | -- | | Delaware | Westford Commodity Managers, LLC the manager of the manager is WTC. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westside Principal Protected Offshore Fund I, LLC | -- | | British Virgin Islands | Westford Commodity Managers, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westford High Yield Debt Fund I | -- | | Delaware | Wes-L, LLC which is wholly owned by Westford Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westford High Yield Debt Fund III, LLC | -- | | | Westford Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westford High Yield Debt Offshore Fund Ltd. | -- | | Cayman Islands | Westford Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westford Qualified Investors LLC - Dean Street | | | | | |

6

Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (For Service) | Address of Managing Agent (For Service) |
|---|---|---|---|---|---|
| **Brokers** | | | | | |
| Pure Africa Mining & Minerals | 76 Gardyne Avenue, Waterkloof Heights, Pretoria, South Africa | | | | |
| PAM Export (Pty) Ltd. | 8A Jennifery Center, 225 Main Street, Suite 829, Johannesburg 2001, South Africa | — | | | |
| ATM II LLC | | | Delaware | Brandon Investments, LLC which is wholly owned by Westcurt Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Block III Mines & Minerals, LLC | | | Virginia | Block III Mamagem, which is 100% owned by Brandon Investments, thereunder by Brandon Investments and Byers are the managers of Brandon | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Bret Investors Skeleton Coast III | | | Virginia | | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Bret Investors Skeleton Coast | | | Virginia | | |
| HDEX Mines and Minerals LLC | | | Virginia | HDEX Mining Managem, LLC owned equally by the [illegible] Family Limited Partnership and Steven Byers | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Nest Energy | | | | | |
| Pearl Quarry | | | | | |
| Skeleton Coast Bret Investors LLC | | | | | |
| Volcano | | | | | |
| **Mine Interests** | | | | | |
| Seeheur 2000 (Pty) Ltd. | Northwest Province, South Africa Avandale, 148 let [illegible] and Schweizer Reneke | | | | |
| Lichtenburg Company | South Africa | | | | |
| Skeleton Coast MINE | Namibia | | | | |
| Tropical Paradise Trading 508 (Pty) | South Africa | | | | |
| Golden Ribbon Trading 337 (Pty) Ltd. | | | | | |
| Earle Mining | | | | | |
| REFLEX 420 (Pty) Ltd. | | | | | |
| African Spirit 116 (Pty) Ltd. | Namibia | | | | |
| Volkano Trading (Pty) Ltd. | Namibia | | | | |
| Rapicorp (Pty) Ltd. | | | | | |
| Dawa Investment (Pty) Ltd. | | | | | |
| Pure Africa Minerals (Pty) Ltd. | | | | | |
| Pure Africa Holdings (Pty) Ltd. | | | | | |
| Pure Africa Investment (Pty) Ltd. | | | | | |
| African Spirit Trading 235 (Pty) Ltd. | | | | | |
| PAM Export (Pty) | 8A Jennifery Center, 225 Main Street, Suite 829, Johannesburg 2001, South Africa | | | | |
| Brandon Investment LLG | | | | | |
| Thunder Energy LLC | 168 Gen Helena Drove, Walvis Bay | | | | |
| Bret Investments (Pty) Ltd. | | | | | |
| Mark Investments (Pty) Ltd. | 271 Charles Street, Brooklyn, Pretoria, Province of Gauteng, South Africa, P.O. Box 8895, Pretoria, 0001, Province of Gauteng, South Africa | | | | |

**Exhibit B**

| Bank | Address | Routing | Account Numbers | Account Names |
|---|---|---|---|---|
| ABSA | Absa Tower East<br>170 Main Street, 3rd Floor<br>Johannesburg South Africa | | 4064343844 | Pure Africa Minerals |
| Avenue Bank | 111 10th Avenue South, Suite<br>400, Nashville, TN 37203 | 61003415 | 1806400924<br>3000000111 | Wexdrust Equity Partners, LLC |
| Bank Hapoalim (Israel) | | | 59864049<br>59977093 | Wextrust Securities<br>Summit Capital |
| Bank One Oklahoma, NA | Oklahoma City, OK | 103000648 | 6308775 | Uptowne Square, LLC |
| Broadway Bank | 5960 N. Broadway, Chicago, IL 60606 | 071002419 | 11211901<br>Loan #316176 | W. 82nd Street Holdings, LLC<br>W. 82nd Street Holdings, LLC<br>Crowne Plaza |
| Central Carolina Bank & Trust | Winston-Salem, NC | 53100465 | 571098310 | Hilltop Ridge Apartments |
| Charter One | 71 South Wacker Drive, Suite<br>2900, Chicago, IL 60606 | 241070417 | 4610284240<br>4510284194<br>6016<br>6490<br>6113<br>6202 | Peoria Office Investors, LLC<br>625 Paragon Investors, LLC (Escrow)<br>47 Dean Street Investors LLC (Escrow)<br>Crowne Plaza Investors LLC (Escrow)<br>Crowne Plaza Investors LLC (Operating)<br>Drake Oak Brook Holdings |
| Citibank F.S.B. | Chicago, IL 60606 | 271070801 | 0800588073<br>0800499420<br>0600575540<br>0800602130<br>0800602149<br>0800576532<br>0800575583<br>0800575575<br>0800580331<br>0800570144<br>080044191<br>680084957<br>0600575559<br>0600575587<br>0800499420<br>0800584973<br>0800575916<br>0800575524<br>0800810184<br>0800575508<br>0800578172<br>0800499420<br>0800499445<br>0800594049<br>0800588073<br>0800588103 | High Yield Debt Fund III<br>Badach<br>Belle Meade<br>Dean Street Investors, LLC<br>Dean Street Managers LLC<br>First Wyoming Investors<br>Gold Coast Investors LLC<br>Grant Street Investors, LLC<br>GSA Investors, LLC<br>Hamptons of Hinsdale Mortgage<br>Highland Park<br>Homer Glen Investors, LLC<br>Hyde Park<br>McCue<br>Music Row<br>New Salero Investors, LLC<br>Park Village Holdings, LLC<br>River's Edge Investors, LLC<br>Tennessee Office Investors, LLC<br>West Bearden Investors, LLC<br>West Belmont Investors, LLC<br>Wexdrust Capital LLC<br>Wextrust Capital LLC (payroll)<br>Workman Road Investors, LLC<br>High Yield Debt Fund III<br>Wexdord/for HPC Mortgage Fund |
| Citibank, NA | Chicago, IL | 271070801 | 0800499257 | Riverside |
| Fifth Third Chicago | Chicago, IL | 042000314 | 7231186686<br>7231186636 | High Yield I<br>Wexford High Yield |
| First National Bank (Menlyn Park Branch) | South Africa<br>Branch Code: 252645 | | 62142688413<br>62142699118 | Pure Africa Minerals - Toscanini<br>Pure Africa Minerals (Pty) Ltd<br>Bret Investors Skelston<br>Sumjee<br>Block III |
| Heritage Bank | Chicago, IL | | 1097 | |
| Hinsdale Bank & Trust | 25 East First Street, Hinsdale, IL 60521 | 71925402 | 260025590<br>260031701 | Wexford Development<br>82nd Street - Wexford Dev Grp |
| LaSalle Bank, NA | Chicago, IL | 071000505 | 6201559867<br>2090087 (725103) | York Road Investors, LLC<br>Wexford High Yield Debt Offshore |
| Mizrahi Tefarot Bank | Tel Aviv, Israel | | | |
| National City Bank of Indiana | Anderson, IN | 074060066 | 581811882 | Hilltop Apartments, LLC |
| Northern Trust Company | 50 South LaSalle Street,<br>Chicago, IL | 071000152 | 8800088585<br>2280581<br>2268911<br>2541459 | Wextrust Capital<br>Wextrust Equity Partners<br>Steven Byers<br>Steven T. Byers |
| Park National Bank | 11 E. Madison St., Oak Park, IL 60302 | 071920559 | 3003833153 | The Drake Oak Brook, LLC |
| Southwest Bank | Houston, TX | 113011258 | 3321126 | Carlisle Park, LLC |
| Terra Nova Financial | 100 S. Wacker Dr., Suite 1550,<br>Chicago, IL | | 3252-9989 | Joseph Shereshevsky |

