BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Martin S. Siegel (MS 9490)
Steven B. Smith (SS 5960)

*Attorneys for the International Consortium
Of Wextrust Creditors*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
SECURITIES AND EXCHANGE COMMISSION, :
:
                Plaintiff, :
: Case No. 08-07104 (DC)
    -against- :
: ECF CASE
:
STEVEN BYERS, et al., :
               Defendants, :
:
    -and- :
:
:
ELKA SHERESHEVSKY, :
               Relief Defendant. :
---------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

      I hereby certify that copies of (1) Notice of Motion of International Consortium of Wextrust Creditors Objecting to Entry and Seeking Modification of Preliminary Injunction and (2) Joinder of International Consortium of Wextrust Creditors in Support of Motion by the International Ad-Hoc Committee of Wextrust Creditors' Objecting to Entry and Seeking Modification of Preliminary Injunction were served via First Class Mail with postage pre-paid and via e-mail upon the following parties on the 30th day of October, 2008:

1

Alexander Mirea Vasilescu, Esq.
Andrew M. Calamari, Esq.
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

Barry S. Zone, Esq.
Jason Canales, Esq.
Gerstsen, Savage, Kaplowitz, Wolf & Marcus, LLP
600 Lexington Avenue
New York, NY 10022

John C. Meringolo, Esq.
Meringolo & Associates, P.C.
11 Evans Street
Brooklyn, NY 11201

Michael Fred Bachner, Esq.
Edward F. Malone, Esq.
Bachner & Herskovits, P.C.
26 Broadway, Ste. 2310
New York, NY 10004

Harvey Kurzweil, Esq.
Mark S. Radke, Esq.
Leo V. Gagion, Esq.
Dewey & LeBoeuf, L.L.P.
1301 Avenue of the Americas
New York, NY 10019

Timothy J. Coleman, Receiver
1101 New York Avenue NW
Suite 1100
Washington, D.C. 20005

Steven G. Rawlings, Esq.
Securities and Exchange Commission
Branch Chief
New York Regional Office
3 World Financial Center
New York, NY 10281

Steven R. Popofsky, Esq.
Gersten Savage, LLP
600 Lexington Avenue
5th Floor
New York, NY 10022

Vincent Schmeltz III, Esq.
Dewey & LeBoeuf, L.L.P.
Two Prudential Plaza
Suite 3700
180 North Stetson Avenue
Chicago, IL 60601

Danielle Sallah, Esq.
Senior Attorney, Enforcement Division
New York Regional Office
3 World Financial Center
New York, NY 10281

George R. Mesires, Esq.
Edward F. Malone, Esq.
Barack, Ferrazzano, Kirschbaum, & Nagelberg LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606

Barry S. Pollack, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Shalom Jacob
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

/s Martin S. Siegel
Martin S. Siegel