DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Shalom Jacob
Shmuel Vasser

*Attorneys for the International Ad-Hoc Committee of Wextrust Creditors*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SECURITIES AND EXCHANGE COMMISSION, :
:
                     Plaintiff, :
: Case No. 08-07104 (DC)
   -against- :
: ECF CASE
:
STEVEN BYERS, et al., :
                     Defendants, :
:
   -and- :
:
:
ELKA SHERESHEVSKY, :
                 Relief Defendant. :
------------------------------------------------------------- X

## MEMBERS OF THE INTERNATIONAL
## AD-HOC COMMITTEE OF WEXTRUST CREDITORS

Pursuant to the Court's direction, Dechert LLP hereby submits the attached list of the members of the International Ad-Hoc Committee of Wextrust Creditors.

14736769.1

# INTERNATIONAL AD-HOC COMMITTEE OF WEXTRUST CREDITORS

| INVESTOR | ENTITY |
|---|---|
| David Braun | Interstate Park |
| Common Hartford Corp | Tennessee Office Investors<br>Gold Coast Investors |
| Leibel Polsky | Drake Oak Brook Investors |
| Yehuda Polsky | Drake Oak Brook Investors |
| Yehuda and Laibel Polsky | GSA Investors, LLC |
| Torah Foundation | Freeport Mac<br>High Yield |
| Rabbi E. Twerski | Gold Coast<br>Hamptons of Hinsdale |
| Rabbi E. Twerski | Gold Coast |
| Congregation Khal Chasidim | Hamptons of Hinsdale<br>Peoria |
| Congregation Beth Jehudah | Park Village<br>Homer Glen<br>Drake |
| Ed Dramer | 1805 High Point |
| Dov/Sandra Segal | Idex Mines<br>Gold Coast<br>Hinsdale<br>Hamptons of Hinsdale<br>Interstate |
| Martin Fulop | First Wyoming<br>Crown Phoenix<br>Drake Oak Brook Investors, LLC |
| Lighthouse Capital Insur. Co. | Wexford High Yield Debt Fund II<br>Wextrade Div. Offshore Fund I |
| Joeehr Family LLC | Tennessee Office Investors |
| Aryeh/Ruth Feldman | High Yield I<br>Block III<br>Interstate Park |
| Joseph H. Ehrenkranz Revocable Trust | Hampton of Hinsdale<br>Clarksville Indus.<br>Interstate Park<br>Hammond Indus.<br>Dean Street<br>West 82nd Street Investors |
| Sandra Ehrenkranz Living Trust | 47 Dean Street<br>Hammond Indus.<br>Tennessee Office |
| Cindy & Bart Ehrenkranz | Tennessee Office |
| Pinhas & Dori Friedenberg | Tennessee Office |
| Laura & Brian Ullman | Tennessee Office |

| INVESTOR | ENTITY |
|---|---|
| Raviv Ullman | Tennessee Office |
| Marc Brodsky Trust | Tennessee Office |
| Phil Goldner | First Wyoming |
| Roberta Goldner | Interstate Park |
| Aron Coren | Gold Coast<br>Block III<br>Tennesse Office<br>GDR (which?) |
| Moshe (William) Sabel | West Belmont<br>Wextrade DF |
| Candida Abrahamson | Interstate<br>Tennesee<br>Grant St<br>GSA |
| Rhona Finkel | Interstate Park Investors |
| Eli Finkel | Interstate |
| Yehudah Lev | First Wyoming<br>River Edge |
| Rebecca Guttman | Drake |
| Irwin Niedober | |
|    Peoria Assoc. | Peoria |
|    Hamlan Assoc. | Hammond |
|    Oak Brook Assoc. | Drake |
|    Montgomery Associates | Interstate |
|    Mezanine Assoc. | Hindsdale |
| Hershie Weingarten | Grant St<br>Gold Coast |
| Hershie & Otto Weingarten | IDEX Mines & Minerals |
| Otto Weingarten | IDEX<br>Tennessee Office |
| Otto & Isabella Weingarten | IDEX Mines & Minerals |
| Ramona Weingarten | Gold Coast Investors, LLC |
| Simone Kraus & Otto Weingarten | IDEX Mines & Minerals |

| INVESTOR | ENTITY |
|---|---|
| Todd Miller | East Point |
| George Jamerson | Gold Coast<br>First Wyoming<br>High Yield |
| Isaiah Karlinsky | First Wyoming<br>GDR<br>Gold Coast<br>Peoria<br>Principle Prot.<br>IDX |
| Yehuda & Isaiah Karlinsky | First Wyoming<br>GDR |
| Leah Smolyansky | West 82 Street Investors<br>Interstate Park Investors |
| Step Up Outpatient Services, LLC | IDEX |
| Isaiah & Ruthie Karlinsky | First Wyoming Investors<br>Gold Coast<br>GDR<br>GDR 8.5% Peoria Distr.<br>Peoria Office Investors, LLC<br>IDEX<br>Music Row Investors, LLC<br>Rogers Plaza Investors, LLC |
| Max & Belle Karlinsky Tr. | GDR 8.5%<br>Peoria<br>Belle Meade<br>GDR |
| Isaiah Karlinsky and Fay K. Glick | Wexford Principal Protected Fund I<br>Peoria Office Investors, LLC<br>USPN 8.5% Rollover |
| Fay K. Glick | GDR<br>Gold Coast<br>Peoria<br>IDEX<br>Belle Meade<br>Highland Park<br>First Highland Investors, LLC<br>Music Row Investors, LLC |
| Tzvia Karlinsky Sapsowitz & Isaiah Karlinsky | Gold Coast<br>IZ GDR<br>GDR |
| Tzvia Karlinsky Sapsowitz | Highland Park |
| Chana E. Karlinsky Schimmel | Highland Park |
| Efraim Karlinsky | Highland Park |
| Yosef Karlinsky | Highland Park |

