BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Martin S. Siegel (MS 9490)

*Attorneys for the International Consortium*
*Of Wextrust Creditors*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
: Case No. 08-07104 (DC)
-against- :
: ECF CASE
:
STEVEN BYERS, et al., :
Defendants, :
:
-and- :
:
:
ELKA SHERESHEVSKY, :
Relief Defendant. :
-------------------------------------------------------------- X

## MEMBERS OF THE INTERNATIONAL
## CONSORTIUM OF WEXTRUST CREDITORS

Pursuant to the Court's direction, Brown Rudnick LLP hereby submits the attached list of the members of the International Consortium of Wextrust Creditors.

8197921

Dated: New York, New York
November 25, 2008

                            Respectfully submitted,

                            BROWN RUDNICK LLP

                            By: /s/Martin S. Siegel
                                Martin S. Siegel (MS 9490)
                                Seven Times Square
                                New York, New York 10036
                                Telephone: (212) 209-4800
                                Facsimile: (212) 209-4801

                                *Attorneys for the International*
                                *Consortium of Wextrust Creditors*

# Consortium Members

| Creditor | Entity |
|---|---|
| First Capital Management, LLC Defined Benefit Plan | (1) ATM II<br>(2) Interstate Park Investors, LLC |
| William and Deborah Cohen | (1) Drake Hotel<br>(2) High Yield Debt Fund III, LLC |
| BSD Equity LLC | ATM II |
| Michael and Eska Reidel | High Yield Debt Fund III, LLC |
| Peninim of America | (1) South African Mining |
| Samuel Gross | 1 entity |
| Eakes Family LP | (1) Wextrust High Yield Fund<br>(2) Wextrust GDF #21<br>(3) Wextrust Hilltop Ridge Apt.<br>(4) Wextrust W. 82 St. Investment Co<br>(5) IDEX Mines & Minerals<br>(6) Brandon Investment, LLC |
| Doris W. Eakes Charitable Remainder Trust | (1) Wextrust/Highland Park Bldg<br>(2) Wextrust High Yield Fund #16-1083<br>(3) Wextrust Diversified Futures Fund |
| Doris Grace Wallace Eakes Revocable Trust | (1) Wextrust / Highland Park Bldg.<br>(2) Wextrust Free Mac Holding<br>(3) Wextrust High Yield Fund #16-1035<br>(4) IDEX Mines & Minerals, LLC |
| Shimmy Krasner | (1) High Yield Debt Fund III<br>(2) Crown Plaza |
| Finkam Mining | IDEX |

| Shimon Kaminetzky | (1) Tennessee Office<br>(2) Hammond Industrial<br>(3) Interstate Office<br>(4) 47 Dean Street |
| --- | --- |
| Douglas Jones | (1) Gold Coast<br>(2) GSA Properties |