UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COURTESY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-3-09

SECURITIES AND EXCHANGE COMMISSION

Plaintiff.

-against-

STEVEN BYERS, JOSEPH SHERESHEVSKY, WESTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC, AND AXELA HOSPITALITY, LLC,

Defendants,

-and-

ELKA SHERESHEVSKY,

Relief Defendant

No. 08 Civ. 7104 (DC)

ECF Case

**ORDER GRANTING SECOND JOINT MONTHLY APPLICATION OF THE RECEIVER AND DEWEY & LEBOEUF, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008**

**THIS MATTER** coming before the Court on the Second Joint Monthly Application of the Receiver and Dewey and LeBoeuf, LLP for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period September 1, 2008 through September 30, 2008 ("Second Interim Application"), the Court having considered the Second Interim Application and the statements of Timothy J. Coleman, duly appointed Receiver herein (the "Receiver"), and Dewey & LeBoeuf, LLP, ("D&L") the Receiver's counsel, at the hearing held thereon, and finding that Second Interim Application generally complies with standards for awarding fees and expenses enunciated in applicable law, that good and sufficient cause has been shown for granting the relief

requested in the Second Interim Application, and that the notice of the hearing on the Second Interim Application complied with this Court's Amended Order Appointing Receiver, entered on September 11, 2008 ("Receivership Order") and was otherwise sufficient in light of the interim award being sought, and no objections having been received,

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED THAT** the Second Interim Application is granted.

**IT IS FURTHER ORDERED** that the fees requested by the Receiver for the time period covered by the Second Interim Application (September 1, 2008 through September 30, 2008) ("Second Application Period") are allowed on an interim basis in the amount of $ 51,562.50.

**IT IS FURTHER ORDERED** that the fees requested by D&L for the Second Application Period are allowed on an interim basis in the amount of $ 1,510,024.

**IT IS FURTHER ORDERRED** that the expense reimbursement sought by D&L for the Second Application Period is allowed on an interim basis in the amount of $ $161,990.42.

**IT IS FURTHER ORDERED,** that the Defendant Wextrust Entities, as the term is defined in the Receivership Order, are hereby authorized and directed on an interim basis to pay to the Receiver and D&L the amounts awarded herein from available funds.

**SO ORDERED**

Dated: 3/3, 2009
New York, New York

Honorable Denny Chin
United States District Court