UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE          :
COMMISSION,
                                 :
                Plaintiff,
                                 :
        - against -                              USDC SDNY
                                 :               DOCUMENT
STEVEN BYERS et al.,                             ELECTRONICALLY FILED
                                 :               DOC #: _____
                Defendants,                      DATE FILED: 4-29-09
                                 :
        - and -
                                 :
ELKA SHERESHEVSKY,
                                 :
                Relief Defendant.
                                 :

- - - - - - - - - - - - - - - - -x

**ORDER**

08 Civ. 7104 (DC)

**CHIN, District Judge**

   The Court will hold a hearing on May 21, 2009 at 10:00 a.m. regarding the Receiver's proposed distribution plan.  Anyone who wishes to be heard may speak at this hearing.  The Receiver shall post this Order on his website.

   SO ORDERED.

Dated:  New York, New York
     April 29, 2009

           DENNY CHIN
           United States District Judge