THOMAS, ALEXANDER & FORRESTER LLP
14 27TH Avenue,
Venice, California 90291
Telephone: (310) 961-2536
Facsimile: (310) 526-6852
Emily Alexander

Attorneys for Interested Non-Party Martin Malek

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**


FILED U.S. DC
AUG 20 2009
S.D. OF N.Y.

| SECURITIES AND EXCHANGE COMMISSION | |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | Civ. No. 08-07104 (DC) |
| STEVEN BYERS, *et al.*, | ECF CASE |
| Defendants. | |

Please take notice that Claimant and Interested Non-Party hereby files this Notice of Appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion so ordered and entered on the docket on July 23, 2009 (docket number 428), attached hereto as Exhibit A.

Dated July 19, 2008
Venice, California

Respectfully submitted,

By:_____
Emily Alexander
EA-4936
emilyalexander@tafattorneys.com
Thomas, Alexander & Forrester LLP
14 27th Avenue
Venice, CA 90291
Telephone: (310) 961-2536
Facsimile: (310) 526-6852