UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION

  Plaintiff,

 -against-

STEVEN BYERS, JOSEPH SHERESHEVSKY, WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC, and AXELA HOSPITALITY, LLC,

  Defendants,

 -and-

ELKA SHERESHEVSKY

  Relief Defendant.

Civ. No.: 08-CV-07104 (DC)
ECF CASE

FILED U.S. DC
AUG 21 2009
S.D. OF N.Y.

## NOTICE OF APPEAL

Notice is hereby given that Space Park AIM Partnership and Space Park ISSB Partnership hereby appeal to the United States Court of Appeals for the Second Circuit from the Order, entered July 23, 2009, approving the Receiver's Plan of Distribution (Docket No. 428).

Respectfully submitted,

*MAZZEO SONG & BRADHAM LLP*

By: _____
Peter B. Katzman (PK-8030)
John M. Bradham (JB-2342)
David H. Hartheimer (DH-3583)

708 Third Avenue, 19th Floor
New York, NY 10017
Tel. No.: (212) 599-0700

Of Counsel
Robert A. Guy, Jr.
Waller Lansden Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Post Office Box 198966
Nashville, Tennessee 37219-8966
Tel No.: (615) 244-6380

*Counsel for Space Park AIM Partnership and Space Park ISSB Partnership*