COURTESY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>STEVEN BYERS, JOSEPH SHERESHEVSKY, WESTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC, AND AXELA HOSPITALITY, LLC,<br><br>　　　　　　　　　　Defendants,<br><br>　-and-<br><br>ELKA SHERESHEVSKY,<br><br>　　　　　　　　　　Relief Defendant | No. 08 Civ. 7104 (DC)<br><br>ECF Case |

## [PROPOSED] ORDER GRANTING FOURTH INTERIM APPLICATION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD JANUARY 1, 2009 THROUGH MARCH 31, 2009

**THIS MATTER** coming before the Court on the Fourth Interim Application of Deloitte Financial Advisory Services LLP for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period January 1, 2009 through March 31, 2009 ("Fourth Interim Application"), the Court having considered the Fourth Interim Application and the exhibits and other documents filed by Deloitte Financial Advisory Services LLP ("Deloitte"), and finding that the Fourth Interim Application generally complies with the standards for awarding fees and expenses enunciated in applicable law, that good and sufficient cause has been shown for granting the interim relief requested in the Fourth Interim Application, and that the notice of the Fourth Interim Application

complied with this Court's Amended Order Appointing Receiver, entered on September 11, 2008 ("Receivership Order"), and was otherwise sufficient in light of the interim award being sought.

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that the Fourth Interim Application is granted.

**IT IS FURTHER ORDERED** that the fees requested by Deloitte for the time period covered by the Fourth Interim Application (January 1, 2009 through March 31, 2008) ("Fourth Application Period") are allowed on an interim basis in the amount of $ 825,000.—

**IT IS FURTHER ORDERRED** that the expense reimbursement sought by Deloitte for the Fourth Application Period is allowed on an interim basis in the amount of $ 40,013.15.—

**IT IS FURTHER ORDERED,** that the Defendant Wextrust Entities, as the term is defined in the Receivership Order, are hereby authorized and directed on an interim basis to pay to Deloitte the amounts awarded herein from available funds.

**SO ORDERED**

Dated: 9/19, 2009
New York, New York

Honorable Denny Chin
United States District Court

2