# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Plaintiff,
Commission

- against -

Byers, et al.     Defendant.

8 cv 07104 (DC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Timothy J. Coleman    a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Jonathan W. Ware |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | 1101 New York Avenue, NW |
| City/State/Zip: | Washington, D.C. 20005-4213 |
| Phone Number: | (202) 346-7743 |
| Fax Number: | (202) 299-1413 |

Jonathan W. Ware      is a member in good standing of the Bar of the States of

Virginia, District of Columbia

There are no pending disciplinary proceeding against Jonathan W. Ware
in any State or Federal court.

Dated: 9/17/2009
City, State: Washington, D.C.

Respectfully submitted,

_[signature]_

Sponsor's
SDNY Bar   TC3138
Firm Name:   Dewey & LeBoeuf LLP
Address:   1101 New York Avenue, NW
City/State/Zip: Washington, D.C. 20005-4213
Phone Number: (202) 346-8000
Fax Number:   (202) 346-8102

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION   08-CV-07104 (DC)

**Plaintiff,**

-against-    AFFIDAVIT OF TIMOTHY J.
COLEMAN IN SUPPORT OF
MOTION TO ADMIT
COUNSEL PRO HAC VICE

BYERS, ET AL.

**Defendants.**

-----------------------------------------------------------X

DISTRICT OF COLUMBIA  )
             SS.:
             )

TIMOTHY J. COLEMAN, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Dewey & LeBoeuf LLP, and the Receiver in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion to admit Jonathan W. Ware as counsel *pro hac vice* to represent the Receiver in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on February 4, 1991. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court. I was admitted on December 29, 1992.

3. I have been Mr. Ware's colleague since September 2008.

4. Jonathan W. Ware is an associate at Dewey & LeBoeuf LLP, and works at 1101 New York Avenue, Washington, D.C. 20005-4213.

-1-

5. I have found Jonathan W. Ware to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

6. Accordingly, I am pleased to move the admission of Jonathan W. Ware, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Jonathan W. Ware, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREAS, it is respectfully requested that the motion to admit Jonathan W. Ware, *pro hac vice*, to represent Timothy J. Coleman, Receiver, in the above-captioned matter, be granted.

_____
TIMOTHY J. COLEMAN

Sworn to before me this
17th day of September, 2009.

_____
Notary Public

Hilary F. Durante
Notary Public, District of Columbia
My Commission Expires March 14, 2011



# District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JONATHAN W. WARE

was on the 10TH day of AUGUST, 2009 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 16, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JONATHAN WESLEY WARE IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. WARE** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2008,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued September 17, 2009

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission

Plaintiff,

8 cv 07104 (DC)

- against -

Byers, et al.

Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Timothy J. Coleman attorney for Timothy J. Coleman, Receiver

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jonathan W. Ware |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | 1101 New York Avenue, N.W. |
| City/State/Zip: | Washington, DC 20005 |
| Telephone/Fax: | (202) 346-7743 |
| Email Address: | jware@dl.com |

is admitted to practice pro hac vice as counsel for Timothy J. Coleman, Receiver in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, NY

United States District/Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned, an attorney, states that I am one of the attorneys for Timothy J. Coleman, Receiver, in this matter and do hereby certify that on **September 18, 2009** I directed the service of a true and correct copy of the foregoing **Motion to Admit Counsel Pro Hac Vice** upon the following individuals in the manner indicated below:

**Via First Class Mail**
Joseph Shereshevsky, Registry No. 35857-054
c/o GEO Group
Queens Private Correctional Facility
182-22 150th Avenue
Jamaica, NY 11413
Pro Se Defendant

**Via ECF Notification & Electronic Mail**
Alexander M. Vasilescu, Esq.
Andrew M. Calamari, Esq.
Steven G. Rawlings, Esq.
Alistaire Bambach, Esq.
Neal R. Jacobson, Esq.
Philip Moustakis, Esq.
Danielle Sallah, Esq.
Attorneys for Plaintiff SEC

**Via ECF Notification & Electronic Mail**
Barry S. Pollack, Esq.
Joshua L. Solomon, Esq.
Attorneys for non-party G&H Partners AG

**Via ECF Notification & Electronic Mail**
Barry S. Zone, Esq.
Jason Canales, Esq.
Attorneys for Defendant Steven Byers

**Via ECF Notification & Electronic Mail**
Michael Fred Bachner, Esq.
Attorney for Relief Defendant Elka Shereshevsky

**Via ECF Notification & Electronic Mail**
Martin Siegel, Esq.
Attorney for non-party Int'l Consortium of Wextrust Creditors

**Via ECF Notification & Electronic Mail**
Paul A. Levine, Esq.
Attorney for non-party Key Equipment Finance, Inc.

**Via ECF Notification & Electronic Mail**
David B. Gordon, Esq.
Beth L. Kaufman, Esq.
Attorneys for non-party Lawrence Costa

**Via ECF Notification & Electronic Mail**
Harris Kay, Esq.
Marc X. LoPresti, Esq.
Attorneys for various non-party investors

**Via ECF Notification & Electronic Mail**
Ethan Holtz, Esq.
Edward P. Gilbert, Esq.
Attorneys for non-party RAIT Partnership

**Via ECF Notification & Electronic Mail**
Francesca Morris, Esq.
Attorney for non-parties Ticor Title Insurance Co. and Heritage Community Bank

**Via ECF Notification & Electronic Mail**
John M. Bradham, Esq.
Peter B. Katzman, Esq.
Attorneys for non-parties Space Park AIM and ISSB Partnerships

**Via ECF Notification & Electronic Mail**
Philip A. Byler, Esq.
Andrew T. Miltenberg, Esq.
Ira S. Nesenoff, Esq.
Attorneys for non-party Broadway Bank

**Via ECF Notification & Electronic Mail**
Shalom Jacob, Esq.
Shmuel Vasser, Esq.
Attorneys for non-party Int'l Ad-Hoc
Committee of Wextrust Creditors

**Via ECF Notification & Electronic Mail**
Louis Orbach, Esq.
Charles J. Sullivan, Esq.
Amy Marie Culver, Esq.
Attorneys for non-party TCF National Bank

**Via ECF Notification & Electronic Mail**
Elizabeth P. Gray, Esq.
Attorney for non-party Gerald Jaffe

**Via ECF Notification & Electronic Mail**
Alan E. Marder, Esq.
Attorney for non-parties Nashville Warehouse
Partners and Southeast Warehouse Partners

**Via ECF Notification & Electronic Mail**
Edward F. Malone, Esq.
George R. Mesires, Esq.
Attorneys for non-parties Barrington and
Hinsdale Banks

**Via ECF Notification & Electronic Mail**
Susan F. Balaschak, Esq.
Keith N. Costa, Esq.
Randal S. Mashburn, Esq.
John H. Rowland, Esq.
Attorneys for non-party Regions Bank

**Via ECF Notification & Electronic Mail**
Emily Alexander, Esq.
Attorney for non-party Martin Malek

_____ s/ Mark S. Radke _____