SDNY, New York
08-CV-7104
Hon. D. Chin.

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: OCT 2 6 2009

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Securities and Exchange Commission v.
Byers

Docket No. 09-3593-CV

## STIPULATION TO DISMISS APPEAL NO. 09-3593-CV ONLY

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The undersigned further stipulate that a signature on this document by facsimile shall be sufficient as an original.

Dated: 9/29/09

UNITED STATES COURT OF APPEALS
FILED
OCT 23 2009
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

Attorney for Appellant
John M. Bradham
Mazzeo Song & Bradham LLP
708 Third Avenue, 19th Floor
New York, NY 10017

Dated: 10/13/09

Attorney for Appellee
Mark Radke
Dewey & LeBoeuf LLP
1101 New York Avenue, N.W.
Washington, D.C. 20005-4213

SO-ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Lisa J. Greenberg, Staff Counsel

Counsel: Please print name and firm under signatures.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

Certified: OCT 2 3 2009