## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **No. 08 Civ. 7104 (DC)** |
| ) | |
| **STEVEN BYERS, JOSEPH SHERESHEVSKY,** ) | **NOTICE OF APPEARANCE** |
| **WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY,** ) | |
| **PARTNERS, LLC, WEXTRUST DEVELOPMENT,** ) | |
| **GROUP, LLC, WEXTRUST SECURITIES, LLC, and** ) | |
| **AXELA HOSPITALITY, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

      **PLEASE TAKE NOTICE THAT** Stephen W. Ragland, Esq. and Clarence A. Wilbon, Esq. of Bass, Berry & Sims PLC in Memphis, Tennessee and Jeffrey L. Schwartz, Esq. of Hahn & Hessen, LLP, hereby enter an appearance in the above-entitled action as counsel for creditor and party in interest, First Tennessee Bank National Association.  Mr. Ragland and Mr. Wilbon are submitting *pro hac vice* motions to be admitted to practice in the United States District Court for the Southern District of New York, concurrently.

                        Respectfully submitted,

                      By: /s/ Jeffrey L. Schwartz
                          Jeffrey L. Schwartz (NY Bar No. 1562826)
                          John P. Amato (NY Bar No. 2090819)
                          HAHN & HESSEN, LLP
                          488 Madison Avenue
                          New York, New York 10022
                          (212) 478-7200 / (212) 478-7400 facsimile

                          -and-

                          Stephen W. Ragland (TN BPR #13389)
                          Clarence A. Wilbon (TN BPR # 23378)
                          BASS, BERRY & SIMS PLC
                          100 Peabody Place, Suite 900
                          Memphis, Tennessee  38103
                          (901) 543-5900 / (901) 543-5999 facsimile
                          sragland@bassberry.com

                          ***Attorneys for First Tennessee Bank***
                          ***National Association***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of November, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Jeffrey L. Schwartz