**MANDATE**

UNITED STATES COURT OF APPEAL
FOR THE SECOND CIRCUIT

*FILED NOV 17 2009 — Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT*

Securities and Exchange Commission v.
Byers, et al.

Docket No. 09-3596-cv **ONLY**

## STIPULATION TO DISMISS APPEAL NO. 09-3596 ONLY

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The undersigned further stipulate that a signature on this document by facsimile shall be sufficient as an original.

Dated: 11/13/09

BOND, SCHOENECK & KING, PLLC

Louis Orbach, Esq.
Attorney for Appellant, TCF National Bank

One Lincoln Center
Syracuse, New York 13202

Dated: 13 November 2009

DEWEY & LeBOEUF, LLP

Mark Radke, Esq.
Attorney for Appellee

1101 New York Avenue, NW
Washington, DC 20005

SO-ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By Stanley A. Bass, Staff Counsel

NOV 17 2009

Counsel: Please print name and firm under signatures.

*A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
By _____ DEPUTY CLERK*

1636198.1 11/13/2009

Certified: NOV 17 2009

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: NOV 19 2009