USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 ; 2009

SDNY, NYNY
08-cv-7104
HON. D. CHIN.

## UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

FILED
DEC 1 0 2009
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

Securities and Exchange Commission v.
Byers

Docket No. 09-3633-CV

### STIPULATION TO DISMISS APPEAL NO. 09-3633 ONLY

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The undersigned further stipulate that a signature on this document by facsimile shall be sufficient as an original.

Dated: 11/13/09

Attorney for Appellant
Keith N. Costa (KC-1213)
Akerman Senterfitt
335 Madison Avenue, Suite 2600
New York, New York 10017-4636

Dated: 13 November 2009

Attorney for Appellee
Mark Radke
Dewey & LeBoeuf, LLP
1101 New York Avenue, N.W.
Washington, D.C. 20005-4213

SO ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Stanley A. Bass, Staff Counsel

DEC 1 0 2009

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by
DEPUTY CLERK

Certified: DEC 1 0 2009