

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION, :    08 Civ. 7104 (DC)

        Plaintiff,

    - against -    **NOTICE OF APPEAL**

STEVEN BYERS, et al.,

        Defendants,

    - and -

ELKA SHERESHEVSKY

        Relief Defendant

---

    Notice is hereby given that claimant and interested non-party Broadway Bank (Broadway) hereby appeals to the United States Court of Appeals for the Second Circuit from: (a) the Opinion that was "SO ORDERED" and entered on the docket on December 3, 2009 [Docket Entry # 579], attached hereto as Exhibit A, which constitutes the district court's final resolution of the claims dispute between Broadway and the Receiver; (b) the Order entered on August 19, 2009 [Docket Entry # 441], attached hereto as Exhibit B, which denied Broadway's motion to intervene in this action; and (c) the Opinion that was "SO ORDERED" and entered on the docket on July 23, 2009 [Docket Entry # 428], attached hereto as Exhibit C, which approved the Receiver's proposed plan of distribution.

        Respectfully submitted,

        James B. Daniels (JD 8267)
        jdaniels@buddlarner.com
        Donald P. Jacobs (DJ 2827)
        djacobs@buddlarner.com
        BUDD LARNER, P.C.

150 John F. Kennedy Parkway
Short Hills, NJ 07078
Telephone: (973) 315-4424
Fax: (973) 379-7734

Attorneys for Claimant and Interested
Non-Party Broadway Bank

Dated: December 29, 2009
      Short Hills, New Jersey

804898