UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEC Securities + Exchange Commission

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

SECURITIES AND EXCHANGE COMMISSION, 1:08-cv-07-104-DC
Plaintiff,
- against -
STEVEN BYERS, JOSEPH SHERESHEVSKY, WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC, and AXELA HOSPITALITY, LLC.

___ Civ. 08CV07104 (___)

- against -

Vivian Orgel    Pro Se
628 Redgate Ave
Norfolk, VA 23507

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

NOTICE OF APPEAL IN A CIVIL CASE

[Stamp: U.S. DISTRICT COURT FILED DEC 15 2009 S.D. OF N.Y.]

PRO SE OFFICE

Notice is hereby given that ___Vivian Orgel, investor #6011___
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment /Decision/Order for the September 24, 2009 appearance in front of Judge Denny Chinn, requesting to exclude my $200,000.00 in the Pro Rata Distribution. Judge Denny Chin was in error in ordering that my $200,000.00 deposit into the ATM II account be included in the Pro Ra distribution plan. Said deposit was not commingled with tainted money, and therefore, as per Judge Chin's reasoning in his opinion/order filed 7/23/09 and the cases he cited therein, my money should be excluded from the Pro Rata distribution plan and returned to me in full. The Judges previous decision included what his criteria was for representing further evidence. He did not allow this claim to be heard. I was denied in entered in this action on the __12/3/09__ day of __December 3__, 20__09__. 8 minutes. The
*(date)*                                        *(month)*              *(year)*
Transcript says part of the information the Judge did not allow to answer her own criteria

___Vivian Orgel___
Signature

628 Redgate Ave
Address

Norfolk, VA 23507
City, State & Zip Code

DATED: ___Oct 11___, 20__09__

(757) 630-2540
Telephone Number

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007