


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

–against–

STEVEN BYERS, JOSEPH SHERESHEVSKY,
WEXTRUST CAPITAL, LLC, WEXTRUST
EQUITY PARTNERS, LLC, WEXTRUST
DEVELOPMENT GROUP, LLC, WEXTRUST
SECURITIES, LLC, and AXELA
HOSPITALITY,
LLC,

                      Defendants,

- and -

ELKA SHERESHEVSKY,

                      Relief
Defendant.

No. 08 Civ. 7104 (DC)

ECF Case

---

### [PROPOSED] ORDER GRANTING THE THIRD INTERIM APPLICATION OF VARIOUS AFRICAN ADVOCATES, COUNSEL, AND CONSULTANTS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED THROUGH AUGUST 31, 2009

THIS MATTER, coming before the Court on the Third Interim Application of Various African Advocates, Counsel, and Consultants for Allowance of Compensation and Reimbursement of Expenses incurred through August 31, 2009 (Third African Fee Application"), the Court having considered the Third African Fee Application and the exhibits and other documents filed by Dewey & LeBoeuf LLP, the Receiver's counsel, and finding that the Third African Fee Application complies with the standards for awarding fees and expenses enunciated in applicable law, that good and sufficient cause has been shown from granting the

interim relief requested in the Third African Fee Application, and that the notice of the Third African Fee Application with this Court's Amended Order Appointing Receiver, entered September 11, 2008 ("Receivership Order"), and was otherwise sufficient in light of the interim award being sought, and no objection having been received, (DC)

**NOW THEREFORE,**

**IT IS HEREBY ORDERED THAT** the Third African Fee Application is granted; and

**IT IS FURTHER ORDERED THAT** the fees requested by Dewey & LeBoeuf LLP, on behalf of the African Applicants, as defined in the Third African Fee Application through August 31, 2009, are allowed on an interim basis in the amount of R **35,424.77** in South African currency (approximately $ **4,474.11**); and

**IT IS FURTHER ORDERED THAT** the expense reimbursement sought by Dewey & LeBoeuf for the African Applicants is allowed on an interim basis in the amount of R **123.64** in South African currency (approximately $ **15.97**); and

**IT IS FURTHER ORDERED THAT** the Defendant Wextrust Entities, as the term is defined in the Receivership Order, are hereby authorized and directed on an interim basis to pay to the African Applicants and Dewey & LeBoeuf that amounts awarded herein from available funds.

**SO ORDERED**

Dated: **1/14/10** ~~, 2009~~
New York, New York

Honorable Denny Chin
United States District Court Judge