UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>STEVEN BYERS, JOSEPH SHERESHEVSKY, WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, WEXTRUST SECURITIES, LLC, and AXELA HOSPITALITY, LLC,<br><br>　　　　　　　　　　Defendants. | 08-cv-7104 (DC)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |
| TIMOTHY J. COLEMAN, RECEIVER for WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC and AXELA HOSPITALITY, LLC; and MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.,<br><br>　　　　　　　　　Third Party Plaintiffs,<br><br>　　-against-<br><br>WESTPORT INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　　　Third Party Defendants. | |

　　　　To the Clerk of this Court and all parties of record:

　　　　Please enter my appearance as counsel in this case for Third Party Defendant Liberty Mutual Insurance Company.  I kindly request receipt of electronic ECF notifications in this matter.

　　　　I certify that I am admitted to practice in this Court.

Dated: July 28, 2011
      New York, New York

                                       /s/
                              Leor J. Kaplan (LK 6101)
                              WHITE AND WILLIAMS LLP
                              One Penn Plaza
                              250 West 34th Street, Suite 4110
                              New York, New York 10019
                              Phone: (212) 714-3066
                              Fax:    (212) 631-1247
                              kaplanl@whiteandwiliams.com

                              *Attorneys for Third Party Defendant,*
                              *Liberty Mutual Insurance Company*