UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   -against-<br><br>STEVEN BYERS, JOSEPH SHERESHEVSKY, WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, WEXTRUST SECURITIES, LLC, and AXELA HOSPITALITY, LLC,<br><br>        Defendants. | **08-cv-7104 (DC)**<br><br>**ECF Case**<br><br>**NOTICE OF APPEARANCE** |
| TIMOTHY J. COLEMAN, RECEIVER for WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC and AXELA HOSPITALITY, LLC; and MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.,<br><br>        Third Party Plaintiffs,<br><br>   -against-<br><br>WESTPORT INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>        Third Party Defendants. | |

  To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for Third Party Defendant Liberty Mutual Insurance Company.  I kindly request receipt of electronic ECF notifications in this matter.

  I certify that I am admitted to practice in this Court.

Dated: July 28, 2011
      New York, New York

/s
Scott H. Casher (SC 7903)
WHITE AND WILLIAMS LLP
One Penn Plaza
250 West 34th Street, Suite 4110
New York, New York 10019
Phone: (212) 244-9500
Fax:    (212) 244-6200
cashers@whiteandwilliams.com

*Attorneys for Third Party Defendant,*
*Liberty Mutual Insurance Company*