UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION       :
                                          :
                    **Plaintiff,**     :
                                          : 08 Civ. 07104 (DC)
                - against -      : ECF CASE
                                          :
**STEVEN BYERS, et al.,**                 :
                                          :
                **Defendants.**   :
-------------------------------------------------------------------------x

## DECLARATION OF SERVICE

NEAL JACOBSON declares under penalty of perjury as follows:

I am a lawyer employed by the New York Regional Office of the Securities and Exchange Commission. On July 29, 2011, I caused a true and correct copy of Plaintiff Securities and Exchange Commission's Statement in Support of Receiver's Motion for an Order in Aid of this Court's Jurisdiction to be served via email on the attached email service list.

Dated: New York, New York
       August 1, 2011

                                          /s/Neal Jacobson
                                          Neal Jacobson

**EMAIL SERVICE LIST**

Vasilescu, Alexander M.; Calamari, Andrew M.; Rawlings, Steven; Bambach, Alistaire; Jacobson, Neal; Moustakis, Philip; Sallah, Danielle; 'bpollack@sandw.com'; 'jsolomon@sandw.com'; 'bzone@gskny.com'; 'jcanales@gskny.com'; 'mb@bhlawfirm.com'; 'pbyler@nmllplaw.com'; 'amiltenberg@nmllplaw.com'; 'inesenoff@nmllplaw.com'; 'jdaniels@budd-larner.com'; 'sjacob@lockelord.com'; 'shmuel.vasser@dechert.com'; 'msiegel@brownrudnick.com'; 'plevine@lemerygreisler.com'; 'bkaufman@schoeman.com'; 'hkay@henderson-lyman.com'; 'mxl@tlcorplaw.com'; 'eholtz@morrisoncohen.com'; 'egilbert@morrisoncohen.com'; 'francesca.morris@hklaw.com'; 'jbradham@mazzeosong.com'; 'pkatzman@mazzeosong.com'; 'amarder@msek.com'; 'edward.malone@bfkn.com'; 'grmesires@uhlaw.com'; 'lorbach@bsk.com'; 'csullivan@bsk.com'; 'culvera@bsk.com'; 'egray@willkie.com'; 'susan.balaschak@akerman.com'; 'keith.costa@akerman.com'; 'rmashburn@bakerdonelson.com'; 'jrowland@bakerdonelson.com'; 'cbernstein@sambernlaw.com'; 'CFoti@maglaw.com'; 'jhwlegal@gmail.com'; 'emilyalexander@tafattorneys.com'; 'smccleary@meyner.com'; 'dgrantz@meyner.com'; 'jschwartz@hahnhessen.com'; 'jamato@hahnhessen.com'; 'sragland@bassberry.com'; 'cwilbon@bassberry.com'; 'john.doherty@alston.com'; 'gbrady@wbgllp.com'; 'adowns@wbgllp.com'; 'alexander.lorenzo@alston.com'; 'MarkForrester@tafattorneys.com'; 'klibrera@dl.com'; 'cashers@whiteandwilliams.com'; 'kaplanl@whiteandwiliams.com'; 'CMorrissey@KARBALLAW.com'; 'Rpaar@kasowitz.com'; 'chigginson@jenner.com'; 'Jwinsbro@kasowitz.com'; 'sascher@jenner.com'; 'tbruno@kasowitz.com'; 'john.warren@freshfields.com'; 'radke.mark@arentfox.com'; 'tim.coleman@freshfields.com'; 'jonathan.ware@freshfields.com'; 'CMorrissey@karballaw.com'; 'rconlon@wwmlawyers.com'; 'cwadley@wwmlawyers.com'Dated: New York, New York