UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES & EXCHANGE COMMISSION

                           Plaintiff,

                                         08 cv 07104 (DC)

-against-

                                              MOTION FOR ADMISSION
                                              PRO HAC VICE

BYERS, et al.

                           Defendant.

---

        Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I ___Mohsin N. Khambati___, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for ___Timothy J. Coleman, Receiver___ in the above-captioned action.

        I am in good standing of the bar(s) of the state(s) of

___Illinois___ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 1, 2011                                Respectfully Submitted,

                                                                          _/s/ Mohsin Khambati_

                                                  Applicant Signature

                                                  Applicant's Name: ___Mohsin N. Khambati___

                                                  Firm Name: ___Dewey & LeBoeuf LLP___

                                                  Address: ___180 N. Stetson Ave., Two Prudential Plaza___

                                                  City / State / Zip: ___Chicago, Illinois 60601___

                                                  Telephone/Fax: _(312) 794-8000 / F: (312) 794-8100_

                                                  E-Mail: mkhambati@dl.com

CH36330.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES & EXCHANGE COMMISSION

          Plaintiff,      08 cv 07104 (DC)

-against-               **ORDER FOR ADMISSION
                       PRO HAC VICE**

BYERS, et al.

          Defendant.

---

The motion of _____ Mohsin N. Khambati _____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _____ Illinois _____ and that his/her contact information is as follows (please print):

  Applicant's Name: _____ Mohsin N. Khambati _____

  Firm Name: _____ Dewey & LeBoeuf LLP _____

  Address: 180 N. Stetson Avenue, Two Prudential Plaza

  City / State / Zip: _____ Chicago, Illinois 60601 _____

  Telephone / Fax: _____ T: (312) 794-8000 / F: (312) 794-8100 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _____ Timothy J. Coleman, Receiver _____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated:                   _____
                       United States District / Magistrate Judge

CH36332.1

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Mohsin Nasir Khambati

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2000 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, July 29, 2011.

*Carolyn Taft Grosboll*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>-against-<br><br>STEVEN BYERS, JOSEPH SHERESHEVSKY, WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC, and AXELA HOSPITALITY, LLC,<br><br>Defendants,<br><br>-and-<br><br>ELKA SHERESHEVSKY,<br><br>Relief Defendant. | 08 Civ. 7104 (DC)<br><br>ECF Case |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                                    SS.:
COUNTY OF NEW YORK  )

EVAN LANE, being duly sworn, deposes and says: I am over 18 years of age, not a party to this action and am employed by the law firm of Dewey & LeBoeuf LLP.

On the 1st day of August, 2011, I caused true and correct copies of the following documents:

1) MOTION FOR ADMISSION PRO HAC VICE FOR MOHSIN N. KHAMBATI

2) ORDER FOR ADMISSION PRO HAC VICE

to be served to the individuals listed below in the manner so described:

**Via Electronic Mail**
Timothy J. Coleman, Esq.
John Warren, Esq.
Jonathan W. Ware, Esq.
Freshfields Bruckhaus Deringer US LLP
Receiver and Counsel

**Via First Class Mail**
Joseph Shereshevsky, Registry No. 35857-054
c/o GEO Group
Queens Private Correctional Facility
182-22 150th Avenue
Jamaica, NY 11413
*Pro Se* Defendant

**Via Electronic Mail**
Alexander M. Vasilescu, Esq.
Andrew M. Calamari, Esq.
Steven G. Rawlings, Esq.
Alistaire Bambach, Esq.
Neal R. Jacobson, Esq.
Philip Moustakis, Esq.
Danielle Sallah, Esq.
Attorneys for Plaintiff SEC

**Via Electronic Mail**
Barry S. Pollack, Esq.
Joshua L. Solomon, Esq.
Attorneys for non-party G&H Partners AG

**Via Electronic Mail**
Barry S. Zone, Esq.
Jason Canales, Esq.
Attorneys for Defendant Steven Byers

**Via Electronic Mail**
Martin Siegel, Esq.
Attorney for non-party Int'l Consortium of Wextrust Creditors

**Via Electronic Mail**
Paul A. Levine, Esq.
Attorney for non-party Key Equipment Finance, Inc.

**Via Electronic Mail**
Beth L. Kaufman, Esq.
Attorney for non-party Lawrence Costa

**Via Electronic Mail**
Harris Kay, Esq.
Marc X. LoPresti, Esq.
Attorneys for various non-party investors

**Via Electronic Mail**
Ethan Holtz, Esq.
Edward P. Gilbert, Esq.
Attorneys for non-party RAIT Partnership

**Via Electronic Mail**
Francesca Morris, Esq.
Attorney for non-parties Ticor Title Insurance Co. and Heritage Community Bank

**Via Electronic Mail**
John M. Bradham, Esq.
Peter B. Katzman, Esq.
Attorneys for non-parties Space Park AIM and ISSB Partnerships

2

**Via Electronic Mail**
Michael Fred Bachner, Esq.
Attorney for Relief Defendant Elka
Shereshevsky

**Via Electronic Mail**
Philip A. Byler, Esq.
Andrew T. Miltenberg, Esq.
Ira S. Nesenoff, Esq.
James B. Daniels, Esq.
Attorneys for non-party Broadway Bank

**Via Electronic Mail**
Shalom Jacob, Esq.
Shmuel Vasser, Esq.
Attorneys for non-party Int'l Ad-Hoc
Committee of Wextrust Creditors

**Via Electronic Mail**
Louis Orbach, Esq.
Charles J. Sullivan, Esq.
Amy Marie Culver, Esq.
Attorneys for non-party TCF National Bank

**Via Electronic Mail**
Elizabeth P. Gray, Esq.
Attorney for non-party Gerald Jaffe

**Via Electronic Mail**
John P. Doherty, Esq.
Attorney for non-party Wells Fargo Bank N.A.

**Via Electronic Mail**
Alan E. Marder, Esq.
Attorney for non-parties Nashville Warehouse
Partners and Southeast Warehouse Partners

**Via Electronic Mail**
Edward F. Malone, Esq.
George R. Mesires, Esq.
Attorneys for non-parties Barrington and
Hinsdale Banks

**Via Electronic Mail**
Susan F. Balaschak, Esq.
Keith N. Costa, Esq.
Randal S. Mashburn, Esq.
John H. Rowland, Esq.
Attorneys for non-party Regions Bank

**Via Electronic Mail**
Emily S. Alexander, Esq.
Attorney for non-party Martin Malek

**Via Electronic Mail**
David B. Grantz, Esq.
Scott T. McCleary, Esq.
Attorneys for non-party Bank of America

**Via Electronic Mail**
Adam W. Downs, Esq.
Gerard P. Brady, Esq.
Attorneys for non-party Erin Construction &
Development Co., Inc.

3

**Via Electronic Mail**
Jeffrey L. Schwartz, Esq.
John P. Amato, Esq.
Stephen W. Ragland, Esq.
Clarence A. Wilbon, Esq.
Attorneys for non-party First Tennessee Bank
National Association

**Via Electronic Mail**
Alexander S. Lorenzo, Esq.
Attorney for non-party LNR Partners, Inc.

_/s/ Evan Lane_
EVAN LANE

Sworn to before me this
1st day of August, 2011

_/s/ Christina Belanger_
NOTARY PUBLIC

CHRISTINA I. BELANGER
NOTARY PUBLIC, State of New York
No. 01BE-4845827
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Sept. 30, 2013

4