UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-

STEVEN BYERS, JOSEPH SHERESHEVSKY, WESTRUST CAPITAL, LLC WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, WEXTRUST SECURITIES, LLC, and AXELA HOSPITALITY, LLC,

        Defendants.

TIMOTHY J. COLEMAN, RECEIVER for WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC and AXELA HOSPITALITY, LLC; and MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.,

        Third-Party Plaintiffs,

-against-

WESTPORT INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY,

        Third-Party Defendants.

No. 08 Civ. 7104 (DC)

**MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Paula E. Litt, hereby move the Court for an Order for admission to practice Pro Hac Vice as counsel for Much Shelist in the above-captioned action.

    I am in good standing of the bar of the State of Illinois (ARDC number 6187696) and the U. S. District Court for the Northern District of Illinois. (*See*

210467_1.DOC

Certificate of Good Standing, attached hereto as Exhibit A.) I am also a member in good standing of the bars for the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Eighth Circuit, the U.S. District Court of Appeals for the Ninth Circuit, and the U.S. Court of Appeals for the Tenth Circuit. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 1, 2011                                          Respectfully Submitted,

                                                               *Paula E. Litt*
                                                               Paula E. Litt

Paula E. Litt
Schopf & Weiss LLP
One S. Wacker Drive
Chicago, IL 60606
Telephone (312) 701-9300
Fax: (312) 701-9335
E-Mail: litt@sw.com

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Paula Enid Litt

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 16, 1984 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, July 28, 2011.

*Carolyn Taft Grosboll*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>      -against-<br><br>STEVEN BYERS, JOSEPH SHERESHEVSKY, WESTRUST CAPITAL, LLC WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, WEXTRUST SECURITIES, LLC, and AXELA HOSPITALITY, LLC,<br><br>                Defendants.<br><br>TIMOTHY J. COLEMAN, RECEIVER for WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC and AXELA HOSPITALITY, LLC; and MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.,<br><br>              Third-Party Plaintiffs,<br><br>      -against-<br><br>WESTPORT INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>              Third-Party Defendants. | No. 08 Civ. 7104 (DC)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

       The motion of Paula E. Litt, for admission to practice Pro Hac Vice in the above captioned action is granted.

       Applicant has declared that she is a member in good standing of the bar of the state of Illinois and of the U.S. District Court for the Northern District of Illinois; and that her contact information is as follows:

210480_1.DOC

>Paula E. Litt
>Schopf & Weiss LLP
>One S. Wacker Drive
>Chicago, IL 60606
>Telephone (312) 701-9300
>Fax: (312) 701-9335
>E-Mail: litt@sw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Much Shelist in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an EFC PASSWORD.

Dated:

_____

United States District / Magistrate Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> -against-<br><br>STEVEN BYERS, JOSEPH SHERESHEVSKY, WESTRUST CAPITAL, LLC WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, WEXTRUST SECURITIES, LLC, and AXELA HOSPITALITY, LLC,<br><br>      Defendants. | Case No. 08 Civ. 7104 (DC) |
| TIMOTHY J. COLEMAN, RECEIVER for WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC and AXELA HOSPITALITY, LLC; and MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.,<br><br>      Third-Party Plaintiffs,<br><br> -against-<br><br>WESTPORT INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>      Third-Party Defendants. | **Certificate of Service** |

  I, Carletta F. Higginson, hereby certify that on August 2, 2011, I caused a true copy of the foregoing **Motion for Admission Pro Hac Vice** to be served via electronic mail on the attached email service list:

Dated: New York, New York
   August 2, 2011

                          Carletta F. Higginson

EMAIL SERVICE LIST

Vasilescu, Alexander M.; Calamari, Andrew M.; Rawlings, Steven; Bambach, Alistaire; Jacobson, Neal; Moustakis, Philip; Sallah, Danielle; 'bpollack@sandw.com'; 'jsolomon@sandw.com'; 'bzone@gskny.com'; 'jcanales@gskny.com'; 'mb@bhlawfirm.com'; 'pbyler@nmllplaw.com'; 'amiltenberg@nmllplaw.com'; 'inesenoff@nmllplaw.com'; 'jdaniels@budd-larner.com'; 'sjacob@lockelord.com'; 'shmuel.vasser@dechert.com'; 'msiegel@brownrudnick.com'; 'plevine@lemerygreisler.com'; 'bkaufman@schoeman.com'; 'hkay@henderson-lyman.com'; 'mxl@tlcorplaw.com'; 'eholtz@morrisoncohen.com'; 'egilbert@morrisoncohen.com'; 'francesca.morris@hklaw.com'; 'jbradham@mazzeosong.com'; 'pkatzman@mazzeosong.com'; 'amarder@msek.com'; 'edward.malone@bfkn.com'; 'grmesires@uhlaw.com'; 'lorbach@bsk.com'; 'csullivan@bsk.com'; 'culvera@bsk.com'; 'egray@willkie.com'; 'susan.balaschak@akerman.com'; 'keith.costa@akerman.com'; 'rmashburn@bakerdonelson.com'; 'jrowland@bakerdonelson.com'; 'cbernstein@sambernlaw.com'; 'CFoti@maglaw.com'; 'jhwlegal@gmail.com'; 'emilyalexander@tafattorneys.com'; 'smccleary@meyner.com'; 'dgrantz@meyner.com'; 'jschwartz@hahnhessen.com'; 'jamato@hahnhessen.com'; 'sragland@bassberry.com'; 'cwilbon@bassberry.com'; 'john.doherty@alston.com'; 'gbrady@wbgllp.com'; 'adowns@wbgllp.com'; 'alexander.lorenzo@alston.com'; 'MarkForrester@tafattorneys.com'; 'klibrera@dl.com'; 'cashers@whiteandwilliams.com'; 'kaplanl@whiteandwiliams.com'; 'CMorrissey@KARBALLAW.com'; 'Rpaar@kasowitz.com'; 'chigginson@jenner.com'; 'Jwinsbro@kasowitz.com'; 'sascher@jenner.com'; 'tbruno@kasowitz.com'; 'john.warren@freshfields.com'; 'radke.mark@arentfox.com'; 'tim.coleman@freshfields.com'; 'jonathan.ware@freshfields.com'; 'CMorrissey@karballaw.com'; 'rconlon@wwmlawyers.com'; 'cwadley@wwmlawyers.com'Dated: New York, New York