UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission

Plaintiff,

-against-

Steven Byers, et al.

Defendant.

08 cv 7104 ( DC )

**ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION**

Upon the oral motion of __Charles F. Morrissey__, for

admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

__Illinois__; and that his/her contact information is as follows

(please print):

Applicant's Name: __Charles F. Morrissey__

Firm Name: __Karbal, Cohen, Economou, Silk & Dunne, LLC__

Address: __150 South Wacker Drive, Suite 1700__

City / State / Zip: __Chicago, Illinois 60606__

Telephone / Fax: __(312) 431-3700 / (312) 431-3670__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

__Liberty Mutual Insurance Company__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at apply for an ECF PASSWORD. Counsel shall

immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated:

_____
Grant
United States ~~District / Magistrate~~ Judge

Sitting By Designation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/11

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Charles F. Morrissey

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1997 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, July 29, 2011.

*Carolyn Taft Grosboll*

Clerk