UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/11

SECURITIES & EXCHANGE COMMISSION

Plaintiff,   08 cv 07104 (DC)

-against-

BYERS, et al.

Defendant.

ORDER FOR ADMISSION
PRO HAC VICE

The motion of _____ Mohsin N. Khambati _____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _____ Illinois _____ and that his/her contact information is as follows (please print):

Applicant's Name: Mohsin N. Khambati

Firm Name: Dewey & LeBoeuf LLP

Address: 180 N. Stetson Avenue, Two Prudential Plaza

City / State / Zip: Chicago, Illinois 60601

Telephone / Fax: T: (312) 794-8000 / F: (312) 794-8100

Applicant having requested admission Pro Hac Vice to appear ~~for all purposes as counsel for~~ ~~Timothy J. Coleman, Receiver~~ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 8/4/11

_____
United States District / Magistrate Judge

CH36332.1