UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

STEVEN BYERS, JOSEPH SHERESHEVSKY, WESTRUST CAPITAL, LLC WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, WEXTRUST SECURITIES, LLC, and AXELA HOSPITALITY, LLC,

    Defendants.

TIMOTHY J. COLEMAN, RECEIVER for WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC and AXELA HOSPITALITY, LLC; and MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.,

    Third-Party Plaintiffs,

-against-

WESTPORT INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY,

    Third-Party Defendants.

No. 08 Civ. 7104 (DC)

**ORDER FOR ADMISSION PRO HAC VICE**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/11

    The motion of Kristen E. Hudson, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the state of Illinois and of the U.S. District Court for the Northern District of Illinois; and that her contact information is as follows:

Kristen E. Hudson
Schopf & Weiss LLP
One S. Wacker Drive
Chicago, IL 60606
Telephone (312) 701-9300
Fax: (312) 701-9335
E-Mail: hudson@sw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Much Shelist in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an EFC PASSWORD, and upon payment of the applicable fee.

Dated: 8/3/11

_____
Circuit
United States ~~District / Magistrate~~ Judge

2