UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES & EXCHANGE COMMISSION,

                    Plaintiff,

                                              08cv7104(DC)

-against-

BYERS, et al.                                         MOTION FOR ADMISSION
                                                         PRO HAC VICE
                  Defendant.

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I _____Robert P. Conlon_____, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _____Westport Insurance Company, Third Party Defendant_____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _____Illinois_____ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 16, 2011

                                                           Respectfully Submitted,

_____
Applicant Signature

Applicant's Name:  _____Robert P. Conlon_____

Firm Name:  _____Walker Wilcox Matousek, LLP_____

Address:  _____225 W. Washington Street, Suite 2400_____

City / State / Zip:  _____Chicago, IL 60606_____

Telephone / Fax:  _____(312) 222-6700/ F: (312) 222-6800_____

E-Mail:  _____rconlon@wwmlawyers.com_____

{File: 00309373.DOCX / }

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Robert Patrick Conlon

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 1985 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, August 11, 2011.

*Carolyn Taft Grosboll*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES & EXCHANGE COMMISSION

                Plaintiff,

                                                                          08cv7104(DC)

-against-

                                                                     **ORDER FOR ADMISSION**

BYERS, et al.                                                **PRO HAC VICE**

                Defendant.

The motion of _____Robert P. Conlon_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____Illinois_____; and that his/her contact information is as follows (please print):

    Applicant's Name: ___Robert P. Conlon_____

    Firm Name: ___Walker Wilcox Matousek, LLP_____

    Address: ___225 W. Washington Street, Suite 2400_____

    City / State / Zip: ___Chicago, IL 60606_____

    Telephone / Fax: _(312) 244-6700/ F: (312) 244-6800_____

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____Westport Insurance Corporation, Third Party Defendant_____

in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated:

                                                                               United States District / Magistrate Judge

{File: 00309378.DOCX / }

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>STEVEN BYERS, JOSEPH SHERESHEVSKY, WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, WEXTRUST SECURITIES, LLC and AXELA HOSPITALITY, LLC,<br><br>Defendants.<br><br>TIMOTHY J. COLEMAN, RECEIVER for WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, WEXTRUST SECURITIES, LLC and AXELA HOSPITALITY, LLC and MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.<br><br>Third-Party Plaintiffs,<br><br>-against-<br><br>WESTPORT INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE CORPORATION,<br><br>Third-Party Defendants. | No. 08 Civ. 7104 (DC) |

## AFFIDAVIT OF SERVICE

DIANE GUTH, being duly sworn, deposes and says: I am over 18 years of age, not a party to this action and am employed by the law firm of Walker Wilcox Matousek LLP. On the 16th day of August, 2011, I caused true and correct copies of the following documents:

    1)    MOTION FOR ADMISSION PRO HAC VICE FOR ROBERT P. CONLON;

2) ORDER FOR ADMISSION PRO HAC VICE

to be served on the following individuals via electronic mail:

Emily Sinclair Alexander emilyalexander@tafattorneys.com

John Peter Amato, Sr jamato@hahnhessen.com

Stephen Louis Ascher sascher@jenner.com

Michael Fred Bachner mb@bhlawfirm.com

Susan Florence Balaschak susan.balaschak@akerman.com

John Macleod Bradham jbradham@mazzeosong.com

Tamara Dawn Bruno tbruno@kasowitz.com

Andrew Matthew Calamari calamaria@sec.gov

Jason Canales jcanales@gskny.com

Scott H. Casher cashers@whiteandwilliams.com

Timothy Joseph Coleman tim.coleman@freshfields.com

Ilona Beth Coleman-Lange icoleman-lange@llgm.com

Keith Nicholas Costa keith.costa@akerman.com

Amy Marie Culver culvera@bsk.com

James Bruce Daniels jdaniels@budd-larner.com

John Patrick Doherty john.doherty@alston.com

Adam William Downs adowns@wbgllp.com

Leo V. Gagion lgagion@dl.com

David B. Gordon dgordon@richardsonpatel.com

David Bryan Grantz dgrantz@meyner.com

Elizabeth P. Gray egray@willkie.com

Carletta Flora Higginson chigginson@jenner.com

Kristen E. Hudson hudson@sw.com

Shalom Jacob shalom.jacob@dechert.com

Neal Ralph Jacobson jacobsonn@sec.gov

Leor Joseph Kaplan kaplanl@whiteandwilliams.com

Peter Bryan Katzman pkatzman@mazzeosong.com

Beth L. Kaufman bkaufman@schoeman.com

Mohsin N. Khambati mkhambati@dl.com

Harvey Kurzweil hkurzweil@dl.com

Paul Arthur Levine plevine@lemerygreisler.com

Kelly Anne Librera klibrera@dl.com

Paula Enid Litt litt@sw.com

Marc M LoPresti marc@lntlb-ny.com

Marc X. LoPresti mxl@tlcorplaw.com

Alexander Seton Lorenzo alexander.lorenzo@alston.com

Edward F. Malone edward.malone@bfkn.com

Alan Evan Marder amarder@msek.com

Randal S. Mashburn businessbknash@bakerdonelson.com

George R. Mesires grmesires@uhlaw.com

Andrew Todd Miltenberg amiltenberg@nmllplaw.com

Francesca Morris francesca.morris@hklaw.com

Charles F. Morrissey cmorrissey@karballaw.com

Louis Orbach lorbach@bsk.com

Randy Paar Rpaar@kasowitz.com

Barry Shawn Pollack bpollack@sandw.com

Steven Richard Popofsky spopofsky@gskny.com

Mark S. Radke radke.mark@arentfox.com

Stephen William Ragland sragland@bassberry.com

Steven G. Rawlings rawlingss@sec.gov

John H. Rowland jrowland@bakerdonelson.com

Danielle Sallah sallahd@sec.gov

Vincent P. Schmeltz tschmeltz@dl.com

Martin S. Siegel msiegel@brownrudnick.com

Joshua L. Solomon jsolomon@sandw.com

Charles J. Sullivan csullivan@bsk.com

Alexander Mircea Vasilescu vasilescua@sec.gov

Jonathan W. Ware jonathan.ware@freshfields.com

John K. Warren john.warren@freshfields.com

Clarence Andre Wilbon cwilbon@bassberry.com

John Philip Winsbro winsbroj@dicksteinshapiro.com


_____
DIANE GUTH


Sworn to before me this 16th day of August, 2011

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
MARIS ANNE BESWICK
Notary Public, State of Illinois
My Commission Expires 12/30/14