```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES & EXCHANGE COMMISSION

                Plaintiff,

08cv7104(DC)

-against-

**ORDER FOR ADMISSION
PRO HAC VICE**

BYERS, et al.

                Defendant.

The motion of _____Robert P. Conlon_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____Illinois_____; and that his/her contact information is as follows (please print):

    Applicant's Name: _____Robert P. Conlon_____

    Firm Name: _____Walker Wilcox Matousek, LLP_____

    Address: _____225 W. Washington Street, Suite 2400_____

    City / State / Zip: _____Chicago, IL 60606_____

    Telephone / Fax: _____(312) 244-6700/ F: (312) 244-6800_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____Westport Insurance Corporation, Third Party Defendant_____

in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 8/29/11

                                    United States District / Magistrate Judge

{File: 00309378.DOCX / }