```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES & EXCHANGE COMMISSION

                Plaintiff,

                08cv7104(DC)

-against-

                **ORDER FOR ADMISSION**

BYERS, et al.                **PRO HAC VICE**

                Defendant.

      The motion of _____Christopher A. Wadley_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____Illinois_____; and that his/her contact information is as follows (please print):

      Applicant's Name: ___Christopher A. Wadley___

      Firm Name: ___Walker Wilcox Matousek, LLP___

      Address: ___225 W. Washington Street, Suite 2400___

      City / State / Zip: ___Chicago, IL 60606___

      Telephone / Fax: ___(312) 244-6700/ F: (312) 244-6800___

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

___Westport Insurance Corporation, Third Party Defendant___ in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 8/29/11

                                        United States District / Magistrate Judge

{File: 00309379.DOCX / }