# **EXHIBIT A**

A - 1. Billing Summary

A - 2 Time summary by category and work performed of Jerry B. Klein.

A - 3 Time summary by category and work performed of Douglas Klein

A - 4 Time summary by category and work performed of John Biegel

A - 5 Time summary by category and work performed of Yury Khymych

A - 6 Time summary by category and work performed of Edna Cooney

A - 7 Time summary by category and work performed of Rodora Gozon

# EXHIBIT A- 1

Jerry B. Klein, CPA
Fee Schedule by Category
Individual Hours Summary
August 20, 2008 to June 30, 2009

Case No. 08-CIIV. 7104 (DC)  Shereshevsky, Byers, WexTrust Capital et. al.

| Name and Title | Total Hours | 174 Case Admin | 175 Cash Mgt | 176 Forensic Analysis | 177 Claims Admin | 179 Reporting Compliance | 181 Tax Issues | 190 Travel Time |
|---|---|---|---|---|---|---|---|---|
| Jerry B. Klein, C.P.A. | 352.9 | 34.3 | 3.4 | 286.8 | 1.0 | 3.2 | 17.9 | |
| John Biegel, C.P.A. | 177.5 | 23.2 | 1.5 | 136.8 | | 14.0 | 2.0 | 19.3 |
| Douglas Klein, C.P.A. | 66.2 | 7.4 | | 56.4 | 0.8 | 1.3 | 0.3 | |
| Yuriy Khymych, Staff Accountant | 432.2 | 18.6 | | 412.6 | | | 1.0 | |
| Edna Cooney, Staff Assistant | 137.5 | 137.5 | | | | | | |
| Rodora Gozon, Staff Assistant | 357.5 | 146.4 | | 211.1 | | | | |
| Total Billable Hours | 1,523.8 | 367.4 | 4.9 | 1,103.7 | 1.8 | 18.5 | 21.2 | |

# EXHIBIT A - 2

Jerry B. Klein, CPA
Fee Schedule by Category
Individual Hours Summary
August 20, 2008 to June 30, 2009

| | | | 174 Case Admin | 175 Cash Mgt | 176 Forensic Analysis | 177 Claims Admin | 179 Reporting Compliance | 181 Tax Issues | 190 Travel Time | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Jerry B. Klein** | **2008** | **Hours** | | | | | | | | |
| | 12-Sep | 1.50 | 1.50 | | | | | | | |
| | 13-Sep | 3.00 | 3.00 | | | | | | | |
| | 16-Sep | 2.00 | 2.00 | | | | | | | |
| | 17-Sep | 3.00 | 3.00 | | | | | | | |
| | 18-Sep | 9.00 | 1.00 | 3.00 | 5.00 | | | | | |
| | 22-Sep | 0.30 | | | 0.30 | | | | | |
| | 24-Sep | 0.20 | 0.20 | | | | | | | |
| | 25-Sep | 0.30 | 0.30 | | | | | | | |
| | 26-Sep | 0.50 | 0.50 | | | | | | | |
| | 26-Sep | 0.80 | 0.50 | | 0.30 | | | | | |
| | 29-Sep | 0.30 | | | 0.30 | | | | | |
| | 3-Oct | 1.30 | | | 1.00 | | | 0.30 | | |
| | 9-Oct | 2.00 | 2.00 | | | | | | | |
| | 14-Oct | 0.200 | | | | | | 0.200 | | |
| | 15-Oct | 0.900 | | | | | | 0.900 | | |
| | 20-Oct | 0.900 | | | 0.900 | | | | | |
| | 21-Oct | 0.200 | | | | | | 0.200 | | |
| | 22-Oct | 1.000 | | | | | | 1.000 | | |
| | 23-Oct | 0.500 | | | | | | 0.500 | | |
| | 28-Oct | 1.5 | | | 1.5 | | | | | |
| | 29-Oct | 1.0 | | | 1.0 | | | | | |
| | 30-Oct | 0.2 | | | 0.2 | | | | | |
| | 31-Oct | 0.7 | 0.7 | | | | | | | |
| | 4-Nov | 0.2 | 0.2 | | | | | | | |
| | 5-Nov | 0.5 | | | | | | 0.5 | | |
| | 10-Nov | 0.5 | | | 0.5 | | | | | |
| | 17-Nov | 1.6 | 0.8 | | 0.8 | | | | | |
| | 18-Nov | 3.5 | 0.2 | | | | | | 3.3 | n/c |
| | 19-Nov | 10.2 | | | 10.2 | | | | | |
| | 20-Jan | 13.5 | | | 10.5 | | | | 3.0 | n/c |
| | 21-Nov | 1.6 | 0.1 | | 1.5 | | | | | |
| | 28-Jan | 1.5 | | | 1.5 | | | | | |
| | 25-Nov | 0.2 | 0.2 | | | | | | | |
| | 4-Dec | 0.2 | 0.2 | | | | | | | |
| | 5-Dec | 1.1 | 0.2 | | 0.5 | 0.4 | | | | |
| | 8-Dec | 0.2 | | | | 0.2 | | | | |
| | 9-Dec | 1.7 | 0.2 | | 1.5 | | | | | |
| | 10-Dec | 0.1 | | | | | | 0.1 | | |
| | 15-Dec | 0.2 | | | 0.2 | | | | | |
| | 16-Dec | 0.8 | 0.4 | | 0.4 | | | | | |
| | 18-Dec | 7.0 | | | | | | 7.0 | | |
| | 19-Dec | 1.5 | | | 0.7 | | | 0.8 | | |
| | 22-Dec | 0.1 | | | | | | 0.1 | | |
| | 24-Dec | 0.4 | | | | 0.4 | | | | |
| | **2009** | | | | | | | | | |
| | 3-Jan | 1.5 | | | 1.5 | | | | | |
| | 5-Jan | 0.4 | | | | | | 0.4 | | |
| | 7-Jan | 0.1 | | | 0.1 | | | | | |
| | 11-Jan | 0.1 | | | | | | 0.1 | | |
| | 15-Jan | 2.1 | 2.1 | | | | | | | |
| | 1-Jan | 0.4 | | 0.4 | | | | | | |
| | 21-Jan | 0.9 | | | | | | 0.9 | | |
| | 23-Jan | 1.1 | | | | | | 1.1 | | |
| | 27-Jan | 1.4 | | | 1.4 | | | | | |
| | 28-Jan | 0.1 | 0.1 | | | | | | | |
| | 29-Jan | 0.3 | | | 0.3 | | | | | |
| | 30-Jan | 0.1 | | | | | | 0.1 | | |

