UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,   :

    - against -                :        <u>ORDER</u>

STEVEN BYERS, <u>ET</u> <u>AL.</u>,       :        08 Civ. 7104 (DC)

                Defendants.  :

- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge**

        Following a discussion of the issues on the record on August 8, 2013 relating to the Receiver's authority to manage and sell certain property located at 1850 Business Park Drive, Clarksville, Tennessee, and the Receiver and Peck-Clarksville, LLC having agreed to attempt to work with each other, it is hereby ordered that: (1) the Receiver's motion for an order of sale of the property is denied without prejudice; and (2) Peck-Clarksville, LLC's motion for an order compelling arbitration is denied without prejudice.

        SO ORDERED.

Dated:    New York, New York
         August 19, 2013

                                        DENNY CHIN
                                        United States Circuit Judge
                                        Sitting by Designation