February 7, 2014

*BY FAX 212-857-2346 AND REGULAR MAIL*

The Honorable Denny Chin
United States Circuit Judge
Sitting By Designation
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE: Securities and Exchange Commission v. Byers, No. 08-cv-7104

Dear Judge Chin:

This letter is respectfully submitted by James E. Moyler, III and Charlotte J. Moyler, individually, and as Trustees in Liquidation of the Lexington Group, Inc., Successor in Interest of BICC Limited Partnership, regarding the Receiver's Motion for an Order Confirming Sale of the Brandermill Property (Dkt. No. 956).

We hereby withdraw our objections dated December 11, 2013, January 9, 2014, and February 7, 2014 to the Receiver's motion. We support the Receiver's amended proposed order submitted to the Court on February 4, 2014.

We have executed documents asking the Supreme Court of Virginia and the Chesterfield County Circuit to dismiss with prejudice the lawsuit we have pending against receivership entities and agree to abide by this Court's orders, including its October 24, 2008 Order on Consent Imposing Preliminary Injunction, and not bring or cause to be brought, any lawsuits or encumbrances that may interfere with the Receiver's duties.

Sincerely,

_____
James E. Moyler, III, individually

_____
James E. Moyler, III
Trustee in Liquidation of the Lexington Group, Inc., Successor in Interest of BICC Limited Partnership

The conference scheduled for today is hereby CANCELED. SO ORDERED.

USCJ 2-10-14

The Honorable Denny Chin
United States Circuit Judge
February 7, 2014
Page 2

*[signature]*
Charlotte J. Moyler, individually

*[signature]*
Charlotte J. Moyler
Trustee in Liquidation of the Lexington Group,
Inc., Successor in Interest of BICC Limited
Partnership

cc: Jonathan W. Ware, counsel to Receiver, by fax (202-777-4555) and email