

# Freshfields Bruckhaus Deringer US LLP

**MEMO ENDORSED**

The Honorable Denny Chin
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2003
New York, NY 10007
(212) 857-2346 (fax)

**BY FACSIMILE**

JONATHAN WARE
WASHINGTON
701 Pennsylvania Avenue NW
Suite 600
Washington DC 20004-2692
T +1 202 777 4500
Direct T +1 202 777 4511
F +1 202 777 4555
E jonathan.ware@freshfields.com
W www.freshfields.com

DOC ID US1487039/1+
CLIENT MATTER NO. 156165-0001

April 23, 2014

Re: *Securities and Exchange Commission v. Byers, et al.*,
Civil Action No. 08-Civ-7104 (DC)

Dear Judge Chin:

This letter is submitted on behalf Timothy J. Coleman, receiver ("Receiver") in the above-mentioned case to request a change in the date for the hearing that the Court set for April 28, 2014. *See* 4/15/14 Order (Dkt. No. 991). U.S. Bank National Association ("U.S. Bank") informed the Receiver that its witness(es) are unavailable on April 28th. Counsel thereafter conferred and now request that the Court adjourn the hearing until May 6, 2014 at 2PM, which the Court's clerk has confirmed is available. The Receiver thus respectfully requests the Court so order this letter adjourning the hearing until 2:00 p.m. on May 6, 2014 at 40 Foley Square, New York, New York 10007, Courtroom 519, pursuant to all other conditions of the 4/15/14 Order.

Approved.
SO ORDERED.
[signature]
USCJ
4-23-14

Respectfully submitted,

[signature] /TSC

Jonathan W. Ware
*Counsel to Receiver*

CC (Via Electronic Mail):

Ed Weil, Counsel for U.S. Bank
Todd Gale, Counsel for U.S. Bank

US1863535/4 156165-0001