```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION  :

                Plaintiff,          :

        - against -                 :         ORDER

STEVEN BYERS,                       :         08 Civ. 7104 (DC)

                Defendant,          :

        - and -                     :

U.S. BANK NATIONAL ASSOCIATION,     :
AS TRUSTEE, FOR THE REGISTERED
HOLDERS OF CREDIT SUISSE FIRST      :
BOSTON MORTGAGE SECURITIES CORP.,
COMMERCIAL MORTGAGE TRUST           :
PASS-THROUGH CERTIFICATES, SERIES
2007-C3, BY ITS SPECIAL SERVICER    :
C-III ASSET MANAGEMENT LLC,
                                    :
                Movant.
                                    :
- - - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge:**

      U.S. Bank National Association, as Trustee, for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Trust Pass-Through Certificates, Series 2007-C3, by its Special Servicer C-III Asset Management LLC ("C-III"), moves "for an Order directing the Receiver to retain certain secured collateral funds" that C-III alleges "were improperly sent to the Receiver." ROA doc. 974 at 1 ("Motion and Notice of Motion for Return of Secured

Collateral Funds Improperly Sent to the Receiver"). The Court conducted an evidentiary hearing on May 6, 2014.

For the reasons stated on the record at the conclusion of the hearing, C-III's motion is DENIED, as the Court holds that the funds were not transferred by mistake. The Receiver shall retain the funds that he received through the disputed wire transfers, as property of the receivership estate.

SO ORDERED.

Dated:   New York, New York
         May 7, 2014

DENNY CHIN
United States Circuit Judge
Sitting by Designation

-2-