```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,          :

        - against -                 :         ORDER

STEVEN BYERS,                       :         08 Civ. 7104 (DC)

                Defendant.          :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge**:

By letter dated July 9, 2014, the Receiver indicated that Peck-Clarksville, LLC ("Peck-Clarksville") "sent 26 pages of subpoenas to the Receiver concerning the Commerce Center Property." Letter from Jonathan W. Ware, Counsel for the Receiver, at 1 (July 9, 2014). The Receiver requested that the Court issue an order quashing the subpoenas. Id. at 3.

IT IS HEREBY ORDERED that the Receiver's obligation to respond to the subpoenas is stayed, pending a decision by the Court. Peck-Clarksville is directed to respond to the Receiver's letter by 5:00 p.m. on Friday, July 14, 2014.

SO ORDERED.

Dated: New York, New York
       July 14, 2014

_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation