UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,:

        Plaintiff,   :

  - against -   :   **ORDER**

STEVEN BYERS,   :   08 Civ. 7104 (DC)

        Defendant.   :

- - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge**:

    The Court will hold a status conference on September 25, 2014 at 10:30 a.m. regarding the receivership's tax liability negotiations between the Internal Revenue Service and the Receiver.

    SO ORDERED.

Dated:  New York, New York
       September 11, 2014

                            DENNY CHIN
                            United States Circuit Judge
                            Sitting by Designation