UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>         - against -<br><br>STEVEN BYERS, JOSEPH SHERESHEVSKY, WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC, and AXELA HOSPITALITY, LLC,<br><br>                              Defendants. | No. 08 Civ. 7104 (DC)<br><br>**ORDER** |

      All proceedings in this case having been completed, the Clerk of Court is directed to close the case.

**SO ORDERED**

Dated:   03/30/2021
        New York, New York

_____
Hon. Denny Chin, United States Circuit Judge,
Sitting By Designation