1

Exhibit B

| Bank | Address | Routing | Account Numbers | Account Names |
|---|---|---|---|---|
| Wachovia Bank | 125 Independence Blvd, 3rd Floor | 51400549 | 2000084754854 | 625 Paragon Investor's LLC |
| | Virginia Beach, VA 23462 | | 2000025123193 | ATM II, LLC |
| | | | 2000020481070 | Wedrust Securities (Operating) |
| | | | 2000020835123 | Wedrust Securities (Money Market) |
| | | | 2000020858459 | Wedrust Capital LLC |
| | | | 2000020406190 | Wedrust Capital LLC Distributions |
| | | | 2000025373788 | Crowne Plaza Escrow |
| | | | 2000025123025 | Drake Oak Brook Investors, LLC |
| | | | 2000028272470 | Wexford High Yield III - MMF |
| | | | 2000028272412 | High Yield Debt Fund III - Escrow |
| | | | 2000028272400 | High Yield Debt Fund III - MMF |
| | | | 2000028271853 | W. 82nd St Escrow |
| | | | 2000017257145 | Wexford High Yield Fund |
| | | | 2000028373843 | 47 Dean Street |
| | | | 6331 | Not Provided |
| | | | 8190 | Wedrust Capital LLC Disbursements |
| | | | 7153 | Wedrust Capital LLC Sweep |
| | | | 4667 | 625 Paragon Investors, LLC MMI |
| | | | 3649 | S. Pine Street Investors, LLC Escrow |
| | | | 3759 | Hammond Industrial Investors LLC Escrow |
| | | | 3620 | Clarksville Investors LLC Escrow |
| | | | 8720 | Cleveland Industrial Investors LLC Escrow |
| | | | 0910 | Crowne Plaza Investors LLC Sweep |
| | | | 1003 | Drake Oak Brook Holdings Sweep |
| | | | 3038 | Peoria Office Investors, LLC Escrow |
| | | | 1113 | Peoria Office Investors, LLC Sweep |
| | | | 2522 | Wexford High Yield Fund IV LLC Escrow |
| | | | 2470 | GDR Tier Escrow |
| | | | 2483 | GDR Tier Sweep |
| | | | 1070 | Wedrust Securities LLC Escrow |
| | | | 8123 | Wedrust Securities LLC Sweep |
| | | | 2089 | West Belmont LLC Escrow |
| | | | 2085 | GSA Investors LLC Escrow |
| | | | 2388 | Tennessee Office LLC Escrow |
| | | | 2958 | Interstate Park Escrow |
| | | | 7145 | Wexford High Yield Fund II LLC MMI |
| | | | 2545 | Shallowford Investors LLC |
| | | | 4449 | Hamptons of Hinsdale Mortgage Fund, LLC (B. Checking) |
| | | | 3193 | ATM II, LLC Escrow |
| | | | 1139 | ATM II, LLC Sweep |
| | | | 4177 | Block III Mines & Minerals Escrow |
| | | | 4180 | Block III Mines & Minerals Sweep |
| | | | 4410 | Block III Investors, LLC (Business Checking) |
| | | | 4423 | Block III Investors, LLC (Money Market) |
| | | | 4397 | Block III Managers, LLC (Business Checking) |
| | | | 4407 | Block III Managers, LLC (Money Market) |
| | | | 9194 | Brandon Investors LLC |
| | | | 0536 | Bret, LLC |
| | | | 3761 | Bret Investors Skelaton Coast LLC Escrow |
| | | | 0623 | Bret Investors Skelaton Coast LLC Sweep |
| | | | 2990 | Bret Investors Skelaton Coast III Escrow |
| | | | 0994 | Bret Investors Skelaton Coast III Sweep |
| | | | 2140 | IDEX Mine & Minerals, LLC Escrow |
| | | | 2218 | IDEX Mine & Minerals, LLC Sweep |
| | | | 6297 | Lindsey Energy, LLC |
| | | | 6307 | Lion's Walk LLC |
| | | | 6174 | Lion's Walk Lodge LLC |
| | | | 2637 | Pure Africa International LLC |
| | | | 6310 | Pure Africa Investments, LLC |
| | | 2000028272593 | Pure Africa Minerals, LLC |
| | | | 3668 | PAM, LLC - Randfontaine |
| | | | 3608 | PAM, LLC - Calpers |
| | | | 3924 | PAM, LLC - Block III |
| | | | 4663 | PAM, LLC - Lichtesburg |
| | | | 3852 | Skelaton Coast Bret Investors LLC Escrow |
| | | | 0761 | Skelaton Coast Bret Investors LLC Sweep |
| | | | 2560 | Semjee Consulting LLC |
| | | | 6336 | Vaticano Traders LLC |

2

**Exhibit C**

# SHERESHEVSKY PERSONAL BANK ACCOUNTS

| BANK | ACCT NO. | ACCOUNT NAME | | | Number of signer | Beneficiaries |
|---|---|---|---|---|---|---|
| **BANK** | **ACCT NO.** 2517261 | **ACCOUNT NAME** | | | | |
| BANK OF COMMONWEALTH | | | | | | Beneficiaries: Elle |
| **BB&T** | 165426365 / 300004389 | BLKA SHERESHEVSKY CHECKING ACCT. Joseph L. Shereshevsky | | BB&T | opened 1/05 / opened in IMY / old acct. Elle had before marriage | Elle / Joe & Elle? |
| BANK OF JERUSALEM | | | | Bank of Jerusalem | | Elle |
| PROVIDENT BANK NA | 4194504 | BLKS PROVIDENT BANK ACCT. | | inactive, not tracked in Quicken | | |
| **Handled by Wealth Management?** | | | | | | |
| WACHOVIA | 1010191647020 | BLKA SHERESHEVSKY 41 & 14TH STREET ACCT. | HOMES | 1010159542968 | Elle, Joe POA |
| WACHOVIA | 1010191641404 | BLKA SHERESHEVSKY CHARITY ACCT. | CHARITY | 1010159542959 | Elle, Joe, Vote, Shawn |
| WACHOVIA | 1010191641483 | BLKA SHERESHEVSKY OPERATING ACCT. | NEW OPERATING | 1010159542569 | Elle, Vote, Shawn |
| WACHOVIA | 1010191641647 | BLKA SHERESHEVSKY TAX ACCT. | TAX ACCT. | 1010159580558 | Elle, JW? POA |
| WACHOVIA | 800004776349 | PERLA SHERESHEVSKY MINOR SAVINGS ACCT. | PERLA SAVINGS | 800004776377 | Elle, Joe |
| WACHOVIA | 800004776367 | CHAIM SHERESHEVSKY MINOR SAVINGS ACCT. | CHAIM SAVINGS | 800004584158 | Elle, Joe |
| **Handled by Commercial Dept.** | | | | | | |
| WACHOVIA | 800004401728 | SHERESHEVSKY FAMILY IRREVOCABLE TRUST | | NEW PLNT | Irv Z. Shawn |
| WACHOVIA | 200000043489 | SHERESHEVSKY VAV VLD I | NEW I LLC ACCT. | MMS PLNT | Vote, BLKA, Vote, Shawn |
| WACHOVIA | 200000043548 | THE SHERESHEVSKY FOUNDATION, INC. | FOUNDATION | FOUNDATION | Joe, Elle |
| WACHOVIA | 200000043726 | THUNDER SWAY VLD LLC | Thunder Sway LLC | THUNDER | Joe, Elle |
| WACHOVIA | 200000043817 | IMMRY LLC | Immry Properties LLC | Closed 7/07 VAV | Joe, Elle, Vote |
| **Closed Accounts** | | | | | | |
| WACHOVIA | 1010191642543 | BLKA SHERESHEVSKY 499 14th AVE | 499 14th AVE | 1010093283447 | Closed 5/07 |
| WACHOVIA | 200000043552 | SHERESHEVSKY IRREVOCABLE TRUST ACCT. | TRUST ACCT. | | Closed 2/07 |
| WACHOVIA | 200000043665 | THE SHERESHEVSKY PLANT ACCT. | Shereshevsky Family Plant | | Closed |
| WACHOVIA | 200000043718 | BLKA SHERESHEVSKY TAX ACCT. Account line 3 reopened new acct to VAV | Immry Properties LLC | | Closed 7/07 |
| WACHOVIA | 1010191645816 | SWEEP ACCOUNT | OLD OR NEW SWEEP | 1010094533446 | Closed ACH |
| WACHOVIA | 200000043548 | BPA SWEEP LLC | Speedy LLC | Closed ACH | Joe & Elle |