| INVESTOR | ENTITY |
|---|---|
| Yitzchok Mitnick | Bret Investors Skeleton Coast III |
| Marshall Mauer | Wexford High Yield Debt Fund |
| Marshall & Gila Mauer | GDR |
|  | GSA |
|  | Wexford High Yield Debt |
|  | South Pine St. |
|  | New Salem Inv. |
| Gloria Burstyn Mauer & Joseph Burstyn | GDR |
|  | GDR |
|  | New Salem Investors, LLC |
|  | GSA Investors, LLC |
|  | South Pine Stree Holdings, LLC |
|  | High Yield |
| Jay Starling | Bret Investors Skeleton Coast III |
|  | IDEX |
|  | Guaranteed Depositor Receipts |
| Patricia Starling | Guaranteed Depository Receipts |
|  | First Wyoming |
|  | Riverside |
|  | Gold Coast |
|  | Dean St. |
|  | Grant St |
|  | IDEX Mines & Minerals |
|  | Park Village |
|  | West Bearden |
|  | York Road |
| Starling Family Limited Partnership | GDR |
|  | Block III Mines & Minerals |
|  | Dean Street Investors, LLC |
| Jay & Patricia Starling | Grant Street Investors, LLC |
| Tidewater Eye Centers 401(k) Profit Sharing Plan f/b/o Jay Starling | Wexford High Yield Debt Fund I |
|  | Wexford High Yield Debt Fund II |
| James & Alice Lerman | Riverside Investor |
|  | First Wyoming |
|  | Guaranteed Depository Receipts |
|  | Homer Glen |

| INVESTOR | ENTITY |
|---|---|
| Alice Lerman | Guaranteed Depository Receipts<br>River's Edge |
| James Lerman IRA | Gold Coast |
| James Lerman 401(k) | Wexford Diver. Futures Fund |
| Avraham Lerman | Guaranteed Depository Receipts<br>Wexford High Yield Debt Fund I<br>Wexford High Yield Debt Fund II |
| Deborah Lerman | Guaranteed Depository Receipts<br>Wexford High Yield Debt Fund I<br>Wexford High Yield Debt Fund II |
| Manuel Lerman | Guaranteed Depository Receipts<br>Wexford High Yield Debt Fund I<br>Wexford High Yield Debt Fund II<br>Wexford High Yield Debt Fund III |
| Miriam Lerman | Guaranteed Depository Receipts<br>Wexford High Yield Debt Fund I<br>Wexford High Yield Debt Fund II |
| Joshua & Adina Lerman | High Yield Funds |
| Joseph Lerman | High Yield Funds |
| Arye Lieb Lerman & Nechama Lerman | Grant Street Investors, LLC |
| P. Ackerman | Grant St<br>Park Village<br>GSA |
| P. Davidman | Hilltop<br>Gold Coast<br>Hilltop Ridge<br>High Yield |
| Avrohom Berzansky | River's Edge |
| Michael Helpern & Jeff Muencz | KJH Holdings Co.<br>Tennessee<br>Tennessee |
| Robert & Miriam Meyers | High Yield Debt III |
| David Lerner | GDR<br>Park Village |
| Leo Mauer | Hinsdale 2nd Mortgage<br>Shallowford Inv. |
| Sasson Natan | First Wyoming |
| Moses Grunbaum | Hammond Indus. |

| INVESTOR | ENTITY |
|---|---|
| Samuel Grunbaum | Hammond Industrial Indus. |
| Daniel S. Cohen | 47 Dean Street Investors, LLC<br>625 Paragon Investors, LLC<br>Guaranteed Depository Receipts<br>Hammond Industrial Investors<br>Hamptons of Hinsdale Mortage<br>Peoria Office Investors, LLC |
| Zev Geffen | High Yield III |
| Tzvi & Beverly Ingber | McCue Investors |
| Howard Stimmel | High Yield III |
| Chaim Knobloch | Homer Glen (Rose Knob. Rev. Tr.) |
| Lieb/Malvina Pollak | Hammond |
| American Friends of Darche Noam | GSPN 3 Year @ 12%<br>GDR |
| Sigmund Jakabovics | Grant Street Investors, LLC |
| Estelle Cohen & Joy Stimmel | 47 Dean Street Investors, LLC |
| Moshe Rausman | Hammond Industrial Investors |
| Barry Rausman Trust of 2002 | Hammond Industrial Investors |
| Herbert Rausman | Tennessee Office Investors, LLC |
| Liba Miriam Rausman Trust of 2002 | GSA Investors, LLC |
| Susan Rausman Trust of 2002 | GSA Investors, LLC |
| Elie Hassan Trust | GSA Investors, LLC |
| Naomi Rausman Trust of 2002 | GSA Investors, LLC |
| Nathan S. Hassan Trust | Gold Coast Investors, LLC<br>GSA Investors, LLC |
| Rachel & Calman Janowski | Wexford High Yield Debt Fund I |
| Alan & Dvora Gold (Alan M. Gold Development Co. Inc. Profit Sharing Pension Plan u/a 8/1/91 | Skeleton Coast Bret<br>Wextrust High Yield Debt Fund I |
| Moishe Deutsch & Eliyahu Mandel | Wextrust High Yield Debt Fund III |
| Jack Deutsch & Sara Goldberg | Guaranteed Depository Receipts<br>Hammond Industrial Investors<br>Hamptons of Hinsdale Mortgage<br>Wextrust High Yield Debt Fund I |
| Chana Zentman | Guaranteed Depository Receipts<br>Wexford High Yield Debt Fund I |