| Date | Col2 | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|
| 6-Feb | 0.1 | | 0.1 | | |
| 12-Feb | 4.0 | | 4.0 | | |
| 13-Feb | 0.1 | | 0.1 | | |
| 14-Feb | 4.0 | | 4.0 | | |
| 16-Dec | 6.1 | | 6.1 | | |
| 4-Aug | 5.5 | | 5.5 | | |
| 18-Feb | 11.5 | | 11.5 | | |
| 19-Feb | 0.3 | | 0.3 | | |
| 20-Feb | 2.0 | | 2.0 | | |
| 21-Feb | 5.3 | | 5.3 | | |
| 24-Feb | 0.2 | 0.2 | | | |
| 25-Feb | 4.1 | 0.1 | 4.0 | | |
| 26-Feb | 2.0 | | 2.0 | | |
| 3-Mar | 1.3 | | 1.3 | | |
| 4-Mar | 0.4 | 0.1 | 0.1 | | 0.2 |
| 5-Mar | 1.3 | | 0.2 | | 1.1 |
| 11-Mar | 0.5 | 0.1 | | | 0.4 |
| 3-Jan | 0.3 | | 0.3 | | |
| 24-Mar | 0.5 | | 0.5 | | |
| 26-Mar | 0.2 | | | | 0.3 |
| 27-Mar | 0.5 | | 0.5 | | |
| 30-Mar | 6.1 | | 6.0 | | 0.1 |
| 31-Mar | 6.3 | | 6.3 | | |
| 1-Apr | 0.5 | | 0.5 | | |
| 3-Apr | 1.0 | | | 1.0 | |
| 4-Apr | 1.0 | | | 1.0 | |
| 6-Apr | 1.1 | | 1.1 | | |
| 7-Apr | 0.2 | 0.2 | | | |
| 8-Apr | 1.1 | | 0.8 | 0.1 | 0.2 |
| 9-Apr | 1.5 | 1.5 | | | |
| 10-Apr | 0.1 | | | | 0.1 |
| 11-Apr | 0.1 | | | | 0.1 |
| 13-Apr | 1.2 | | 1.2 | | |
| 16-Apr | 0.2 | 0.2 | | | |
| 17-Apr | 5.0 | | 5.0 | | |
| 19-Apr | 6.5 | | 6.5 | | |
| 20-Apr | 7.1 | 0.1 | 7.0 | | |
| 23-Apr | 0.8 | | 0.8 | | |
| 24-Apr | 7.6 | | 7.6 | | |
| 26-Apr | 6.0 | | 6.0 | | |
| 27-Apr | 0.1 | | 0.1 | | |
| 29-Apr | 2.6 | | 2.6 | | |
| 30-Apr | 5.2 | | 5.2 | | |
| 1-May | 0.1 | | 0.1 | | |
| 2-May | 1.5 | | 1.5 | | |
| 4-May | 2.5 | | 2.1 | | 0.4 |
| 5-May | 0.6 | | 0.5 | | 0.1 |
| 6-May | 5.5 | | 5.5 | | |
| 8-May | 2.5 | | 1.3 | | 0.2 |
| 9-May | 4.0 | | 4.0 | | |
| 11-May | 7.0 | | 7.0 | | |
| 12-May | 3.0 | | 3.0 | | |
| 13-May | 0.2 | 0.1 | | | 0.1 |
| 14-May | 0.5 | | 0.5 | | |
| 15-May | 0.1 | | | | 0.1 |
| 18-May | 3.0 | | 3.0 | | |
| 19-May | 6.0 | | 6.0 | | |
| 20-May | 3.8 | | 3.5 | 0.3 | |
| 21-May | 3.0 | | 3.0 | | |
| 25-May | 2.5 | | 2.5 | | |
| 26-May | 1.8 | 0.1 | 1.5 | | 0.2 |
| 27-May | 3.8 | | 3.5 | 0.3 | |
| 28-May | 0.1 | 0.1 | | | |
| 29-May | 3.6 | 0.1 | 3.5 | | |
| 1-Jun | 1.5 | | 1.5 | | |
| 2-Jun | 2.5 | | 2.5 | | |
| 3-Jun | 0.2 | 0.2 | | | |