# REAL ESTATE MORTGAGES

| PROPERTY | LENDER | LOAN NO. | BALANCE AT 8/28/08 | % INTEREST RATE | Type Loan 6/8/10 BASIS | Time Remaining | Est. Value |
|---|---|---|---|---|---|---|---|
| 728 MAURY AVE., NORFOLK / 6017 E. MOWBRAY CT., NORFOLK | WACHOVIA FIRST HORIZON | 874488 / 4252676 | $453,218.99 / $341,581.17 | 5.75 / 5.85 | 15 Yr. Jumbo OwnerFixed / 15 Yr. OwnerFixed | 13 a Yrs. / 11a Yrs. | $1,568 M² / * |
| 938 SHIRLEY AVE., NORFOLK | WACHOVIA | 5748089 | $715,654.92 | 6.675 | 30 Yr OwnerFixed | 27a Yrs | $960,000 |
| 933 SHIRLEY AVE., NORFOLK | WACHOVIA | 9857848 | $344,341.91 | 4.6 | 30 Yr. LIBOR (6 mo.) Adj. Rate | 28 Yrs. | $600,000 * |
| 8912 BLAND AVE., BALTIMORE / 135 13th ST., LAKEWOOD | WACHOVIA NATIONAL CITY | 8157000 / 0024135S-7 | $142,057.06 / $90,047.82 | 7.6 / 5.675 | 30 Yr. LIBOR (1 Yr.) Adj. Rate / 30 Yr. Conv.Fixed | 27 yrs. / 28 Yrs. | $185,500 ^ |
| 4800 14th AVE., BROOKLYN ™ | BANK OF AMERICA | 9849168513 | $1,120,000.00 | 6.125 | 30 Yr Neg Amt. Only | 28 Yrs. | $1,476 M² |
| EQUITY LINES OF CREDIT: | | | | | | | |
| 925 SHIRLEY AVE (NEW AT 3600) | WACHOVIA | 4596404180071980 | $133,431.20 | 5.5 | 30 Yr Fixed Prime less .5 | 30 Yrs | |
| 5017 E. MOWBRAY CT. | WACHOVIA | 4596404513494488 | $296,916.41 | 5.57 | 20 Yr Variable LIBOR Index | 19 Yrs | |
| 728 MAURY AVE. | BANK OF AMERICA | 68981016676000 | $470,089.85 | 5.48 | 15 Yr Variable Prime Index | 14 Yrs | |
| (*) Deed in the names of Avrohom & Chani Sheroubovsky | | | | | | | |
| (™) Deed in the names of Chana & Elie Sheroubovsky | | | | | | | |

**Exhibit D**

*G+tr/15*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

—against—

STEVEN BYERS, JOSEPH SHERESHEVSKY,
WEXTRUST CAPITAL, LLC, WEXTRUST
EQUITY PARTNERS, LLC, WEXTRUST
DEVELOPMENT GROUP, LLC, WEXTRUST
SECURITIES, LLC, and AXELA HOSPITALITY,
LLC,

Defendants,

- and -

ELKA SHERESHEVSKY,

Relief Defendant.

No. 08 Civ. 7104 (DC)

TIMOTHY J. COLEMAN, RECEIVER for
WEXTRUST CAPITAL, LLC, WEXTRUST
EQUITY PARTNERS, LLC, WEXTRUST
DEVELOPMENT GROUP, LLC, WEXTRUST
SECURITIES, LLC, and AXELA HOSPITALITY,
LLC,

Movant,

—against—

STEVEN BYERS, JOSEPH SHERESHEVSKY,
WEXTRUST CAPITAL, LLC, WEXTRUST
EQUITY PARTNERS, LLC, WEXTRUST
DEVELOPMENT GROUP, LLC, WEXTRUST
SECURITIES, LLC, AXELA HOSPITALITY,
LLC, and ELKA SHERESHEVSKY

Respondents.

## AMENDED ORDER APPOINTING TEMPORARY RECEIVER

On the Application of Plaintiff Securities and Exchange Commission for an Order appointing a temporary receiver for defendants Wextrust Capital, LLC; Wextrust Equity Partners, LLC; Wextrust Development Group, LLC; Wextrust Securities, LLC; and Axela Hospitality, Inc. (collectively, the "Defendant Wextrust Entities") pending adjudication of the Commission's request for a preliminary injunction, the Court has considered (1) the Memorandum of Law dated September 4, 2008 submitted by Receiver Timothy J. Coleman; (2) the Declaration of David Cleary, as counsel to the Receiver, executed on September 3, 2008; and (3) the Declaration of Mark Radke, pursuant to Local Rule 6.1, executed on September 4, 2008; and the Court has also considered (1) the Amended Complaint filed by Plaintiff Securities and Exchange Commission on August 28, 2008; (2) the Order issued by Part I Judge Richard Sullivan, dated August 11, 2008, which granted an asset freeze over the assets of the individual Defendants and the Wextrust Defendants; (3) the Order issued by Judge Sullivan, dated August 11, 2008, which appointed Timothy J. Coleman as receiver over Wextrust, WEP, WDG, Wextrust Securities and Axela and affiliated entities to show cause why an order should not be entered, pending a final disposition of this action; (4) the Order issued by Judge Sullivan dated August 12, 2008 which granted expedited discovery, ordered the Defendants to provide accountings, ordered the parties not to destroy documents or records and scheduled a preliminary injunction hearing to be held on August 20, 2008; (5) the Order of this Court, dated August 13, 2008, scheduling the preliminary injunction hearing for the Defendants to be heard on September 4, 2008, which has since been adjourned by the Court; and (6) the Order of this Court, dated August 28, 2008, directing Relief Defendant Elka Shereshevsky to show cause why an order should not be entered, pending a final disposition of this action, freezing Relief Defendant

2

Elka Shereshevsky's assets and, pending adjudication of the foregoing, an Order freezing said assets.

Based on the foregoing documents, the Court finds that a proper showing, as required by Section 20(b) of the Securities Act, and Section 21(d) of the Exchange Act, has been made for the relief granted herein because it appears that appointment of a receiver for the Defendant Wextrust Entities is necessary to preserve the *status quo*, to ascertain the extent of commingling of funds among the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest, to ascertain the true financial condition of the Defendant Wextrust Entities and the disposition of investor funds, to prevent further dissipation of the property and assets of the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest, to prevent the encumbrance or disposal of property or assets of the Defendant Wextrust Entities and the investors, to preserve the books, records, and documents of the Defendant Wextrust Entities, to be available to respond to investor inquiries, to protect investors' assets, and to determine whether the Defendant Wextrust Entities should undertake bankruptcy filings.

Good and sufficient reasons have been shown why procedure other than by notice of motion is necessary,

This Court has jurisdiction over the subject matter of this action and over the Defendants, and venue properly lies in this District.