| Date | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|---|
| 4-Jun | 1.5 | | 1.5 | | | | | |
| 5-Jun | 4.5 | | 4.5 | | | | | |
| 10-Jun | 0.3 | 0.3 | | | | | | |
| 11-Jun | 4.5 | | 4.5 | | | | | |
| 6-Jan | 4.0 | | 4.0 | | | | | |
| 13-Jun | 5.0 | | 5.0 | | | | | |
| 15-Jun | 4.0 | | 4.0 | | | | | |
| 6-Jan | 4.0 | | 4.0 | | | | | |
| 17-Jun | 3.0 | | 3.0 | | | | | |
| 18-Jun | 4.2 | | 4.2 | | | | | |
| 19-Jun | 7.0 | | 7.0 | | | | | |
| 22-Jun | 3.2 | 3.2 | | | | | | |
| 23-Jun | 8.0 | | 8.0 | | | | | |
| 24-Jun | 5.0 | | 5.0 | | | | | |
| 25-Jun | 7.0 | | 7.0 | | | | | |
| 26-Jun | 6.2 | | 6.2 | | | | | |
| 27-Jun | 3.8 | 3.8 | | | | | | |
| 28-Jun | 4.0 | | 4.0 | | | | | |
| 29-Jun | 5.3 | 0.3 | 5.3 | | | | | |
| 30-Jun | 7.0 | | 7.0 | | | | | |
| ? | 4.2 | 4.2 | 6.3 | | | | (6.3) | |
| Totals through 6/30/09 | 352.9 | 34.3 | 3.4 | 293.1 | 1.0 | 3.2 | 17.9 | - | 352.9 |

WEXTRUST CAPITAL ET AL
SUMMARY OF TIME CHARGES
JERRY B. KLEIN, C.P.A.
AUGUST 20, 2008 TO JUNE 30, 2009

2008

| Date | Description | Hours |
|---|---|---|
| 9/11 | T/C Bienenstock, Dewey & Leboeuf (D&L). | N/C |
| 9/12 | T/C Sordillo (Deloitte) - Work outline. | 1.5 |
| 9/13 | Planning outline programs - Norfolk. Review Receiver's retention. | 3.0 |
| 9/15 | Engagement letter. | N/C |
| 9/16 | Preparation Norfolk, Va.trip, scope, case background, time allocation. | 2.0 |
| 9/17 | Wex - Norfolk, travel and transportation. | 3.0N/C |
|  | To 8:00 P.M. | 11.0 |
|  | Meeting with Llewellyn (Deloitte) re: ongoing tasks and objectives. JBK locate possible concealed assets, transfers or recoveries, improper activity, and coordination of services with (Deloitte). |  |
|  | Interview of Wex staff (Gabriel, McClung, Edmiston). Commence review of Wex desk and office files, coordinate with J.B. |  |
| 9/18 | 8:00 A.M. to 6:30 P.M. |  |
|  | Document search and retrieval, banks, loans, (public and private) investments, related parties, etc. |  |
|  | Review with B.McClung (Wex manager) and S. Gabriel (Controller) regarding questionable transactions and documentation. |  |
|  | Review of accounting schedules - cash (prepared by S. Gabriel, identify significant accounts, reviewed selected investor accounts including those of employees and related parties (Jassry Properties). Accounting schedules unavailable - Deloitte presence utilizing Gabriel. |  |
|  | Review with Llewellyn Deloitte's format reconciliation of investor proceeds and applications thereof, and suggested possible format changes. |  |
|  | Conference call from Schmelz D&L, J.B.,Llewellyn re: financial information required for court hearing. | 9.0 |
| 9/18 | Travel to New York - transportation. | 3.0N/C |
| 9/22 | T/C Llewellyn - update on investor schedules. | .3 |
| 9/23 | Draft notes on findings trip to Norfolk. No organized employee recovery efforts (involved in accounting (cash) update). Suggested assignments. | 1.0 |
| 9/24 | T/C Llewellyn - update. | .2 |
| 9/25 | T/C Sordillo - update. | .3 |
| 9/26 | Review of open matters and program with J.B. | .5 |
| 9/26 | T/C Riley (D&L) re: investor computer reports. | .3 |
| 9/29 | T/C Riley (D&L) re: computerized data password - investor files. | .3 |
| 10/2 | Engagement letter. | N/C |
| 10/3 | T/C N.Y.C. R.E. tax (3x) re: property 4809 14th Ave., Brooklyn (with D.K.). | .3 |