**NOW, THEREFORE,**

IT IS HEREBY ORDERED that Timothy J. Coleman of Dewey & LeBoeuf, LLP, pending further order of this Court, be and hereby is appointed to act as receiver for the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest, including, but not limited to, those entities listed on Exhibit A, to (1) preserve the *status*

3

*quo*; (2) ascertain the true financial condition of the Defendant Wextrust Entities, of all entities they control or in which they have an ownership interest, and of the disposition of investor funds; (3) determine the extent of commingling of funds between the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest; (4) prevent further dissipation of the property and assets of the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest; (5) prevent the encumbrance or disposal of property or assets of the Defendant Wextrust Entities, of all entities they control or in which they have an ownership interest, and of the investors; (6) preserve the books, records, and documents of the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest; (7) be available to respond to investor inquiries; (8) determine if the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest should undertake a bankruptcy filing. To effectuate the foregoing, the receiver is hereby empowered to:

(A) Take and retain immediate possession and control of all of the assets and property of the Defendant Wextrust Entities and all entities they control or in which they have an ownership interest, including, but not limited to, those entities listed on Exhibit A, and all books, records, and documents of Defendant Wextrust Entities and all entities they control or in which they have an ownership interest, and the rights and powers of it with respect thereto;

(B) Have exclusive control of, and be made the sole authorized signatory for, all accounts at any bank, brokerage firm, or financial institution that has possession or control of any assets or funds of Defendant Wextrust Entities and all entities they control or in which they have an ownership interest, including, but not limited to, those entities listed on Exhibit A;

4

(C)     Succeed to all rights to manage all properties owned or controlled, directly or indirectly, by the Wextrust Defendants, including, but not limited to, those entities listed on Exhibit A, pursuant to the LLC and operating agreement relating to each entity;

(D)     Pay from available funds necessary business expenses required to preserve the assets and property of Defendant Wextrust Entities and all entities they control or in which they have an ownership interest, including the books, records, and documents of the Defendants, notwithstanding the asset freeze imposed by the Court's Order Freezing Assets, issued on August 11, 2008;

(E)     Take preliminary steps to locate assets that may have been conveyed to third parties or otherwise concealed;

(F)     Take preliminary steps to ascertain the disposition and use of funds obtained by the Defendants resulting from the sale of securities issued by the Defendants and the entities they control;

(G)     Engage and employ persons, including accountants, attorneys, and experts, to assist in the carrying out of the receiver's duties and responsibilities hereunder;

(H)     Take all necessary steps to gain control of the Defendants' interests in assets in foreign jurisdictions, including, but not limited to, those foreign assets listed in Exhibit A, and those funds maintained in accounts at foreign institutions listed in Exhibit B, which may be proceeds of Defendants' fraud, including, but not limited to, taking steps necessary to repatriate foreign assets;

(I)     Take such further action as the Court shall deem equitable, just, and appropriate under the circumstances upon proper application of the receiver.

5

**IT IS FURTHER ORDERED** that no person or entity, including any creditor or claimant against any of the Defendants, or any person acting on behalf of such creditor or claimant, shall take any action to interfere with the taking control, possession, or management of the assets, including, but not limited to, the filing of any lawsuits, liens, or encumbrances, or bankruptcy cases to impact the property and assets subject to this order.

**IT IS FURTHER ORDERED** that the Defendants shall pay the reasonable costs, fees, and expenses of the receiver incurred in connection with the performance of his duties described herein, including, but not limited to, the reasonable costs, fees, and expenses of all persons who may be engaged or employed by the receiver to assist him in carrying out his duties and obligations. All applications for costs, fees, and expenses of the receiver and those employed by him shall be made by application to the Court setting forth in reasonable detail the nature of such costs, fees, and expenses, and shall conform to the Fee Guidelines that will be supplied by the U.S. Securities and Exchange Commission.

**IT IS FURTHER ORDERED** that a copy of this Order and the papers supporting the Commission's Application be served upon the Defendants on or before August 12, 2008, by personal delivery, facsimile, overnight courier, or first-class mail.

**IT IS FURTHER ORDERED** that this Order shall be, and is, binding upon the Defendants and each of their respective officers, agents, servants, employees, attorneys-in-fact, subsidiaries, affiliates and those persons in active concert or participation with them who receive actual notice of this Order by personal service, facsimile service, or otherwise.

**IT IS FURTHER ORDERED** that in addition to the other powers granted herein and as an amendment to the Order Appointing Temporary Receiver, dated August 11, 2008 (the "Interim Appointment Order"), the Receiver be, and he hereby is, authorized and empowered to:

6

(a) establish a new cash management system by closing, transferring, consolidating, and opening bank accounts and securities accounts, so long as records are kept of the sources and uses of all funds;

(b) invest all cash of the Wextrust Entities in U.S. government securities or U.S. government guaranteed securities having remaining maturities of up to two years and in money market accounts maintained by financial institutions having net worths of no less than $50 billion;

(c) discharge his duties as receiver by making and authorizing in the ordinary course payments and disbursements from the funds and assets under his control, incurring expenses, and entering into agreements, including loan agreements and credit facilities, all as reasonably necessary or advisable under the circumstances;

(d) Notwithstanding the terms of the Interim Appointment Order, encumber assets of the Wextrust Entities and any entities they control or in which they have an ownership interest, to the extent such actions are deemed necessary by the Receiver based on his own experience and on input from his advisors to be most beneficial to preserving enterprise value for one or more of the Wextrust Entities and those entitled to the proceeds; provided that encumbrances in excess of $750,000 shall first require at least four (4) business days' written notice (unless shortened by court order) to the Securities and Exchange Commission (the "SEC"), the Individual Defendants (such notice to be given to the Individual Defendants via ECF, facsimile, e-mail, and/or hand delivery to their respective counsel of record), and such other Wextrust entity investors who request such

7

notice; provided further that the Receiver may apply for an order under seal or a hearing *in camera*, as circumstances require;

(e)     use, lease, sell, and convert into money all assets of the Wextrust Entities, either in public or private sales or other transactions on terms the Receiver reasonably believes based on his own experience and input from his advisors to be most beneficial to the Wextrust Entities and those entitled to the proceeds; provided, however, all leases and sales of property appraised for or having a cost basis of $750,000 or more shall only be consummated with prior court approval on at least four (4) business days' written notice (unless shortened by court order) to the Securities and Exchange Commission (the "SEC"), the Individual Defendants (such notice to be given to the Individual Defendants via ECF, facsimile, e-mail, and/or hand delivery to their respective counsel of record), and creditors and Wextrust entity investors having filed notices of appearance in the above-captioned case; provided further that the Receiver may apply for an order under seal or a hearing *in camera*, as circumstances require;

(f)     investigate, prosecute, defend, intervene in, and otherwise participate in, compromise and adjust actions in any state, federal, or foreign tribunal of any kind as the Receiver believes in his sole discretion advisable or proper to collect, conserve, or otherwise recover assets of the Wextrust Entities or entities they own or control.

**IT IS FURTHER ORDERED** that all banks, brokers, dealers, depositories and any other business entities having possession, custody, or control of any assets, funds, or accounts in the name of or for the benefit of any Wextrust Entities or entities they own or control shall

8

cooperate expeditiously in the transfer of funds, other assets, and accounts to the Receiver or at the direction of the Receiver.

**IT IS FURTHER ORDERED** that all officers, directors, partners, and employees of the Wextrust Entities and entities they own or control, and their agents, including attorneys, shall forthwith advise the Receiver in writing of and relinquish to the Receiver their respective signatory authority over any and all accounts, safe deposit boxes, and other depositories of property of such entities;

**IT IS FURTHER ORDERED** that the Receiver has the authority to issue subpoenas for documents, testimony, and property inspections, consistent with the Federal Rules of Civil Procedure;

**IT IS FURTHER ORDERED** that each of the Receiver and his advisors be, and they hereby are, indemnified by each of the Wextrust Entities, except for gross negligence, willful misconduct, fraud, and breach of fiduciary duty determined by final order no longer subject to appeal or certiorari, for all judgments, losses, costs, and reasonable expenses including legal fees (which shall be paid under the indemnity after court approval as they arise), arising from or related to any and all claims of whatsoever type brought against any of them in their capacities as Receiver or advisors to the Receiver; provided, however, that nothing herein shall limit the immunity of the Receiver and his advisors allowed by law or deprive the Receiver and his advisors of indemnity for any act or omission for which they have immunity.