WEXTRUST CAPITAL ET AL
SUMMARY OF TIME CHARGES
JERRY B. KLEIN, C.P.A.
AUGUST 20, 2008 TO JUNE 30, 2009

2008

| Date | Description | Hours |
|---|---|---|
| 10/3 | Correspondence Cleary re: Shereshevsky property in Brooklyn cc: Deloitte - Sordillo and Llewellyn. | 1.0 |
| 10/9 | Letter to Chi, re: scope of services. | 2.0 |
| 10/14 | T/C Sordillo re: proposed conference call SEC. | .2 |
| | T/C Chi D&L re: copy of letter to Cleary. | .2 |
| 10/15 | Memo re: Shereshevsky residence Brooklyn (DK) | .8 |
| | T/C Sordillo re: conference call. | .1 |
| 10/20 | T/C Chi - expect a call from Feeney D&L re: Paul Clemmons and Cyd Haskell Clemmons. | .4 |
| | T/C from Feeney re: Cyd Haskell Clemmons and Paul Clemmons. | .1 |
| | T/C Shashy, D&L. | .1 |
| | T/C Erwin Sulaki re: international contact/investigative source for retrieval of banking information. | .3 |
| 10/21 | T/C Meckle - D&L D.C. re: T/C from Shashy, taxes. | .2 |
| 10/22 | IRS Form 56 inquiry re: composite single filing. T/C Shashy, Maria Valerio, IRS Bankruptcy Unit. | .5 |
| | Corrsp. re: Bankruptcy Unit | .5 |
| 10/23 | Corrsp. to Chi re: IRS Agent Robert Lusiak assigned to Wex tax matters. T/C Rose Mele, IRS. | .5 |
| 10/28 | Corrsp. Chi and Feeney re: Clemmons, investor insiders. Unable to print computerized investor files. Certain Shereshevsky et al accounts reclassified (9 accounts - approx. $900,000) re: possible setoff of commissions and fees. | 1.5 |
| 10/29 | Details re: Mortgage Management, Inc. (Clemmons) - attachments, etc.10/28/08 corrsp. to Chi and Kahn re: Cyd Clemmons (Wextrust Capital) - cancellation fees 2007. | .8 |
| 10/30 | T/C Kahn, re: Investor schedules. | .2 |
| | T/C Llewellyn re: Investor schedules. Will send paper copy. | .2 |
| 10/31 | Received 2 bankers boxes of Wachovia records from D&L and investor package from Deloitte, survey contents. | .7 |
| 11/4 | T/C Chi re: conference call 11/5 - preparation. | .2 |
| 11/5 | Conference call: Chi, Shashy, JBK and DK re: IRS, etc. | .5 |
| 11/10 | T/C Feeney - Clemmons. | .2 |
| | T/C (2) Sharon Gabriel - Clemmons. | .3 |
| 11/17 | T/C Kahn - conference call with Receiver, Radke, Chi, Kahn, Schmelz, JBK and DK re: areas of possible claims for recoveries. | .8 |
| | T/C Sheran Gabriel and Sordillo re: trip to Norfolk - scope and purpose. | .3 |
| | Draft selected bank transactions - Wachovia. | .5 |

JBK

WEXTRUST CAPITAL ET AL
SUMMARY OF TIME CHARGES
JERRY B. KLEIN, C.P.A.
AUGUST 20, 2008 TO JUNE 30, 2009

2008

| Date | Description | Hours |
|---|---|---|
| 11/18 | T/C Llewellyn (2X) retrieve various Clemmons documents from Wex Norfolk for D&L. | .2 |
| 11/19 | Travel/Transp. to Wex, Norfolk. | 3.3 N/C |
|  | On site office search for documentation of assets not yet recovered by Receiver. | 10.2 |
|  | Information and document requests to S Gabriel and Beth McClung re: possible recovery actions - schedules to be submitted, including data from Wex Chicago. | |
|  | Review N. Paul Clemmons customer activity and commissions and fees with Gabriel and J.B. | |
|  | Recovery actions - Byers - Bently possible use of Wex funds. | |
|  | Receivables, insurance, fixed assets, deposits, possible recoveries and realization (Norfolk and Chicago). | |
| 11/20 | Travel/Transp. to N.Y. | 3.0 N/C |
|  | On site interviews, document search, regarding claims; cash transactions, insurance, fixed assets, aircraft, etc. Return documentation copies to N.Y. office. Real estate activities and payroll (Chicago inquiry). | 10.5 |
| 11/21 | T/C Kahn - Norfolk trip update. | .1 |
|  | Corrsp. to Chi re: bank - Wex electronic bank transfers and funds transfers with domestic and foreign bank accounts. Important source. | 1.5 |
| 11/24 | Corrsp. to Chi Re: N. Paul Clemmons and Cyd Haskell Clemmons re: Investor Commissions and fees copies to Feeney. | 1.5 |
| 11/25 | T/C Beth McClung re: 800 pages of emails. | .2 |
| 11/26 | T/C Beth McClung. 11/24 corrsp.to Llewellyn and Sordillo (technical changes in letter). | .2 |
| 12/4 | T/C Sheran Gabriel and Beth McClung re: progress on outline. | .2 |
| 12/5 | T/C from Kahn re: updating potential claims. Clemmons activity. | .4 |
| 12/5 | T/C Sheran Gabriel progress update. | .2 |
|  | JBK to Beth and Sheran - Wex Norfolk - recovery schedules. | .2 |
|  | email from Kahn. | .1 |
|  | 2 emails from Beth McClung and Sheran Gabriel. | .2 |
| 12/8 | T/C (2) to Kahn and call from Sheran Gabriel re: schedules of receivables - not finished by Gabriel. | .2 |
| 12/9 | T/C (2) from Kahn - update. | .2 |
|  | Corrsp. to Chi re: Scope of Service. | 1.5 |
| 12/10 | T/C from Beth Winfree, North Carolina Tax Dept. | .1 |
| 12/15 | T/C Sheran Gabriel - update. | .2 |