**IT IS FURTHER ORDERED** that (a) no bond shall be required in connection with the appointment of the Receiver, (b) the Receiver and all other persons engaged or employed by the Receiver to assist him in carrying out his duties and obligations hereunder shall not be liable for any act or omission of the Receiver or such persons, respectively, or any of their partners,

9

employees, or agents unless it shall be proven and held in an order no longer subject to appeal or certiorari that the Receiver or such other persons committed gross negligence, willful misconduct, fraud, or breach of fiduciary duty for which no immunity exists. This provision shall apply to all claims whether filed during or after termination of the appointment of the Receiver and retentions of his advisors.

IT IS FURTHER ORDERED that if in accordance with this order the Receiver determines that any of the Wextrust Entities and entities they own or control should undertake a bankruptcy filing, the Receiver, be and he hereby is, authorized to commence cases under title 11 of the United States Code for such entities in this district, and in such cases the Receiver shall prosecute the bankruptcy petitions in accordance with title 11 subject to the same parameters and objectives as a chapter 11 trustee and shall remain in possession, custody, and control of the title 11 estates subject to the rights of any party in interest to challenge such possession, custody, and control under 11 U.S.C. § 543 or to request a determination by this Court as to whether the Receiver should be deemed a debtor in possession or trustee, at a hearing, on due notice to all parties in interest, before the undersigned. Before taking action under this paragraph, however, at least two (2) business days' written notice (unless shortened by court order) stating that the Receiver is contemplating action under title 11 must be provided to the Securities and Exchange Commission, the Individual Defendants (such notice to be given to the Individual Defendants via ECF, facsimile, e-mail, and/or hand delivery to their respective counsel of record), and such other Wextrust entity investors who request such notice; provided further that the Receiver may apply for an order under seal or a hearing *in camera*, as circumstances require.

IT IS FURTHER ORDERED that to facilitate an efficient coordination in one district of all bankruptcies of Wextrust Entities and entities they own or control, the Southern District of

10

New York shall be the Receiver's principal place of business for making decisions in respect of operating and disposing of each of the Wextrust Entities and entities they own or control and their respective assets.

**IT IS FURTHER ORDERED** that pending the Receiver's determination of (a) the financial condition of each Wextrust Entity and the entities they own and control, and (b) whether any or all of such entities should be substantively consolidated after a hearing on due notice, the Receiver may allow such entities to borrow funds from one another to pay necessary and valid expenses as long as records are maintained of every advance and the Receiver's advisors have furnished him for each advance a plausible basis to believe that based on the information they have the borrowing entity should be able to repay the advance from operating funds or sales, or that failure to pay the expense(s) of the borrowing entity will cause more loss to the entirety of the enterprise than if the expense is paid.

**IT IS FURTHER ORDERED** that each of the Receiver and his advisors shall be paid from the assets of the Wextrust Entities. Each Wextrust Entity shall be, and it hereby is, jointly and severally liable to pay for the fees and expenses of the Receiver and his advisors.

**IT IS FURTHER ORDERED** that, notwithstanding the terms of the Interim Appointment Order and U.S. Securities and Exchange Commission Billing Guidelines ("Fee Guidelines"), each of the Receiver and his advisors shall be paid on a monthly basis for the first six months of the case and quarterly thereafter, after (a) submission of a monthly or quarterly fee request to the SEC and to the Court, and (b) court approval after a hearing if requested by the SEC or ordered by the Court. Monthly fee requests shall be served on the U.S. Securities and Exchange Commission ("SEC") by facsimile and overnight courier. The SEC may raise objections and requests for clarification.

11

IT IS **FURTHER ORDERED** that in lieu of providing retainers to the Receiver and his advisors, all payments made pursuant to the foregoing procedures prior to the initiation of any voluntary or involuntary petition for relief under the United States Bankruptcy Code, or foreign insolvency proceeding, shall be deemed payments made according to ordinary business terms and incurred in the ordinary course of business or financial affairs of the transferees and the Wextrust Entities and not subject to avoidance as a preferential payment.

IT IS **FURTHER ORDERED** that service of a copy of this order by mail on creditors and interest holders of the Wextrust Entities whose addresses have heretofore been made accessible to the Receiver from the records of the Wextrust Entities shall be good and sufficient service on such creditors and interest holders, and publication of this order once in the national edition of *the Wall Street Journal*, once in the international edition of the *Wall Street Journal*, and once in the national edition of the *New York Times* shall be good and sufficient service on all other entities.

IT IS **FURTHER ORDERED** that the Receiver shall not return to investors in any of the Wextrust Entities or entities they own or control, any funds, securities, dividends, interest, or other entitlements or their proceeds without further order of this Court after a hearing on notice to all parties in interest.

IT IS **FURTHER ORDERED** that the Receiver's retentions of Deloitte LLP and Jerry B. Klein and Associates and The Hilco Organization be, and they hereby are, approved.

IT IS **FURTHER ORDERED** that this order and all other orders governing the appointment of the Receiver and his powers and authorities shall remain in effect until terminated by further order of this Court.

12

SO ORDERED.

Dated: September  _11_ . 2008
New York. New York

HON. DENNY CHIN
UNITED STATES DISTRICT JUDGE

13

A

# Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (For Service) | Address of Managing Agent (For Service) |
|---|---|---|---|---|---|
| **Entities** | | | | | |
| Westvest Capital | 333 W. Wacker Drive, 18th Floor Chicago, IL 60606 | | | | |
| | 999 Waterside Drive, Suite 2220 Norfolk, VA 23510 | | | | |
| | 114 W. 47th Street, 20th Floor New York, NY 10036 | | | | |
| | 76 Gradley Avenue Waterleaf Heights Pretoria, South Africa | | | | |
| | 7 Jabotinsid Street, 34th Floor Ramat Gan, Israel | | | | |
| Westvest Securities | 999 Waterside Drive, Suite 2220 Norfolk, VA 23510 | | | | |
| | 7 Jabotinsid Street, 34th Floor Ramat Gan, Israel | | | | |
| | 333 W. Wacker Drive, 18th Floor Chicago, IL 60606 | | | | |
| | 9484 N. Federal Highway Boca Raton, FL 33461 | | | | |
| | 114 W. 47th Street, 20th Floor New York, NY 10036 | | | | |
| Westvest Equity Partners | 18900 W. 10 Mile Road Southfield, MI 48075 | | | | |
| | 8300 Poplar Avenue Memphis, TN 35137 | | | | |
| | 115 30th Avenue North Nashville, TN 37203 | | | | |
| | 1200 Abernathy Road, Suite 1700 Atlanta, GA 30328 | | | | |
| Westvest Development Group | 13 E. First Street Hinsdale, IL 60521 | | | | |
| Austa Hospitality | 6791 Democracy Boulevard, Suite 900 Bethesda, MD 20817 | | | | |
| **Managers** | | | | | |
| 41 E. Washington, LLC | 41 E. Washington St., Hinsdale, IL 60521 | Cook County | | 41 E. Washington Managers, LLC WEP is "Manager" of the Manager; WEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| 1250 S. Michigan Avenue, LLC | 1250 S. Michigan Ave. Chicago, IL 60605 | Cook County | Illinois | Westvest Equity Partners | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| 1250 S. Michigan LLC B | 1250 S. Michigan Ave. Chicago, IL 60605 | Cook County | Illinois | Westvest Equity Partners | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| 1505 Highpoint | 1505 High Point Dr., Naperville, IL 60563 | DuPage County | Illinois | | |
| 318 W. Adams/Escrow | 318 W. Adams St., Chicago, IL 60606 | Cook County | Illinois | | |

Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (For Service) | Address of Managing Agent (For Service) |
|---|---|---|---|---|---|
| 625 Paragon LLC | 625 West Division St, Chicago, IL 60610 | Cook County | Delaware | 625 Paragon Managers, LLC; WEP is "Manager" of the Manager; WEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| 47 Dean Street Investors | 47 Dean St., Brooklyn, NY 11201 | Kings County | Delaware | 47 Dean Street Managers, LLC; WEP is the "Manager" of the Manager; WEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Advantage Regency Holdings | 1600 Riverview Tower, Knoxville, TN 37202 | Knox County | Tennessee | Michael Conley | 900 N. Peters Rd., Knoxville, TN 37922 |
| ATN II LLC | | | Delaware | Brandon Investments, LLC which is wholly owned by WestTrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| BarTech Holdings, LLC | Memphis, TN | | Delaware Illinois | Westford Equity Partners | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Belle Meade Centre Investors, LLC | 24 White Bridge Rd., Nashville, TN 37206 | Davidson County | | | |
| Brick III Mines & Minerals, LLC | | | Virginia | Brick III Managers, which is 100% owned by Brandon Investments, Brandonberry and Byers are the managers of Brandon | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Bret Investors Skeleton Coast III Bret Investors Skeleton Coast | | | Virginia Virginia | | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Carlisle Park LLC | 6969 Forum Park Drive, Houston, TX 77069 | Harris County | Texas | | |
| Clarksville Industrial Investors, LLC | 780 International Blvd., Clarksville, TN 37040 | Montgomery County | Delaware | Clarksville Industrial Managers, LLC which is in turn owned and controlled by WEP | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Corinth | 2800 Tecumseh Way, Corinth, MS 38834 | Alcorn County | | | |
| Crowne-Phoenix Investors LLC | (Crowne Plaza Hotel) 2532 West Peoria Ave Phoenix, AZ 85029 | Maricopa County | Delaware | Crowne-Phoenix Managers, LLC; WEP is the "Manager" of the Manager; WEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Dean Street Investors LLC | 44-54 Dean Street Brooklyn, NY 11201 | Kings County | Illinois | Dean Street Managers, LLC; WEP is the "Manager" of the Manager; WEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Dean Street Managers LLC Drake Oak Brook Investors LLC | (Wyndham Hotel) 3001 York Rd., Oak Brook, IL 60523 | DuPage County | Delaware | Drake Oak Brook Managers, LLC; "Manager" of the Manager is Alara Hospitality, LLC an affiliate of WestTrust Capital, LLC; WEP | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| East Point | | | | | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Executive Plaza, LLC First Highland First Wyoming Investors, LLC | 900 28th St. SW, Wyoming, MI 49509 | Kent County | Illinois | Sierra Sierra First Highland Managers, LLC First Wyoming Managers, LLC; WEP its Managing Member | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Freeline Holdings Freeport (aka Poydras, LLC) | 1515 Poydras St., New Orleans, LA 70112 | | Louisiana | | |
| GDR 1 year @ 7.00 GDR 18 months @ 7.75 GDR 3 years @ 12.00 GDR 5 years @ 7.00 GDR 8.5% Rollover | | | Illinois | WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Glade Springs Gold Coast Investors LLC | 1818 N. Clark St., Chicago, IL 60614 (Drye Inn Hotel) | Cook County | Illinois | Gold Coast Managers, LLC; WEP is the "Manager" of the Manager; WEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Grant Street Investors LLC | 6739 South Washington Street, Houston, IL 60621 | Cook County | Illinois | GSH Managers, LLC; the "Manager" of the manager is WEP; WEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |

2

Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (for Service) | Address of Managing Agent (for Service) |
|---|---|---|---|---|---|
| GBA Investors, LLC | 351 East Whorled Drive, Elmon, IN<br>810 East Kings Road, Milwaukee, WI<br>809 Golden Pond, Madison, WI<br>4121 Southpoint Blvd., Jacksonville, FL<br>117 South Scatterfield Road, Anderson, IN<br>10 South 2nd Street, Lafayette, IN | Elkhart County<br>Milwaukee County<br>Cook County<br>Dane County<br>St. John's County<br>Madison County<br>Tippecanoe County | Illinois | GBA Managers, LLC the "Manager" of the manager is WIEP. WIEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |
| GBA Development, LLC | | | | GBA Managers, LLC | |
| GBA Managers, LLC | | | | WestLord Development, LLC | |
| GBPH 1 year @ 7.00 | | | | | |
| GBPH 18 months @ 7.78 | | | | | |
| GBPH 2 years @ 7.00 | | | | | |
| GBPH 3 years @ 8.00 | | | | | |
| Guaranteed Depository Receipts | | | | | |
| Hammond Industrial Investors LLC | 307-311 Pride Drive, Hammond, LA 70401 | Tangipahoa Parish | Delaware | Hammond Industrial Managers, LLC the "Manager" of the manager is WIEP. WIEP is owned by WestLord Capital | 333 W. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |
| Hammond II | | | | | |
| Hamptons of Hinsdale Mortgage Fund LU | 5733 South Washington Street, Hinsdale, IL 60521 | Cook County | Delaware | WestTrust Hamptons Funding Manager, LLC the "Manager" of the manager is WestTrust Capital | 333 W. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |
| Hinsdale Fund, LLC | Hinsdale, IL | | Illinois | | |
| High Yield Debt Fund II | | | | | |
| Highland Park | 1770 First Street Building, Highland Park, IL 60035 | Lake County | Illinois | First Highland Managers, LLC owned 100% by WIEP | 333 W. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |
| Hilltop Apartments LLC | 4830 Columbus Ave., Anderson, IN 46013 | Madison County | | Hilltop Investors, LLC WIEP is the "Manager" of the manager; WIEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |
| Hilltop Ridge Apartments LLC | | | | Hilltop Ridge Investors, LLC WIEP is the "Manager" of the manager; WIEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |
| Homer Glen Investors LLC | West 159th Street and South Parker Rd., Homer Glen, IL 60491 | Will County | Illinois | Homer Managers, LLC the "Manager" of the manager is WIEP. WIEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |
| Hyde Park Investors, LLC | 1556 Hyde Park Rd., Essex, MD 21221 | Baltimore County | Rhode | Westsaid Equity Partners | 333 W. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |
| IDEX Mines and Minerals LLC | | | Virginia | IDEX Mining Managers, LLC owned equity by the Biometrically Penalty Limited Partnership and Eleven Span | 333 W. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |
| Interstate Park Investors LLC | I-65 and Perry Hill Road, Montgomery, AL 36106 | Montgomery County | Delaware | Interstate Park Managers, LLC the "Manager" of the manager is WIEP. WIEP is owned by WestTrust Capital | 333 W. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |
| Jeasry Properties | | | | WFD | |
| Jeff Mett Holdings, LLC | Birmingham, AL | | Illinois | Westsaid Capital/Westsaid Equity Partners | 333 W. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |
| 2420 McCue Investors, LLC | 2420 McCue Rd, Houston, TX 77056 | Harris County | | | |
| Midwest Estates | | | | WestLord Asset Management | 333 W. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |
| Music Row Investors LLC | 18th Avenue South and Division Street, Nashville, TN 37203<br>Nashville, TN | Davidson County | Illinois | | |
| Nysst Holdings | | | Illinois | | |
| New Salem Investors LLC | 940 New Salem Road, Murfreesboro, TN 37129 | Rutherford County | Tennessee | New Salem Managers, LLC the "Manager" of the manager is WIEP, which is owned by WestLord Capital | 333 W. Wacker Dr., Suite 1800<br>Chicago, IL 60606 |

Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (For Service) | Address of Managing Agent (For Service) |
|---|---|---|---|---|---|
| No Point East, LLC | New Orleans, LA | | | Best Point Investors, LLC; WIP is the "Manager" of the Manager; WIP is owned by WarTrust Capital | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| Park Village Holdings LLC | 481 Park Village Drive and 316 Center Park Knox County Drive, Knoxville, TN 37922 | Knox County | Tennessee | Park Village Managers, LLC the "Manager" of the manager is WIP; WIP is owned by WarTrust Capital | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| Peoria Office Investors LLC | 124 SW Adams, Peoria, IL 61602 | Peoria County | Delaware | Peoria Office Managers, LLC; WIP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| PVP Ventures, LLC<br>Rand Ginzey<br>Rand Quarry<br>River's Edge Investors LLC | 22525 Oakley, Intersection of West Wolfram Street and North Oakley Avenue, Chicago, IL | Cook County | Illinois | River's Edge Managers, LLC; WIP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| Riverside Investors, LLC | One Riverside Road, Riverside, IL 60546 | Cook County | Illinois | Warford Equity Partners, LLC | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| S. Pine Street Investors LLC | 100-840 South Pine Street, Burlington, WI 53105 | Racine County | Delaware | S. Pine Street Managers, LLC the "Manager" of the manager is WIP; WIP is owned by WarTrust Capital | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| Sonias<br>SF Development Company, LLC<br>Shaisanbrook, LLC<br>Stationford Investors LLC | Passabogula, MS<br>2116 Chaplen Road, Chattanooga, TN | Hamilton County | Delaware | SF Managers I, LLC<br>Stationford Managers, LLC; WIP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| Space Park, LLC<br>Tennessee Office Investors | Goodlettsville, TN<br>Multiple Cities in TN | Not Clear | Tennessee<br>Delaware | Tennessee Office Managers, LLC; WIP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60616 |
| Uptown Square LLC<br>UPPH II.B5 Rollover<br>Vallcamp<br>West 82nd Street Holdings, LLC | 176-182 West 82nd Street, New York, NY | New York City County | Delaware | West 82nd Street Holdings, LLC ("Holdings"); West 82nd Street Managers ("Manager") is the manager of Holdings; WIP is the manager of the Manager | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| West 82 Street Investors, LLC | 176-182 West 82nd Street, New York, NY | New York City County | Delaware | West 82nd Street Managers, LLC; WIP is the manager of the Manager | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| West Brandon Investors LLC | 9700 Bearn Drive, Knoxville, TN and 915-932 Henry Lynn Lane, Knoxville, TN | Knox County | Illinois | West Brandon Managers, LLC; WIP is the "Manager" of the Manager | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| 2435 West Belmont Investors, LLC | 2435 West Belmont Avenue, Chicago, IL 60618 | Cook County | Illinois | 2435 W. Belmont Managers, LLC; WIP is the "Manager" of the manager; WIP is owned by Wartrust Capital | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| WP New Orleans | | | | WIP | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| Westside Diversified Futures Fund I, LLC | — | | Delaware | Warford Commodity Managers, LLC the manager of this manager is WTC, | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| Westside Diversified Offshore Futures Fd. | — | | British Virgin Islands | Warford Commodity Managers, LLC | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| Westside Principal Protected Fund I, LLC | — | | Delaware | Warford Commodity Managers, LLC the manager of the manager is WTC. | 833 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |

Exhibit A

| Name | Address | Country | State of Incorporation | Managing Agent (Per Section) | Address of Managing Agent (Per Section) |
|---|---|---|---|---|---|
| **Westrock Principal Protected Offshore Ft.** | | | British Virgin Islands | Westord Commodity Managers, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westord High Yield Debt Fund I Westord High Yield Debt Fund II, LLC | | | Delaware | Wes-L LLC which is wholly owned by WesTrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westord High Yield Debt Offshore Fund I | | | Cayman Islands | WesTrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westord Qualified Investors LLC - Dean Street | | | | WesTrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Witma Rudolph Holdings, LLC Workman Road Investors LLC | Clarksville, TN 3591 Workman Road, Nashville, TN | Knox County | Tennessee Delaware | Westord Road Investors, LLC is managed by Workman Road Managers, LLC, the Manager. WRP is the "Manager" of the Manager. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| York Road Investors LLC | 116-118 North York Road Elmhurst, IL 60126 | DuPage County | Delaware | York Road Managers, LLC the "Manager" of the manager is Steve Byers through WRP | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| *Other Property* Westord Capital - Allyred | Folsom St | | | | |
| Steve Byers - Residence | 2 York Lake Ct. Oak Brook IL | | | | |
| Steve Byers - Condo | Nemo Nesbo Box Chicago, IL | | | | |
| Joseph Shereshevsky - Residence | 607 S Mondego Ct. Norfolk, VA 23607 | | | | |
| Joseph Shereshevsky - Other Jewelry Properties Estate | | | | | |
| *Trust* | | | | | |
| GPR 1 year @ 7.00 GPR 18 months @ 7.75 GPR 3 years @ 12.00 GPR 3 years @ 8.00 GPR 8.0% Rollover | | | | | |
| GPR 1 year @ 7.00 GPR 18 months @ 7.75 GPR 3 years @ 12.00 GPR 3 years @ 8.00 Guaranteed Depository Receipts High Yield Index Fund II GPR 8.0% Rollover | | | Illinois | Westord Capital | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westrade Diversified Futures Fund I, LLC | | | Delaware | Westord Commodity Managers, LLC the manager of the manager is WTC. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westrade Diversified Offshore Futures | | | British Virgin Islands | Westord Commodity Managers, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westrade Principal Protected Fund I, LLC | | | Delaware | Westord Commodity Managers, LLC the manager of the manager is WTC. | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westrade Principal Protected Offshore Fund I, LLC | | | British Virgin Islands | Westord Commodity Managers, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westord High Yield Debt Fund I Westord High Yield Debt Fund III, LLC | | | Delaware | Wes-L LLC which is wholly owned by WesTrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westord High Yield Debt Offshore Fund Ltd. | | | Cayman Islands | WesTrust Capital, LLC | 333 W. Wacker Dr., Suite 1600 Chicago, IL 60606 |
| Westord Qualified Investors LLC - Dean Street | | | | | |