JBK

WEXTRUST CAPITAL ET AL
SUMMARY OF TIME CHARGES
JERRY B. KLEIN, C.P.A.
AUGUST 20, 2008 TO JUNE 30, 2009

2008

| Date | Description | Hours |
|---|---|---|
| 12/16 | T/C from Kahn and Westerhoff of D&L. Faxed Wex schedule edited by J.B. (receivables, etc.) | .4 |
| | Faxed receivable schedule to Kahn. | .1 |
| | T/C Sheran Gabriel. | .1 |
| | T/C Beth McClung. | .1 |
| | Returned Sheran Gabriel's call. | .1 |
| 12/18 | Form 2848 (POA) and instructions sent to Kahn. | |
| | Details worked for IRS approval of form 2848 and schedules. | 7.0 |
| 12/19 | T/C from Kahn re: commissions and receivable schedule. | .3 |
| | JBK T/C back re: form 2848 (POA). | .1 |
| | T/C Kahn re: completion of form 2848. | .1 |
| | Corrsp. to Chi re: form 2848. | .5 |
| | Fax Kahn - draft of form 2848 for approval. | .1 |
| | T/C Llewellyn | .1 |
| | T/C Sheran Gabriel (3X) to obtain status re: Shereshevsky. | .3 |
| 12/22 | Faxed form 2848 and attachments for Wex (4 pages) to Kahn. | .1 |
| 12/23 | T/C from Kahn. | .1 |
| | JBK T/C Sheran Gabriel to email receivable schedule to Kahn. | .2 |
| 12/24 | JBK T/C Kahn (home) and reviewed receivables. | |
| | Sheran Gabriel worked through night (2) | .4 |
| 12/30 | T/C P.Knight -(Chicago) - message. | N/C |

2009

| Date | Description | Hours |
|---|---|---|
| 1/02 | T/C Westerhoff - message. | N/C |
| 1/03 | Instruction memo re: investor account schedules to Sheran Gabriel and Beth McClung. Investor account validation. | 1.5 |
| 1/05 | Called IRS to determine if POA were logged in. Answer No. | .1 |
| | T/C Westerhoff  Prepared schedule and faxed 5 pages of commissions. | .2 |
| | T/C Knight. | .2 |
| 1/07 | T/C Sheran Gabriel and Beth McClung - 4 page outline of investor account review - potential claims for recovery. | .1 |