Exhibit A

| Name | Address | County | State of Incorporation | Managing Agent (For Service) | Address of Managing Agent (For Service) |
|---|---|---|---|---|---|
| **Pure Africa Mining & Minerals** | 76 Overdoor Avenue, Waterkloof Heights Pretoria, South Africa | | | | |
| PAM Export (Pty) Ltd. | SA Inventory Center, 228 Main Street Suite 639 Johannesburg 2001, South Africa | | | | |
| ATM II LLC | — | | Delaware | Brandon Investments, LLC which is wholly owned by Winclout Capital, LLC | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| Block III Mines & Minerals, LLC | | | Virginia | Block III Managers, which is 100% owned by Brandon Investments, Brandon solely and Byers are the managers of Brandon | 333 W. Wacker Dr., Suite 1800 Chicago, IL 60606 |
| Bret Investors Skeleton Coast III | | | Virginia | | 333 W. Wacker Dr., Suite 1000 Chicago, IL 60606 |
| Bret Investors Skeleton Coast | | | Virginia | | |
| KDM Mines and Minerals LLC | | | Virginia | KDM Mining Managers, LLC owned equally by the Bloomsbury Family Limited Partnership and Steven Byers | 333 W. Wacker Dr., Suite 1000 Chicago, IL 60606 |
| Rand Energy | | | | | |
| Rand Quarry | | | | | |
| Skeleton Coast Bret Investors LLC | | | | | |
| Veleno | | | | | |
| **Namibia Group** | | | | | |
| Eastbur 5485 (Pty) Ltd. | Northwest Province, South Africa Namibia/143 lot Blazerhof and Behrender Pretoria | | | | |
| Liebenberg Carraca | South Africa | | | | |
| Skeleton Coast MINE | Namibia | | | | |
| Tropical Paradise Trading 506 (Pty) | South Africa | | | | |
| Golden Ribbon Trading 267 (Pty) Ltd. | South Africa | | | | |
| **South Money** | | | | | |
| REDUEX 483 (Pty) Ltd. | | | | | |
| African Spirit 168 (Pty) Ltd. | Namibia | | | | |
| Verbano Traders (Pty) Ltd. | Namibia | | | | |
| Papiccoy (Pty) Ltd. | | | | | |
| Cove Investment (Pty) Ltd. | | | | | |
| Pure Africa Minerals (Pty) Ltd. | | | | | |
| Pure Africa Holdings (Pty) Ltd. | | | | | |
| Pure Africa Investment (Pty) Ltd. | | | | | |
| African Spirit Trading 228 (Pty) Ltd. | | | | | |
| PAM Export (Pty) | SA Inventory Center, 228 Main Street Suite 639 Johannesburg 2001, South Africa | | | | |
| Brandon Investment LLC | | | | | |
| Thunder Energy LLC | 168 Ben Nelprea Dorval Walvis Bay | | | | |
| Bret Investments (Pty) Ltd. | | | | | |
| Mark Investments (Pty) Ltd. | 271 Charles Street, Brooklyn, Pretoria, Province of Gauteng, South Africa P.O. Box 9636, Pretoria, 0001 Province of Gauteng, South Africa | | | | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------- x
```
**SECURITIES AND EXCHANGE COMMISSION**         :
                                               :
         **Plaintiff,**                      :
                                               :
         **- against -**                     :
                                               :
                                               :
**STEVEN BYERS, JOSEPH**                        :
**SHERESHEVSKY, WEXTRUST CAPITAL, LLC,**        :   **08-cv-7104 (DC)**
**WEXTRUST EQUITY PARTNERS, LLC,**              :
**WEXTRUST DEVELOPMENT GROUP, LLC,**            :   **ECF CASE**
**WEXTRUST SECURITIES, LLC, and**               :
**AXELA HOSPITALITY, LLC,**                     :
                                               :
         **Defendants, and**                 :
                                               :
**ELKA SHERESHEVSKY,**                          :
                                               :
         **Relief Defendant.**               :
```
----------------------------------------------------------- x
```

# CONSENT OF DEFENDANTS AND RELIEF DEFENDANT TO
# PRELIMINARY INJUNCTION ORDER

1.    Defendants Steven Byers ("Byers"), Joseph Shereshevsky ("Shereshevsky"),

Wextrust Capital, LLC ("Wextrust"), Wextrust Equity Partners, LLC ("WEP"), Wextrust

Development Group, LLC ("WDG"), Wextrust Securities, LLC ("Wextrust Securities") and

Axela Hospitality, LLC ("Axela") (collectively, "Defendants") and the Relief Defendant Elka

Shereshevsky ("Relief Defendant") acknowledge having been served with the summons,

complaint and amended complaint in this action, enter a general appearance, and admit the

Court's jurisdiction over Defendants and Relief Defendant and over the subject matter of this

action.

1

2. Without admitting or denying the allegations of the complaint (except as to personal and subject matter jurisdiction, which Defendants and Relief Defendant admit), Defendants and Relief Defendant hereby consent to the entry of the proposed Order on Consent Imposing A Preliminary Injunction Against Defendants and Relief Defendant in the form attached hereto (the "P.I. Order") and incorporated by reference herein.

3. Defendants and Relief Defendant waive the entry of findings of fact and conclusions of law pursuant to Rule 65 of the Federal Rules of Civil Procedure.

4. Defendants and Relief Defendant waive the right, if any, to appeal from the entry of the proposed P.I. Order.

5. Defendants and Relief Defendant enter into this Consent voluntarily and represent that no threats, offers, promises, or inducements of any kind have been made by the SEC or any member, officer, employee, agent, or representative of the SEC to induce Defendants and Relief Defendant to enter into this Consent.

6. Defendants and Relief Defendant agree that this Consent shall be incorporated into the P.I. Order with the same force and effect as if fully set forth therein.

7. Defendants and Relief Defendant will not oppose the enforcement of the P.I. Order on the ground, if any exists, that it fails to comply with Rule 65(d) of the Federal Rules of Civil Procedure, and hereby waive any objection based thereon.

8. Defendants and Relief Defendant waive service of the P.I. Order and agree that entry of the P.I. Order by the Court and filing with the Clerk of the Court will constitute notice to Defendants and Relief Defendant of its terms and conditions.

9. Defendants and Relief Defendant acknowledge that no promise or representation has been made by the SEC or any member, officer, employee, agent, or representative of the

2

SEC with regard to any criminal liability that may have arisen or may arise from the facts underlying this action or immunity from any such criminal liability. Defendants and Relief Defendant further acknowledge that the Court's entry of a P.I. Order may have collateral consequences under federal or state law and the rules and regulations of self-regulatory organizations, licensing boards, and other regulatory organizations. Such collateral consequences include, but are not limited to, a statutory disqualification with respect to membership or participation in, or association with a member of, a self-regulatory organization. This statutory disqualification has consequences that are separate from any sanction imposed in an administrative proceeding.

10. Defendants and Relief Defendant agree that the SEC may present the proposed P.I. Order to the Court for signature and entry without further notice.

3

Dated: __10/16/08__

_____
Steven Byers

On __10/16__ , 2008, __STEVEN BYERS__ , a person known to me, personally appeared before me and acknowledged executing the foregoing Consent.

_____
Notary Public
Commission expires:

Jason Canales
tary Public. State of New York
No. 02CA6140739
Qualified in Queens County
mission Expires 02/06/20_10_

Approved as to form:

_____
Barry S. Zone, Esq.
Gersten Savage, LLP
600 Lexington Avenue
9th Floor
New York, New York 10022
(212) 752-9700
*Attorney for Defendant Steven Byers*

4

Dated: 10/3/08

Joseph Shereshevsky

On October 3, 2008, Joseph Shereshevsky, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent.

Notary Public
Commission expires:

Approved as to form:

JOHN MERINGOLO
Notary Public State of New York
No: 02ME6181704
Qualified in Kings County
Commission Expires 2/11/2012

John Meringolo, Esq.
116 West 23rd Street
Suite 5-137
New York, New York 10011
(212) 386-7617
*Attorney for Defendant Joseph Shereshevsky*

5

Dated: Oct 06, 2008

_Elka Shereshevsky_ (signature)
Elka Shereshevsky

On Oct 06 , 2008, Elka Shereshevsky , a person known to me,
personally appeared before me and acknowledged executing the foregoing Consent.

_Sasha X. Watts_ (signature)
Notary Public
Commission expires: May 31, 2012

Approved as to form:

_Michael F. Bachner_ (signature)
Michael F. Bachner, Esq.
26 Broadway, Suite 2310
New York, New York 10004
(877) 388-6461
*Attorney for Relief Defendant Elka Shereshevsky*

SASHA X. WATTS
NOTARY PUBLIC
MY
COMMISSION
NUMBER
7202157
COMMONWEALTH OF VIRGINIA

Dated: **10/2/08**

Timothy J. Coleman, Receiver,
*On behalf of the Defendant Wextrust Entities*

On _____**200**_____, 2008, _____**October**_____, a person known to me,
personally appeared before me and acknowledged executing the foregoing Consent.

Notary Public
Commission expires: **DEBORAH ANN JOHNSON**
**NOTARY PUBLIC DISTRICT OF COLUMBIA**
**My Commission Expires September 30, 2012**

Approved as to form:

Mark S. Radke, Esq.
Dewey & LeBoeuf LLP
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005
(202) 986-8076
*Attorney for Receiver*

7