WEXTRUST CAPITAL ET AL
SUMMARY OF TIME CHARGES
JERRY B. KLEIN, C.P.A.
AUGUST 20, 20078 TO JUNE 30, 2009

2009

| Date | Description | Hours |
|---|---|---|
| 1/11 | IRS inquiry and tax lien Wexford Bancorp. | .1 |
| 1/15 | T/C Llewellyn and Sordillo re: meeting. | |
| | Meeting at Deloitte's office: Sordillo, Llewellyn, JBK, J.B. and D.K. | 2.0 |
| | T/C Kahn re: meeting Deloitte. | .1 |
| 1/16 | T/C Kahn. re: Receiver giving up space in North Carolina. | .4 |
| 1/21 | T/C Robert Lusiak, Insolvency Specialist on IRS Wextrust files. Requested POA. | .4 |
| | T/C to Kahn. To report conversation with Robert Lusiak. Requested POA copy and details of Wex paymaster. | .3 |
| | T/C Franklin - Wex Chicago - require name of service provider and reported EIN of taxpayer. | .2 |
| 1/23 | Corresp. review of payroll from Administaff. | .5 |
| | Robert Lusiak requests. | .2 |
| | T/C Robert Lusiak, IRS, preparation of information on reporting. | .2 |
| | T/C Kahn: move and receivership report. | .2 |
| 1/27 | Received and review reports of Wextrust from Sordillo. | 1.4 |
| 1/28 | JBK T/C Sheran Gabriel - JB travel to Norfolk. | .1 |
| 1/29 | Review of R.G.computerized schedules. | .3 |
| 1/30 | T/C Knight re: EIN numbers and reports. | .1 |
| 2/06 | T/C Sheran Gabriel. | .1 |
| 2/12 | Wex financials and Wachovia Bank Systems. | 4.0 |
| 2/13 | T/C Sheran Gabriel re: selected accounts. | .1 |
| 2/14 | Wex financials and Wachovia Bank. | 4.0 |
| 2/16 | T/C Sheran Gabriel. | .1 |
| | Schedule of summarized wire transfers (Wachovia Bank transfer system 3/1/07-8/1/08). | 6.0 |
| 2/17 | Transfer report on Wachovia Bank. | 5.5 |
| 2/18 | Transfer report on Wachovia Bank. | 5.5 |
| | Transfer report on Wachovia Bank. | 6.0 |
| 2/19 | T/C Sheran Gabriel (2X). | .2 |
| | Kahn re: Wachovia Bank transfers (2 Pages). | .1 |
| 2/20 | T/C Franklin and Knight (Chicago). | .2 |
| | T/C Sheran Gabriel (3X) | .3 |
| | Corrsp. to Chi regarding property information. Wex.Cap.390 5 Ave.NYC | 1.5 |
| 2/21 | Review emails (approximately 1,000 pages). | |
| | Wachovia Bank - Wex transfers - Elka checks. | 5.3 |
| 2/24 | T/C Kahn (2). | .2 |
| 2/25 | Review Wachovia inventory list with Y.K. and selected checks. | 4.0 |
| 2/25 | T/C JBK, J.B. and Kahn. | .1 |

WEXTRUST CAPITAL ET AL
SUMMARY OF TIME CHARGES
JERRY B. KLEIN, C.P.A.
AUGUST 20, 2008 TO JUNE 30, 2009

2009
| Date | Description | Hours |
|---|---|---|
| 2/26 | Worked with Y.K. on memo re: $38,000 receipt Edentours Passover - $7,500 receipt from Abramson Law Group settlement proceeds from Beacon Insurance Corp. (Shereshevsky Brooklyn). | 2.0 |
| 3/03 | T/C Sheran Gabriel reports. | .3 |
|  | Reviewed register report - charities. | 1.0 |
| 3/04 | T/C Kahn. | .1 |
|  | T/C Shashy re: conference call. | .2 |
|  | T/C Sheran Gabriel. | .1 |
| 3/5 | T/C Kahn re: Sheran Gabriel's Receiver compensation and tax reporting. | .2 |
|  | T/C Franklin re: tax extensions - corporate due 3/15 form 7004. | .1 |
|  | T/C Shashy re: relief from filing income tax returns - review. | 1.0 |
| 3/11 | T/C Robert Lusiak (IRS) tax reporting. | .2 |
|  | T/C Kahn. | .1 |
|  | T/C Franklin re: 7004 Corporate tax extensions. | .2 |
| 3/20 | T/C Sheran Gabriel - update regarding contributions. | .3 |
| 3/24 | T/C Sheran Gabriel - status of completion of contributions. | .5 |
| 3/26 | IRS taxes - Franklin, Shashy, Agent K. Compagnia - IRS contact for claims. | .2 |
| 3/27 | T/C Kahn and Moore re: status of contributions and Sheran Gabriel. | .5 |
| 3/30 | Charities report and documentation - preliminary. | 6.0 |
|  | T/C Franklin - IRS request from R. Lusiak. | .1 |
| 3/31 | Charities report - review and submit to counsel (subject to update). | 6.0 |
|  | T/C Sheran Gabriel re: Quicken charities schedule additions. | .3 |
| 4/01 | T/C Kahn re: Charities report. | .5 |
| 4/03 | Faxed 3 pages to Receiver re: status update. | 1.0 |
| 4/04 | Memo to Kahn re: Receiver's Proposed Distribution. | 1.0 |
| 4/06 | T/C Franklin and Knight. | .8 |
|  | T/C Kahn. (2X) | .3 |
|  | T/C Sheran Gabriel - Various | .2 |
| 4/07 | T/C Kahn | .2 |
| 4/08 | T/C Robert Lusiak. | .2 |
|  | Conference call: Radke and Kahn re: Commissions, Wachovia, insurance and asset recoveries and charitable contributions. | .8 |
| 4/08 | T/C Franklin is leaving fax on Knight's desk for response. | .1 |
| 4/09 | With R.G. in preparation of computerized draft of JBK's objectives. | 1.5 |
| 4/10 | T/C Shashy - copy of Power of Attorney. | .1 |

WEXTRUST CAPITAL ET AL
SUMMARY OF TIME CHARGES
JERRY B. KLEIN, C.P.A.
AUGUST 20, 2008 TO JUNE 30, 2009

2009
| Date | Description | Hours |
|---|---|---|
| 4/11 | Sordillo - Entity listing and form 2848 sent to IRS (5 pages) | .1 |
| 4/13 | T/C Sheran Gabriel - Unable to open word perfect file of memo. Will fax copy. | .1 |
| | T/C back to advise that she received fax. | .1 |
| | JBK outline instructions to Sheran Gabriel on charitable contributions. | 1.0 |
| 4/16 | T/C Kahn re: letter to Radke. | .2 |
| 4/17 | Drafting Wex charities report comments. | 5.0 |
| 4/19 | Reviewed schedules of contributions and gifts (18 pages) 2004-2008. | 3.5 |
| | Exceptions charitable contribution checks (2 pages) and copies of checks. | 3.0 |
| 4/20 | T/C Kahn. | .1 |
| | Worked with R,G. tracing select credit memos and cash accounts. | 1.0 |
| | Combined charities contribution schedules 2003-2008 - review. | 6.0 |
| 4/23 | Conference call Radke, JBK, D.K. and J.B. re: progress on charities report. | .8 |
| 4/24 | T/C Sheran Gabriel re: 622 Shirley address. | .1 |
| | Reviewed reconciliation of Sheran Gabriel's charity schedule to our schedules. | 6.5 |
| | Reviewed questioned canceled checks with E.C. | 1.0 |
| 4/26 | Sheran Gabriel's schedule and prepared reporting exceptions. | 6.0 |
| 4/27 | Kahn re: Wachovia transfers, Equity Lines and Jassry Properties (5 copies). | .1 |
| 4/29 | T/C Kahn. | .1 |
| | Reviewed emails from Sheran Gabriel with Y.K. 1099MISC and W-2s | 2.0 |
| | Worked with R.G. reviewing of findings on Cong. Hayoshor V'hatov. | .5 |
| 4/30 | T/C Kahn - re: delivery of two bankers boxes of Wachovia Bank | .2 |
| | checks and statements. Review questioned checks with E.C. | 2.0 |
| | Reviewed document checklist of charities. | 3.0 |
| 5/01 | T/C Sheran Gabriel re: 3 Rabbis who used EIN of Congregation. | .1 |
| 5/02 | Worked with R.G. tracing select cash receipts and disbursement transfers, and check payments coordinate to Wachovia Bank statements. | 1.5 |
| 5/04 | T/C Robert Lusiak, I.R.S. Re: protective claim. | .1 |
| | T/C Kahn | .1 |
| | T/C Franklin - Chicago. | .1 |
| | Worked with R.G. tracing questioned check payments made as charitable contributions. | 1.0 |
| 5/05 | T/C Knight - Chicago re: insurance advances/recoveries. | .2 |
| | T/C Kahn. | .1 |
| | Instructions to R.G. on preparation of computerized schedule of B'nai Israel Congregation. | .2 |
| | T/C Robert Lusiak, IRS, request for EIN. | .1 |

JBK

WEXTRUST CAPITAL ET AL
SUMMARY OF TIME CHARGES
JERRY B. KLEIN, C.P.A.
AUGUST 20, 2008 TO JUNE 30, 2009

| 2009 Date | Description | Hours |
|---|---|---|
| 5/06 | Review questioned cash receipts and disbursements for Wextrust Capital LLC Disbursement account #2000020406190 (2007-2008). | 5.5 |
| 5/04 | T/C Called Shashy - left message. | .1 |
|  | T/C Sheran Gabriel. | .1 |
|  | Review of cash receipts and disbursements with R.G. - Wachovia. | 1.0 |
| 5/08 | T/C Kahn. | .1 |
|  | Robert Lusiak, I.R.S., re: claim. | .1 |
|  | Reviewed summary of cash receipts and disbursements for Wextrust Capital LLC - account 2000020406190. | 1.3 |
| 5/09 | Reviewed summary of contributions to Be'er Yaakov which were listed as finder's fees sent to Israel. Mathematical review for draft report, documenting canceled checks and sources, personal benefit, etc. | 4.0 |
| 5/11 | Reviewed reformatted Wextrust Capital A/C 2000020406190. | 2.0 |
|  | Reviewed charities having questionable addresses. | 1.0 |
|  | Reviewed charitable contribution schedule $10,000 and over. | 2.0 |
|  | Reviewed schedule of miscellaneous charity check payments. | .5 |
|  | Questioned check payments - Elka Shereshevsky OPS account 9/19/07 to 11/16/07. | 1.5 |
| 5/12 | Cash receipts and disbursements re: charities. | 3.0 |
| 5/13 | T/C Kahn. | .1 |
|  | T/C Shashy re: IRS claim. Left message. | .1 |
| 5/14 | Tracing large deposits of $10,000 and over - Elka Shereshevsky OPS account 1/18/08-3/17/08. | .5 |
| 5/15 | T/C Kahn - R. Lusiak, I.R.S. | .1 |
| 5/18 | Worked with Y.K. - information support for charities report, documentation, updating drafts and schedules. | 3.0 |
| 5/19 | Continued information support for charities report. | 6.0 |
| 5/20 | Conference call: Radke, Warren, Kahn, JBK and D.K. re: Status of reports and findings. | .3 |
|  | Information support for charities report. | 3.5 |
| 5/21 | Worked with Y.K. on information support for charities report. | 3.0 |
| 5/25 | Worked with Y.K. on information support for charities report. | 2.5 |
| 5/26 | Worked with Y.K. on information support for charities report. | 3.0 |
| 5/26 | T/C Robert Lusiak, I.R.S. | .2 |
|  | T/C Kahn re: J. Warren update. | .1 |
|  | Organizing schedule of check payments to B'nai Israel Building Fund, B'nai Israel Congregation, and Rabbi Discretionary Fund. | 1.5 |

WEXTRUST CAPITAL ET AL
SUMMARY OF TIME CHARGES
JERRY B. KLEIN, C.P.A.
AUGUST 20, 2008 TO JUNE 30, 2009

| 2009 Date | Description | Hours |
|---|---|---|
| 5/27 | Worked with Y.K. on information support for charities report. | 3.5 |
| | Conference call: Radke, Warren, Kahn, JBK and D.K. | .3 |
| 5/28 | T/C Kahn. | .1 |
| 5/29 | Worked with Y.K. on information support for charities report. | 3.5 |
| | T/C Warren - Status. | .1 |
| 6/01 | Charities report. | 1.5 |
| 6/02 | Reviewing charities report and documentation. | 2.5 |
| 6/03 | Conference call with Warren, JBK. JB. DK. | .2 |
| 6/04 | Reviewing information support for charities report. | .5 |
| | Tracing select cash receipts and disbursements. | 1.0 |
| 6/05 | T/C Sheran Gabriel | .5 |
| | Reviewing information support for charities report. | 2.5 |
| | Findings and check payments for Yeshiva Aish Kodesh. | 1.5 |
| 6/10 | Conference call - Radke, Warren, JBK, D.K. | .2 |
| | Charities incomplete draft comments to Warren (9 pages). | .1 |
| 6/11 | Continued preparation of cash documentation - charities. | 3.0 |
| | Wextrust Capital LLC charities selected. | 1.5 |
| 6/12 | Canceled check review Wachovia Bank. | 4.0 |
| 6/13 | Canceled check review Wachovia Bank. | 5.0 |
| 6/15 | Worked with Y.K. reviewing comments, drafts, checks, summaries, schedules, 990s information for charities report. | 3.0 |
| | Schedule of checks required for certain charities. | 1.0 |
| 6/16 | Finalizing charities review and report. | 4.0 |
| 6/17 | Finalizing charities review and report. | 3.0 |
| 6/18 | Schedule Yeshiva Be'er Yaakov. | .2 |
| | Reviewed checks and charities background information comments. | 4.0 |
| 6/19 | Kiryat Telz Stone - checks.  Chai Life Line, Inc. Congregation Borov. Ahavas Tzedokah V'Chesed. American Friends of Darche Noam. Yeshiva Aish Kodesh (Talmudical Academy of Norfolk). TDSV (Toras Chaim). Bnai Israel Congregation. | 7.0 |
| 6/22 | Reviewed progress and status of reports and completion priorities. | 3.0 |
| | Conference call with Radke, Warren, JBK and D.K. | .2 |

WEXTRUST CAPITAL ET AL
SUMMARY OF TIME CHARGES
JERRY B. KLEIN, C.P.A.
AUGUST 20, 2008 TO JUNE 30, 2009

2009

| Date | Description | Hours |
|---|---|---|
| 6/23 | Reviewed charity schedules with Y.K.: Ezer Mizion, Chanun V'rachum, Trinity Children's Fund, Ahavas Tzedokah V'chesed, Vaad Hakashrush of Tidewater, Chai. Lifeline, Inc. American Friends of Darche Noam, Congregation Borov and ODUIF. | 7.0 |
| 6/24 | Ahavas Tzdokah V'Chesed. | 1.0 |
|  | Review draft report of commissions and loans. | 4.0 |
| 6/25 | Review charities report draft with Y.K. | 7.0 |
| 6/26 | Review and revise draft report on commissions and loans. | 4.0 |
| 6/26 | Charities report drafting comments. | 2.2 |
| 6/27 | Commissions report drafting comments. | 3.8 |
| 6/28 | Commissions report schedule attachments. | 4.0 |
| 6/30 | AJOP, Chanun V'rachum, Ezer Mizion and Taryac Legacy. | 1.0 |
| 6/29 | Conference call - Radke, Warren, JBK and D.K. | .3 |
|  | Finalize report on commissions and loans. | 5.0 |
| 6/30 | Finalize charities reporting and processing (exhibits submitted 7/7/09). | 6.0 |
|  |  | 352.9 |

| Description | Hours |
|---|---|
| Allocation to Tasks - Recovery Matters |  |
| Scope and service planning requirements | 18.2 |
| Search and review for asset recoveries and identify possible claims: |  |
|   On site (Norfolk). | 41.9 |
|   Available records furnished. | 12.5 |
|   Cash transactions and documentation. | 75.3 |
| Charities and donor-directed payments. | 145.7 |
| Commissions and advances - identify possible claims and overpayments. | 21.0 |
| Tax matters. | 18.0 |
| Communications and review with counsel. | 15.9 |
| Instructions and outlines provided Receiver's Wex employees. | 4.4 |
|  | 352.9 |